(Official Form 1) (12/03)

FORM B1 — 04-37154-*perris*

**United States Bankruptcy Court**
**District of Oregon**

04-37154

# Voluntary Petition

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years (include married, maiden, and trade names):<br>**Archdiocese of Portland in Oregon** | All Other Names used by the Joint Debtor in the last 6 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**93-0114100** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**2838 East Burnside**<br>**Portland, OR 97214-1895** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the Principal Place of Business: **Multnomah** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2838 East Burnside**<br>**Portland, OR 97214-1895** | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

## Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| Type of Debtor (Check all boxes that apply) | Chapter or Section of Bankruptcy Code Under Which the Petition is Filed (Check one box) |
|---|---|
| ☐ Individual(s) ☐ Railroad<br>■ Corporation ☐ Stockbroker<br>☐ Partnership ☐ Commodity Broker<br>☐ Other_____ ☐ Clearing Bank | ☐ Chapter 7 ■ Chapter 11 ☐ Chapter 13<br>☐ Chapter 9 ☐ Chapter 12<br>☐ Sec. 304 - Case ancillary to foreign proceeding |
| **Nature of Debts** (Check one box)<br>☐ Consumer/Non-Business ■ Business | **Filing Fee** (Check one box)<br>■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |
| **Chapter 11 Small Business** (Check all boxes that apply)<br>☐ Debtor is a small business as defined in 11 U.S.C. § 101<br>☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional) | |

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ |

PAID ___ LODGED ___ REC'D ___ DOCKETED ___  '04 JUL -6 P5:03  CLERK US BANKRUPTCY COURT

Case 04-37154-tmb11    Doc 1    Filed 07/06/04

# Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): | FORM B1, Page 2 |
|---|---|
| Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole | |

| Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X  /s/ *[signature]*
Signature of Attorney for Debtor(s)
**Thomas W. Stilley 88316**
Printed Name of Attorney for Debtor(s)
**Sussman Shank LLP**
Firm Name
**1000 SW Broadway
Suite 1400
Portland, OR 97205-3089**
Address
**(503) 227-1111  Fax: (503) 248-0130**
Telephone Number

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ John G. Vlazny
Signature of Authorized Individual
**John G. Vlazny**
Printed Name of Authorized Individual
**Archbishop**
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)
☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)     Date

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?
☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
Roman Catholic Archbishop of Portland in
Oregon, and successors, a corporation sole

Debtor(s)

) Case No.
)
) **EXHIBIT "C"**
)
) [If not an Ex. on Petition Pg. 2, then to be
) FULLY completed by ALL debtors and
) attached to ALL copies of the Petition.]

CLERK US BANKRUPTCY COURT

'04 JUL -6 P5:03

(NOTE: You must answer ALL questions. Attach additional sheets if necessary. Use of "UNKNOWN" is NOT acceptable!)

1. Identify and briefly describe all real or personal property owned by or in possession of the debtor that, to the best of the debtor's knowledge, poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:
    **NONE**

2. With respect to each parcel of real property or item of personal property identified in question 1, describe the nature and location of the dangerous condition, whether environmental or otherwise, that poses or is alleged to pose a threat of imminent and identifiable harm to the public health or safety:
    **NONE**

3. DESCRIBE ASSETS REQUIRING TRUSTEE'S IMMEDIATE ATTENTION:
    **NONE**

4. Street address of principal assets (note property):
    **2838 East Burnside**
    **Portland OR 97214-1895**

5. [If debtor(s) an individual] Is debtor(s), OR has debtor(s) ever been within the 6 years prior to filing, either: self-employed or a sole proprietor; a partner, other than a limited partner, of a partnership; or an officer, director, managing executive, or person in control of a corporation?   ☐ YES  ☒ NO
    If YES, complete ALL questions in the Statement of Affairs.

6. [Unless EXACT question already answered on Petition] If debtor is CORPORATION, list name and address of chief executive officer; if debtor is PARTNERSHIP, list names and addresses of general partners:
    **John G. Vlazny, Archbishop**
    **2838 East Burnside**
    **Portland, OR 97214**

7. Total GROSS income of the individual debtor(s) for the last tax year: $ ~~000~~ N/A (i.e., before any deductions).
8. Total amount of unsecured debt: $ in excess of $25 million.
9. Total Noncontingent, Liquidated Farming Operation Debt: $ **0.00**
10. Total GROSS income from farming operation for the individual debtor(s) for last tax year: $ **0.00**
11. **The BANKRUPTCY DOCUMENT PREPARER DECLARATION below has been completed for any person who helped, for compensation, prepare any of the bankruptcy papers if the debtor does not have an attorney.**

I declare under penalty of perjury that the above information provided in this Exhibit "C" is true and correct.

DATED: _July 6, 2004_    _John G. Vlazny_    _503-234-5334_    _____
                          Debtor's Signature        Phone #       Joint Debtor's Signature

**BANKRUPTCY DOCUMENT PREPARER DECLARATION**
I, the undersigned, declare under penalty of perjury that (1) neither I, nor anyone else listed herein, collected or received any payment from or on behalf of the debtor for court fees in connection with filing the petition; (2) I have received $_____ from or on behalf of the debtor within the previous 12 month period; (3) $_____ is the unpaid fee charged to the debtor; and (4) the following is true and accurate about myself and any other assistants:
Individual Name and Firm (Type or Print): _____
Address (Type or Print): _____
Social Security Number of all OTHER individuals who prepared or assisted in the preparation of these bankruptcy documents:
_____

Signature: _____ Social Security #:_____ Phone#:_____
[NOTE: Penalties up to $500 per item may be assessed for omission of any required information (11 USC §110; 18 USC §156) and Fed. Bankruptcy Rule 1006 prohibits any payment to any person for services until the court filing fees are paid in full.]
EXHIBIT C (12/1/01)

# United States Bankruptcy Court
## District of Oregon

In re: Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole

Debtor(s)

Case No. _____
Chapter 11

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ *see below |
   | Prior to the filing of this statement I have received | $ retainer of $200,000.00 |
   | Balance Due | $ 0.00 |

   *See attached Bankruptcy Attorney-Client Fee Agreement

2. The source of the compensation paid to me was:
   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:
   ☐ Debtor    ☒ Other (specify): Funds from retainer and bankruptcy estate

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: July 6, 2004

Thomas W. Stilley 88316
Sussman Shank LLP
1000 SW Broadway
Suite 1400
Portland, OR 97205-3089
(503) 227-1111  Fax: (503) 248-0130
info@sussmanshank.com

# United States Bankruptcy Court
## District of Oregon

In re: Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole

Debtor(s)

Case No. '04 JUL -6 P5:03
Chapter 11

## FINANCIAL INTEREST DISCLOSURE STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1: _____

☒ None [*Check if applicable*]

July 6, 2004
Date

Thomas W. Stilley 88346
Signature of Attorney or Litigant
Counsel for   Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole
Sussman Shank LLP
1000 SW Broadway
Suite 1400
Portland, OR 97205-3089
(503) 227-1111 Fax:(503) 248-0130
info@sussmanshank.com

## United States Bankruptcy Court
### District of Oregon

In re  Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole
                                                         Debtor(s)

Case No. _____
Chapter  **11**

CLERK US BANKRUPTCY COURT

'04 JUL -6 P5:03

PAID_____ DOCKETED_____

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **John G. Vlazny**, declare under penalty of perjury that I am the sole director of **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**, and that, having consulted the Archdiocesan Finance Council, the Archdiocesan College of Consultors, and others, I am authorized to adopt the following resolution:

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

I, John G. Vlazny, sole director of this corporation sole, am authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

I, John G. Vlazny, sole director of this corporation sole, am authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

I, John G. Vlazny, sole director of this corporation sole, am authorized and directed to employ **Thomas W. Stilley 88316**, attorney and the law firm of **Sussman Shank LLP** to represent the corporation in such bankruptcy case."

Date  July 6, 2004              Signed  *John G. Vlazny*
                                            John G. Vlazny

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. • Evanston, IL - (800) 492-8037    Best Case Bankruptcy

04-37154

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
United States Bankruptcy Court (Trade Claims)
District of Oregon

'04 JUL -6 P5:03

In re   Roman Catholic Archbishop of Portland in Oregon,           Case No. _____
         and successors, a corporation sole
                                                       Debtor,      Chapter _____ 11 _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arthur J Gallagher & Co FIIC #42163 PO Box 6000 San Francisco, CA 94160 | Arthur J Gallagher & Co FIIC #42163 PO Box 6000 San Francisco, CA 94160 | | | 46,050.00 |
| Black and Indian Mission Office 2021 H Street NW Washington, DC 20006 | Black and Indian Mission Office 2021 H Street NW Washington, DC 20006 | | | 5,500.00 |
| Bob Nagel Distributing PO Box 14427 Portland, OR 97293 | Bob Nagel Distributing PO Box 14427 Portland, OR 97293 | | | 858.02 |
| Catholic Sentinel PO Box 5087-19 Portland, OR 97208 | Catholic Sentinel PO Box 5087-19 Portland, OR 97208 | | | 1,251.00 |
| Department of Consumer & Busin P.O. Box 14610 Salem, OR 97309-0445 | Department of Consumer & Busin P.O. Box 14610 Salem, OR 97309-0445 | | | 5,000.00 |

In re     Roman Catholic Archbishop of Portland in Oregon,          Case No. _____
          and successors, a corporation sole
_____,
                              Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Hahn and Associates, Inc.<br>434 NW 6th Avenue #203<br>Portland, OR 97209 | Hahn and Associates, Inc.<br>434 NW 6th Avenue #203<br>Portland, OR 97209 | | | 5,710.00 |
| Holy Family Catholic Church<br>3732 SE Knapp<br>Portland, OR 97202 | Holy Family Catholic Church<br>3732 SE Knapp<br>Portland, OR 97202 | | | 5,000.00 |
| Key Bank of Oregon<br>1211 SW Fifth Avenue #400<br>Portland, OR 97204 | Key Bank of Oregon<br>1211 SW Fifth Avenue #400<br>Portland, OR 97204 | | | 22,300,000.00 |
| Mexican American Cultural Center<br>PO Box 28185, 3115 W Ashby<br>San Antonio, TX 78228 | Mexican American Cultural Center<br>PO Box 28185, 3115 W Ashby<br>San Antonio, TX 78228 | | | 4,043.00 |
| Oregon Education Technology Consortium<br>8995 SW Miley Rd., #101<br>Wilsonville, OR 97070 | Oregon Education Technology Consortium<br>8995 SW Miley Rd., #101<br>Wilsonville, OR 97070 | | | 1,070.00 |
| Oregon Education Technology Consortium<br>8995 SW Miley Rd., #101<br>Wilsonville, OR 97070 | Oregon Education Technology Consortium<br>8995 SW Miley Rd., #101<br>Wilsonville, OR 97070 | | | 924.90 |

In re   Roman Catholic Archbishop of Portland in Oregon,   Case No. _____
        and successors, a corporation sole
        _____,
                                Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Oregon Education Technology Consortium<br>8995 SW Miley Rd., #101<br>Wilsonville, OR 97070 | Oregon Education Technology Consortium<br>8995 SW Miley Rd., #101<br>Wilsonville, OR 97070 | | | 1,537.80 |
| Oregon State University<br>Conference Svcs, 102 Buxton Hall<br>Corvallis, OR 97331 | Oregon State University<br>Conference Svcs, 102 Buxton Hall<br>Corvallis, OR 97331 | | | 1,961.95 |
| Our Lady of Sorrows Catholic Church<br>5221 SE Knight<br>Portland, OR 97206 | Our Lady of Sorrows Catholic Church<br>5221 SE Knight<br>Portland, OR 97206 | | | 3,000.00 |
| Rev. Wayne Forbes<br>7007 SW 46th Ave<br>Portland, OR 97219 | Rev. Wayne Forbes<br>7007 SW 46th Ave<br>Portland, OR 97219 | | | 2,000.00 |
| Sacred Heart Catholic Church<br>2411 Fifth St<br>Tillamook, OR 97141 | Sacred Heart Catholic Church<br>2411 Fifth St<br>Tillamook, OR 97141 | | | 3,000.00 |
| St. John Fisher Catholic Church<br>7007 SW 46th Ave<br>Portland, OR 97219 | St. John Fisher Catholic Church<br>7007 SW 46th Ave<br>Portland, OR 97219 | | | 1,000.00 |

In re　Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole

Debtor

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| St. Joseph School<br>630 W Stanton Street<br>Roseburg, OR 97470 | St. Joseph School<br>630 W Stanton Street<br>Roseburg, OR 97470 | | | 10,000.00 |
| State Department of Oregon-Emp<br>875 Union Street NE<br>Salem, OR 97311-0100 | State Department of Oregon-Emp<br>875 Union Street NE<br>Salem, OR 97311-0100 | | | 25,000.00 |
| United Pipe & Supply Co<br>PO Box 66490<br>Portland, OR 97290 | United Pipe & Supply Co<br>PO Box 66490<br>Portland, OR 97290 | | | 1,622.56 |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Archbishop of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date　July 6, 2004　　　　　　　　　　Signature　*John G. Vlazny*
　　　　　　　　　　　　　　　　　　　　　　　John G. Vlazny
　　　　　　　　　　　　　　　　　　　　　　　**Archbishop**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## CERTIFICATE OF SERVICE

I certify that on July 6, 2004, I served, by **first class mail**, a full and correct copy of the foregoing **LIST OF 20 LARGEST UNSECURED CREDITORS {TRADE}** and preaddressed stamped envelopes for the Debtor, Debtor's attorney, and contact person for each creditor on the **List Of 20 Largest Unsecured Creditors {TRADE}**, to the interested parties of record, addressed as follows:

U.S. Trustee
District of Oregon
620 SW Main Street, Rm. 213
Portland, OR 97205

Dated: July 6, 2004

_____
Thomas W. Stilley, OSB No. 88316

Page 1 - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 1    Filed 07/06/04

# United States Bankruptcy Court
## District of Oregon

In re   **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole**

Debtor(s)

Case No.

Chapter  **11**

CLERK US BANKRUPTCY COURT

'04 JUL -6 P5:03

LODGED_____ REC'D_____
PAID_____ DOCKETED_____

## CERTIFICATION PURSUANT TO LBR 1001-1.G

I certify that the foregoing documents have been prepared by a computer and conform to versions of the Official Bankruptcy Forms available and applicable at this time.

The software utilized is Best Case Bankruptcy, developed by Best Case Solutions, Inc., which is a computer software format authorized by the Clerk of the Court.

Dated: July 6, 2004

Thomas W. Stilley 88316
Sussman Shank LLP
1000 SW Broadway
Suite 1400
Portland, OR 97205-3089
(503) 227-1111

04-87154

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
United States Bankruptcy Court (Tort Claims)
District of Oregon

'04 JUL -6 P5:03

In re   Roman Catholic Archbishop of Portland in Oregon,         Case No. _____
        and successors, a corporation sole
                                                Debtor,          Chapter  11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| B M L c/o Bradley O. Baker<br>15545 Village Park Ct.<br>Lake Oswego, OR 97034 | B M L c/o Bradley O. Baker<br>15545 Village Park Ct.<br>Lake Oswego, OR 97034 | Tort | Unliquidated<br>Disputed | 10,100,000.00 |
| B V c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | B V c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Tort | Unliquidated<br>Disputed | 7,000,000.00 |
| C B c/o William A. Barton<br>Barton & Strever PC<br>214 Coast Highway, PO Box 870<br>Newport, OR 97365 | C B c/o William A. Barton<br>Barton & Strever PC<br>214 Coast Highway, PO Box 870<br>Newport, OR 97365 | Tort | Unliquidated<br>Disputed | 135,050,000.00 |
| Charles Naylor c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Charles Naylor c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Tort | Unliquidated<br>Disputed | 7,000,000.00 |
| Curtis Grecco c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Curtis Grecco c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Tort | Unliquidated<br>Disputed | 7,000,000.00 |

In re    Roman Catholic Archbishop of Portland in Oregon,                    Case No. _____
         and successors, a corporation sole
         _____,
                                            Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| D S c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | D S c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Tort | Unliquidated<br>Disputed | 7,000,000.00 |
| Douglas De Jong c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Douglas De Jong c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Tort | Unliquidated<br>Disputed | 7,000,000.00 |
| Earl New c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Earl New c/o Daniel J. Gatti<br>Gatti, Gatti, Maier, Krueger Sayer & Ass<br>1781 Liberty St. SE<br>Salem, OR 97302 | Tort | Unliquidated<br>Disputed | 7,000,000.00 |
| G M c/o David L. Slader<br>806 SW Broadway Ste 400<br>Portland, OR 97205 | G M c/o David L. Slader<br>806 SW Broadway Ste 400<br>Portland, OR 97205 | Tort | Unliquidated<br>Disputed | 10,800,000.00 |
| Greg Farris c/o Gary A. Bisaccio<br>2125 SW 4th Avenue Ste 600<br>Portland, OR 97201 | Greg Farris c/o Gary A. Bisaccio<br>2125 SW 4th Avenue Ste 600<br>Portland, OR 97201 | Tort | Unliquidated<br>Disputed | 20,025,000.00 |
| J C M c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | J C M c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | Tort | Unliquidated<br>Disputed | 5,100,000.00 |

In re   Roman Catholic Archbishop of Portland in Oregon,          Case No. _____
        and successors, a corporation sole
                                                    Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| J D c/o David L. Slader<br>806 SW Broadway Ste 400<br>Portland, OR 97205 | J D c/o David L. Slader<br>806 SW Broadway Ste 400<br>Portland, OR 97205 | Tort | Unliquidated<br>Disputed | 24,300,000.00 |
| J Doe 12 c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | J Doe 12 c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | Tort | Unliquidated<br>Disputed | 36,500,000.00 |
| John Smith c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | John Smith c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | Tort | Unliquidated<br>Disputed | 5,100,000.00 |
| K N c/o David L. Slader<br>806 SW Broadway Ste 400<br>Portland, OR 97205 | K N c/o David L. Slader<br>806 SW Broadway Ste 400<br>Portland, OR 97205 | Tort | Unliquidated<br>Disputed | 10,800,000.00 |
| L D c/o J. William Savage<br>Rieke & Savage PC<br>620 SW Fifth Avenue Ste 1125<br>Portland, OR 97204 | L D c/o J. William Savage<br>Rieke & Savage PC<br>620 SW Fifth Avenue Ste 1125<br>Portland, OR 97204 | Tort | Unliquidated<br>Disputed | 10,200,000.00 |
| M F c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | M F c/o Kelly Clark<br>O'Donnell & Clark LLP<br>1706 NW Glisan St. Ste 6<br>Portland, OR 97209 | Tort | Unliquidated<br>Disputed | 9,200,000.00 |

In re   Roman Catholic Archbishop of Portland in Oregon,                    Case No. _____
        and successors, a corporation sole
                                                    ,
                                            Debtor

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| M M c/o Kelly Clark O'Donnell & Clark LLP 1706 NW Glisan St. Ste 6 Portland, OR 97209 | M M c/o Kelly Clark O'Donnell & Clark LLP 1706 NW Glisan St. Ste 6 Portland, OR 97209 | Tort | Unliquidated Disputed | 5,050,000.00 |
| P C c/o Scott Beckstead 1310 SW Corona Ct., PO Box 700 Waldport, OR 97394 | P C c/o Scott Beckstead 1310 SW Corona Ct., PO Box 700 Waldport, OR 97394 | Tort | Unliquidated Disputed | 10,200,000.00 |
| Rodney Kessler c/o Daniel J. Gatti Gatti, Gatti, Maier, Krueger Sayer & Ass 1781 Liberty St. SE Salem, OR 97302 | Rodney Kessler c/o Daniel J. Gatti Gatti, Gatti, Maier, Krueger Sayer & Ass 1781 Liberty St. SE Salem, OR 97302 | Tort | Unliquidated Disputed | 7,000,000.00 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Archbishop of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date   July 6, 2004                             Signature  *John G. Vlazny*
                                                John G. Vlazny
                                                **Archbishop**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

# CERTIFICATE OF SERVICE

I certify that on July 6, 2004, I served, by **first class mail**, a full and correct copy of the foregoing **LIST OF 20 LARGEST UNSECURED CREDITORS {TORT}** and preaddressed stamped envelopes for the Debtor, Debtor's attorney, and contact person for each creditor on the **List Of 20 Largest Unsecured Creditors {Tort}**, to the interested parties of record, addressed as follows:

U.S. Trustee
District of Oregon
620 SW Main Street, Rm. 213
Portland, OR 97205

Dated: July 6, 2004

_____
Thomas W. Stilley, OSB No. 88316

Page 1 - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 1    Filed 07/06/04