Thomas W. Stilley, OSB No. 88316
William N. Stiles, OSB No. 65123
Susan S. Ford, OSB No. 84220
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: tom@sussmanshank.com
bills@sussmanshank.com
susanf@sussmanshank.com

Proposed Attorneys for Debtor and
Debtor-In-Possession

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**, dba the **ARCHDIOCESE OF PORTLAND IN OREGON,**

Debtor.

Case No. 04-37154-elp11

DECLARATION OF LEONARD VUYLSTEKE

I, Leonard Vuylsteke, declare as follows:

1. I am over 18 years of age and if called as a witness, I could and would competently testify to the matters set forth herein from my own personal knowledge and based on my review of the Debtor's books and records, except as otherwise stated.

2. I am the Chief Financial Officer for the Debtor and Debtor-in-Possession, Roman Catholic Archbishop of Portland In Oregon, and successors, a corporation sole, dba Archdiocese of Portland in Oregon (the "Debtor").

3. The Debtor's workforce consists of 112 employees. Approximately 90 are employed on a full-time basis and 22 on a part-time basis. Of these employees, approximately 33 are union employees.

Page 1 of 9 - DECLARATION OF LEONARD VUYLSTEKE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 20    Filed 07/09/04

4. Debtor operates on a fiscal year ending June 30. For 2002-2003, revenues for the Debtor's combined operations totaled approximately $9,942,922. Revenues for 2003-2004 totaled approximately $15,742,901.

5. The Debtor's ability to preserve its existing ministries and successfully reorganize is dependent upon the continued service of its workforce. Employees work in numerous ministries and other operations of the Debtor, including managerial and clerical, religious and pastoral services, including, but not limited to, office of youth ministries, religious education, Archdiocesan Resource Center (the "ARC"), cemeteries, archives, Catholic Justice & Peace, deaf ministry, child protection and assistance, continuing education for clergy, marriage, family life, and aging, the Office for People with Disabilities and multiple other ministries and disciplines. The experience and knowledge of these employees is critical to Debtor's ongoing ministries. If Debtor fails to pay the prepetition obligations and continue employee benefits, its employees will suffer significant hardship, and may be unable to meet their personal living expenses. Such a result would have a negative impact on employee morale and would likely result in unmanageable turnover and loss. The Debtor must demonstrate its ability to continue paying its employees and providing those benefits that have been promised to them as a condition of their employment with the Debtor. Debtor seeks to continue the regular payment of wages, salaries, and employment-related benefits and expenses as they come due in the ordinary course of its operations, including those payroll expenses that were incurred prepetition but which come due for payment postpetition. Timely payment of these payroll expenses is necessary and desirable to the Debtor's successful reorganization and such payments are in the best interests of creditors and the estate.

6. Employees are paid at the end of each month, but may elect to receive a mid-month advance on the 15th of each month. As of the petition date, the estimated

Page 2 of 9 - DECLARATION OF LEONARD VUYLSTEKE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 20    Filed 07/09/04

accrued and unpaid payroll for prepetition services of employees is $40,000 for union employees and $60,000 for non-union employees for an estimated total of $100,000. Debtor seeks authority to pay approximately $382,000 for its payroll that will come due on July 31, 2004, which includes $35,600 in mid-month advances that are due on July 15, 2004. A portion of these sums relates to prepetition services provided by its employees. Debtor is current on all pre-petition local, state, and federal withholding and payroll-related taxes.

7. The Debtor's books and records indicate that no individual's prepetition wages and benefits exceed the § 507(a)(3) and (4) statutory limit of $4,650.00, to any one employee.

8. Debtor wishes to continue using its prepetition bank accounts postpetition. The Debtor advised the banks to freeze these accounts on the petition date. The banks where those accounts are located should be ordered to honor the payroll and expense checks drawn on those accounts as such checks are presented for payment.

9. The Debtor maintains the following employee benefit plans and incurs estimated monthly contributions and expenses as set forth below:

| Benefit | Amount |
|---|---|
| Medical and Prescription Insurance- | $75,000 |
| Dental/Vision Insurance - | $ 2,000 |
| Life Insurance - | $ 1,500 |
| Family EAP - | $ 300 |
| Long Term Disability - | $ 1,200 |
| Short Term Disability - | $ 250 |
| Long Term Care - | $ 100 |
| Health Care Spending - | $ 800 |
| 401(k) Plan (Union) - | $ 3,000 |
| 403(B) Plan (Non-union) - | $15,000 |

Page 3 of 9 - DECLARATION OF LEONARD VUYLSTEKE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 20    Filed 07/09/04

| | | |
|---|---|---|
| Administrative Fees to third party administrator | - | $ 2,400 |
| Garnishment Orders | - | $ 1,450 |
| Pension (Union and Cemetery Employees) | - | $ 5,200 |

Of these sums, approximately $6,900 had accrued as unpaid employee benefits through the Petition Date. In addition, Debtor reimburses employees in the ordinary course for necessary business and travel expenses. The outstanding amounts of such expenses are unknown at this time. Debtor needs to continue to provide these programs which were in existence prior to the Petition Date and to pay all amounts due as such amounts come due in the ordinary course of Debtor's operations, including amounts accrued on account of prepetition employee service.

10. Debtor also needs to pay monthly payments due to the Oregon State Continuation Fund and other payments required to fund the Debtor's self-insurance program used to provide workers' compensation and other insurance. The annual premium for the Oregon State Continuation Fund is due in September; the next quarterly payment is due on July 15, 2004 in the amount of $5,000.00. The self-insurance program is administered by the Debtor for the benefit of itself and other insured entities in the ordinary course of the Debtor's operations and is comprised of funds paid by the Debtor and other entities insured by the program for their proportionate part of the premiums.

11. Debtor must also pay quarterly all amounts due to the State of Oregon Unemployment Insurance Fund. The next due date for a quarterly payment is at the end of July 2004 in the estimated amount of $20,000-25,000.

12. Debtor obtains electricity, natural gas, and other similar services from the utility companies listed on Exhibit A attached hereto. These services are essential to

Page 4 of 9 - DECLARATION OF LEONARD VUYLSTEKE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 20    Filed 07/09/04

Debtor's continued operations and must be continued without interruption to permit Debtor to successfully reorganize.

13. As of the Petition Date, the Debtor maintained six (6) operational bank accounts with Key Bank of Oregon (collectively, the "Operational Bank Accounts"). A list of the Operational Bank Accounts is attached hereto as Exhibit B. In addition, the Debtor maintains a Concentration Account and a Victory Money Market Account at Key Bank of Oregon. The Operational Bank Accounts, the Concentration Account, and the Victory Money Market Account are hereinafter referred to collectively as the "Existing Accounts."

14. In the ordinary course of its operations, Debtor deposits funds into the Operational Bank Accounts, and transfers funds between and among the Operational Bank Accounts as may be necessary or appropriate to pay necessary expenses. The Debtor makes all disbursements to third parties from one of the Operational Bank Accounts designated as the General Fund (Account No. 370211007015). The Debtor accounts for all transfers between and among the Operational Bank Accounts and reconciles the Operational Bank Accounts monthly so that at the end of each month the inter-fund balances are as close to "zero" as possible. At the end of each day, funds in the Operational Bank Accounts are swept into the Concentration Account and invested overnight in the Victory Money Market Account. The following morning, the funds in the Victory Money Market Account are transferred back to the Operational Bank Accounts in the same proportion as when they were swept the preceding day. The Debtor maintains accurate and complete accounting records with respect to all transactions between and among the Existing Accounts and with respect to disbursements to third parties. The Existing Accounts, the Debtor's practice paying of expenses and transferring of funds between and among the Existing Accounts, and the accountings related thereto, are collectively, the "Cash Management System."

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11   Doc 20   Filed 07/09/04

15. The Debtor believes that all accounts at Key Bank of Oregon, with the exception of the Victory Money Market Account are insured by a department, agency or instrumentality of the United States, or backed by the full faith and credit of the United States.

16. The Debtor has filed a motion contemporaneously herewith requesting entry of an order authorizing it to pay all prepetition wages, salaries, and related benefits which were due, owing, or accrued but not yet due as of the Petition Date. Payments for payroll related taxes and benefits sought to be authorized by entry of the Payroll Order, including payroll taxes and payments relating to medical, dental, and other benefits will be drawn on the Existing Accounts.

17. The Debtor is aware of the requirement under LBR 2015-2F that upon filing a petition for relief under Chapter 11 the Debtor close its Existing Bank Accounts and open new debtor-in-possession accounts marked to show that the Debtor is operating as a debtor-in-possession.

18. The Debtor's Cash Management System is maintained in the ordinary course and is essential to Debtor's ongoing operations. The Cash Management System provides significant benefits to the Debtor including, among other things, the ability to: (i) control funds; (ii) ensure the maximum availability of funds when necessary; (iii) reduce administrative expenses and operational disruption by facilitating the movement of funds and the development of more timely and accurate account balance information; and (iv) continue accounting practices familiar to the Debtor's staff and operational procedures.

19. As a practical matter, because of the Debtor's financial structure, it would be extremely difficult and expensive to establish and maintain a separate postpetition cash management system. This requirement would be harmful to the Debtor and its continued operations.

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

20. The delay and disruption that would be caused by closing the Existing Bank Accounts and opening new accounts would delay the Debtor's postpetition payment of its ordinary course expenses and put a strain on the Debtor's relations with its accounting staff, key suppliers, and employees. By preserving continuity and avoiding the disruption and delay to the Debtor's payroll activities and ministries that would necessarily result from closing the Existing Bank Accounts and opening new accounts, all parties in interest, including employees and vendors, will be best served. Furthermore, the administrative burden of overseeing such a transition would place a substantial burden on the Debtor's management personnel at a critical time in this case. The inevitable delays and confusion would further impede the Debtor's ability to pay operating expenses in the ordinary course, potentially compromising relationships with vendors, suppliers, and employees. This could seriously jeopardize the Debtor's reorganization efforts.

21. The Debtor likewise requires the ability to continue to utilize their Cash Management System so that it may continue its operations uninterrupted. The Debtor's Cash Management System is maintained through a well-established banking relationship and series of related accounts which allow the Debtor to manage and control receipts and disbursements and to account for all transactions.

22. Closing such accounts will delay the payment of payroll and other ordinary course expenses, will increase the cost of administration, impede the Debtor's efforts to continue to operate in the normal course of business, and will be a significant distraction to the Debtor's management. To prevent unauthorized payments for pre-petition debts, Debtor will adopt procedures with Key Bank to help ensure that unauthorized payments will not occur. Debtor will stop payment on 33 checks for over $1,000 each totaling in the aggregate $453,595.39. An additional 167 checks totaling in the aggregate approximately $103,000 could be presented for payment. These checks are generally

Page 7 of 9 - DECLARATION OF LEONARD VUYLSTEKE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1   for small operational expenses and will likely be presented for payment before the
2   Operational Accounts are reactivated. Thus, there is little likelihood that a substantial
3   amount of checks will be presented for payment after the accounts are reactivated. If
4   any such checks are paid after the accounts are reactivated, the Debtor will have the
5   option to seek repayment of these amounts under §549 as an unauthorized postpetition
6   transaction. The benefits of maintaining the current accounts far outweighs any
7   disadvantage which may be caused by the payment of some prepetition checks.

8       23.   In order to facilitate the delineation of prepetition and postpetition checks,
9   the Debtor will issue postpetition checks with a significant gap in numbering from those
10   issued prepetition. Therefore, if any prepetition check in a significant amount clears,
11   the recipient of that payment can be ordered to return the funds to the Debtor as an
12   unauthorized postpetition transfer.

13       24.   The Debtor further wishes to continue to use its correspondence and
14   business forms, including, but not limited to, checks, letterhead, envelopes, promotional
15   materials, and other business forms (collectively, the "Business Forms"), substantially in
16   the forms existing immediately prior to the Petition Date, without reference to its status
17   as debtor in possession. It would be very costly and disruptive to the Debtor's
18   operations to alter its business forms to address its status as a debtor in possession.

19   //
20   //
21   //
22   //
23   //
24   //
25   //
26   //

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1    I declare under penalty of perjury under the laws of the United States of America
2    and the state of Oregon that the foregoing is true and correct.
3    Dated this  8TH  day of July, 2004.
4
5
6                                            _____
                                             Leonard Vuylsteke
7    F:\CLIENTS\14961\004\P-DECLARATION OF VUYLSTEKE.DOC
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 9 of 9 - DECLARATION OF LEONARD VUYLSTEKE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

ARCHDIOCESE OF PORTLAND
UTILITIES LISTING

| COMPANY NAME | MAILING ADDRESS | SERVICE TYPE | PHONE NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| Aloha Garbage & Recycling | 20525 SW Blanton, Suite A, Aloha, OR 97007 | Garbage (St John Vianney) | (503) 649-6727 | 13261 |
| Arch Wireless | 350 Automation Way, Birmingham, AL 35210 | Pagers (Pastoral Center) | 1-866-206-6630 | 3675045-3 |
| AT&T Calling Card | One AT&T Way, Bedminster, NJ 07921-0752 | Telephone (Pastoral Center) | 1-800-342-5288 | P66 900 0181 287 |
| AT&T Wireless Services | One AT&T Way, Bedminster, NJ 07921-0752 | Cell Phones (Pastoral Center) | 1-800-888-7600 | 061-52326436 |
| AT&T Wireless Services | One AT&T Way, Bedminster, NJ 07921-0752 | Cell Phones (Pastoral Center) | 1-800-888-7600 | 061-102199791 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer (Couch) | (503) 823-7770 | 154254 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer (O'Donovan) | (503) 823-7770 | 337000017 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer (Pastoral Center) | (503) 823-7770 | 96341 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer (Pastoral Center) | (503) 823-7770 | 96342 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer (Pastoral Center) | (503) 823-7770 | 96343 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer (Pastoral Center) | (503) 823-7770 | 128850 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer (Vandehey) | (503) 823-7770 | 0343 |
| Central Electronic Alarm | 8435 SE Stark Street, Portland, OR 97216 | Security (Pastoral Center) | (503) 257-9696 | 128850 |
| Centric Elevator Corp Inc. | 4931 NW Front Avenue, Portland, OR 97210 | Elevator Permit (Pastoral Center) | (503) 234-0561 | 160600 |
| Clackamas River Water | 16770 SE 82nd Drive, Clackamas, OR 97015 | Water/Sewer (Griffin Center) | (503) 722-9220 | 16161-2 |
| Cloudburst Recycling | 14041 NE Sandy Boulevard, Portland, OR 97230 | Garbage (O'Donovan) | (503) 281-8075 | 46745 |
| Comcast | 14243 SW Terman Road, Beaverton, OR 97005 | Cable (Pastoral Center) | 1-888-824-8264 | 8778 10 401 1774844 |
| Comcast | 14243 SW Terman Road, Beaverton, OR 97005 | Cable (Vandehey) | 1-888-824-8264 | 8778 10 401 0317173 |
| First Call McCall Heating & Cooling | 1650 NE Lombard, Portland, OR 97211 | Oil/Gas (Pastoral Center) | (503) 231-3311 | 802668 |
| Heiberg Garbage & Recycling | 2300 Hanna Harvester Drive, Milwaukie, OR 97222 | Garbage (Vandehey) | (503) 794-8212 | 101561 |
| Macke Water Systems, Inc. | 190 Shepard Avenue, Suite A, Wheeling, IL 60090 | Water/Sewer (Pastoral Center) | 1-800-662-6885 x 1356 | 162007 |
| Northwest Natural Gas | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil/Gas (AB Residence) | (503) 220-2364 | 165967-1 |
| Northwest Natural Gas | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil/Gas (Couch) | (503) 220-2364 | 165641-2 |
| Northwest Natural Gas | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil/Gas (Griffin Center) | (503) 220-2364 | 154434-5 |
| Northwest Natural Gas | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil/Gas (O'Donovan) | (503) 220-2364 | 1004435-2 |
| Northwest Natural Gas | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil/Gas (Vandehey) | (503) 220-2364 | 154863-5 |
| Pacific Power | 1033 NE 6th Avenue, Portland, OR 97972560001 | Electricity (O'Donovan) | 1-888-221-7070 | 257435700014 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity (Couch) | (503) 228-6322 | 0003 52240-899211 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity (Griffin Center) | (503) 228-6322 | 0004 46010-206286 4 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity (Pastoral Center) | (503) 228-6322 | 0005 08905-636418 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity (Pastoral Center) | (503) 228-6322 | 0005 08905-508548 8 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity (Vandehey) | (503) 228-6322 | 0004 56010-735559 4 |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (AB Residence) | 1-800-603-6000 | 503-226-4111 138R |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (Griffin Center) | 1-800-603-6000 | 503-785-1796 551B |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (O'Donovan) | 1-800-603-6000 | 503-288-0131 545R |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (Pastoral Center) | 1-800-603-6000 | 503-235-2680 628B |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (Couch Street) | 1-800-603-6000 | 503-223-5084 338B |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (Pastoral Center) | 1-800-603-6000 | 503-235-2680 628- |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (Pastoral Center) | 1-800-603-6000 | 503-T33-0437 670B |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (Pastoral Center) | 1-800-603-6000 | 503-239-6571 420R |
| Qwest | 1801 California Street, Denver, CO 80202 | Telephone (Vandehey) | 1-800-603-6000 | 503-239-6571 420R |
| River City Disposal | 10239 NE Marx Street, Portland, OR 97220 | Garbage (Pastoral Center) | (503) 253-5656 | 3-0472-0003707 |
| Texaco/Shell | 6001 Bollinger Canyon Road, San Ramon, CA 94583 | Oil/Gas (Pastoral Center) | 1-800-541-9878 | 33-964-0124-6 |
| Time Warner Telecom | 10475 Park Meadows Drive, Littleton, CO 80124 | Oil/Gas (Pastoral Center) | 1-888-333-0520 | 27213 |
| Union 76 | 2141 Rosecrans Avenue, Suite 4000, El Segundo, CA 90245 | Oil/Gas (Pastoral Center) | 1-800-427-7906 | 500-326-954 |
| Verizon Wireless | Celco Partnership DBA Verizon Wireless, ATTN: Custodian of Records, 51 Chubb Way, Branchburg, NJ 08876 | Cell Phones (Pastoral Center) | 1-800-922-0204 | 464337942-00001 |
| Verizon Wireless | Celco Partnership DBA Verizon Wireless, ATTN: Custodian of Records, 51 Chubb Way, Branchburg, NJ 08876 | Cell Phones (Pastoral Center) | 1-800-922-0204 | 364625261-00001 |
| Verizon Wireless | Celco Partnership DBA Verizon Wireless, ATTN: Custodian of Records, 51 Chubb Way, Branchburg, NJ 08876 | Cell Phones (Pastoral Center) | 1-800-922-0204 | 664628040-00001 |
| Verizon Wireless | Celco Partnership DBA Verizon Wireless, ATTN: Custodian of Records, 51 Chubb Way, Branchburg, NJ 08876 | Cell Phones (Pastoral Center) | 1-800-922-0204 | 564623775-00001 |
| Verizon Wireless | Celco Partnership DBA Verizon Wireless, ATTN: Custodian of Records, 51 Chubb Way, Branchburg, NJ 08876 | Cell Phones (Pastoral Center) | 1-800-922-0204 | 964245883-00001 |
| Waste Management of Oregon | 7227 NE 55th Avenue, Portland, OR 97218 | Garbage (Couch) | 1-503-249-8078 | 574-00000251-1574-2 |
| Waste Management of Oregon | 7227 NE 55th Avenue, Portland, OR 97218 | Garbage (Griffin Center) | 1-503-249-8078 | 582-01022285-1574-7 |

Exhibit A
Page 1 of 2

# MT CALVARY CEMETERY UTILITIES

| COMPANY NAME | MAILING ADDRESS | SERVICE TYPE | PHONE NUMBER | ACCOUNT NUMBER |
|---|---|---|---|---|
| Bretthauer Oil Company | 453 SW Washington Street, Hillsboro, OR 97123 | Oil & Gas | (503) 648-2531 | 01-0039295 |
| Bureau of Water Works | Bureau of Environmental Services, 1120 SW Fifth Avenue, Portland, OR 97204-1794 | Water/Sewer | (503) 823-7770 | 201879 |
| City of Gresham | 1333 NW Eastman Parkway, Gresham, OR 97030-3813 | Water/Sewer | (503) 618-2373 | A 98104006 |
| First Call McCall Heating & Cooling Company | 1650 NE Lombard, Portland, OR 97211 | Oil & Gas | (503) 231-3311 | 860965 |
| Integra Telecom | 1201 NE Lloyd Boulevard, Suite 500, Portland, OR 97232 | Telephone | (503) 748-2828 | 107891 |
| Integra Telecom | 1201 NE Lloyd Boulevard, Suite 500, Portland, OR 97232 | Telephone | (503) 748-2828 | 107894 |
| Keller Drop Box Inc. | 10295 SW Ridder Road, Wilsonville, OR 97070 | Garbage | (503) 682-3900 | 3-04S5-0005679 |
| MCI | 5101 Interchange Way, ATTN: PO Box 856053, Louisville, KY 40229 | Telephone | 1-800-727-5555 | 08685610871 |
| MCI | 5101 Interchange Way, ATTN: PO Box 856053, Louisville, KY 40229 | Telephone | 1-800-727-5555 | 06685617186 |
| Northwest Natural | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil & Gas | (503) 220-2364 | 258661-6 |
| Northwest Natural | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil & Gas | (503) 220-2364 | 25862-4 |
| Northwest Natural | 220 NW Second Avenue, Portland, OR 97209-3991 | Oil & Gas | (503) 220-2364 | 207226-2 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity | (503) 228-6322 | 0003 91204-486990 7 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity | (503) 228-6322 | 0003 91204-205434 6 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity | (503) 228-6322 | 0006 27584-134680 5 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity | (503) 228-6322 | 0006 27595-335800 5 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity | (503) 228-6322 | 0006 27594-337575 2 |
| Portland General Electric | 121 SW Salmon Street, Portland, OR 97204-2901 | Electricity | (503) 228-6322 | 0006 27594-677379 7 |
| Sunrise Water Authority | 10602 SE 129th Avenue, Portland, OR 97236-6271 | Water/Sewer | (503) 761-0220 | 001429-000 |
| Sunset Garbage Collection | 9035 SE Henderson, Portland, OR 97266 | Garbage | (503) 774-4122 | 42677-6 |
| Walker Garbage Service | 12845 NW Cornell Road, Portland, OR 97229 | Garbage | (503) 626-3677 | 901550 |
| Washington County Drop Box | 21435 NW Nicholas Court E, Hillsboro, OR 97124 | Garbage | (503) 531-8873 | N/A |
| Water Environment Services | 9101 SE Sunnybrook Blvd, Suite 441, Clackamas, OR 97015 | Water/Sewer | (503) 353-4567 | 03-01978-01 |

Exhibit A
Page 2 of 2

# EXHIBIT B

## Operational Accounts

| General Operating Fund | 370211007015 |
|---|---|
| Payroll Account | 370211007023 |
| Mt. Calvary Cemetery | 379681004386 |
| Residence Account | 370211006975 |
| Insurance Management Account | 379681003099 |
| Petty Cash Account | 370211006983 |

Exhibit B
Page 1 of 1

F:\CLIENTS\14961\004\EXHIBIT B.DOC

# CERTIFICATE OF SERVICE

I certify that on July 9, 2004, I served all of the following parties **by first class mail, and also served by Federal Express, or by Express Mail** to those parties as indicated below, a full and correct copy of the foregoing **DECLARATION OF LEONARD VUYLSTEKE and also sent courtesy copies thereof by electronic mail to those parties indicated below** as follows:

Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon
Attn: Paulette Furness, Director of Business Affairs
2838 East Burnside
Portland, OR 97214
\#     Debtor

U.S. Trustee
District of Oregon
620 SW Main Street, Rm. 213
Portland, OR 97205
\#

Thomas C. Sand
Miller Nash LLP
111 SW 5th Ave., Ste. 3400
Portland, OR 97204
\#

Thomas V. Dulcich
Schwabe Williamson & Wyatt PC
1600-1900 Pacwest Ctr
1211 SW 5th Ave.
Portland, OR 97204
\#

Page 1 - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 20    Filed 07/09/04

| 1  | Thomas Cooney |
|    | Cooney & Crew LLP |
| 2  | 888 SW 5th Ave., Ste. 720 |
| 3  | Portland, OR 97204 |
|    | # |
| 4  | |
|    | Roger Leo |
| 5  | 520 SW Yamhill, Ste. 1025 |
|    | Portland, OR 97204 |
| 6  | |
| 7  | {SERVICE LIST CONTINUED ON ATTACHMENT HERETO} |
| 8  | **Method of Service Legend:** |
| 9  | *    **Federal Express** |
| 10 | **   **Express Mail** |
|    | ~    **Facsimile** |
| 11 | #    **Courtesy E-mail** |
| 12 | |
| 13 | Dated:     July 9, 2004 |

Thomas W. Stilley, OSB No. 88316
Susan S. Ford, OSB No. 84220

Page 2 - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 20    Filed 07/09/04

A G Y C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

Arthur J Gallagher & Co FIIC #42163
PO Box 6000
San Francisco, CA 94160

B M L C/O Bradley O. Baker
15545 Village Park Ct.
Lake Oswego, OR 97034

B V C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Black and Indian Mission Office
2021 H Street NW
Washington, DC 20006

Bob Nagel Distributing
PO Box 14427
Portland, OR 97293

**C B C/O William A. Barton
Barton & Strever PC
214 Coast Highway, PO Box 870
Newport, OR 97365

Cameo Garrett, In Pro Per
8135 SW Hemlock St #1
Portland, OR 97223

Catholic Sentinel
PO Box 5087-19
Portland, OR 97208

**Charles Naylor C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Curtis Grecco C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

D C C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

D M C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

D S C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

David Coombs C/O Michael Morey
8 N. State Street #301
Lake Oswego, OR 97034

*Department of Consumer & Business
Affairs
P.O. Box 14610
Salem, OR 97309

Don Slaney C/O Gary A. Bisaccio
2125 SW 4th Avenue Ste 600
Portland, OR 97201

Douglas De Jong C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Earl New C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

G G C/O Michael Morey
8 N. State Street #301
Lake Oswego, OR 97034

G M C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

G P C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

Greg Farris C/O Gary A. Bisaccio
2125 SW 4th Avenue Ste 600
Portland, OR 97201

H S C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

H S2 C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

Hahn and Associates, Inc.
434 NW 6th Avenue #203
Portland, OR 97209

Holy Family Catholic Church
3732 SE Knapp
Portland, OR 97202

J C C/O Randall Wolfe
4500 SW Kruse Way #270
Lake Oswego, OR 97035

J C M C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

J D C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

J Doe 12 C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

James Clarizio C/O Michael Morey
8 N. State Street #301
Lake Oswego, OR 97034

James La Fortune C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Jay Searles C/O Gary A. Bisaccio
2125 SW 4th Avenue Ste 600
Portland, OR 97201

John Doe 104 C/O Kevin Strever
214 Coast Highway, PO Box 870
Newport, OR 97365

John Doe 105 C/O Kevin Strever
214 Coast Highway, PO Box 870
Newport, OR 97365

John Smith C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

John V Doe C/O William A. Barton
Barton & Strever PC
214 Coast Highway, PO Box 870
Newport, OR 97365

Joseph Chestnut C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

K N C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

Key Bank of Oregon
1211 SW Fifth Avenue #400
Portland, OR 97204

L D C/O J. William Savage
Rieke & Savage PC
620 SW Fifth Avenue Ste 1125
Portland, OR 97204

M F C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

M J D C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

M M C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

M S C/O Gary A. Bisaccio
2125 SW 4th Avenue Ste 600
Portland, OR 97201

M Y C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

Mexican American Cultural Center
PO Box 28185, 3115 W Ashby
San Antonio, TX 78228

Michael Gerard Archambo C/O
Kathleen Freeberg
8001 Irvine Center Dr #1070
Irvine, CA 92618

Michael Morey C/O Michael Bloom
522 SW Fifth Avenue #1125
Portland, OR 97204

Nathan Dufresne C/O Karl Mullen
8225 SW Fairway Dr #100
Portland, OR 97225

Norman L Klettke, Jr. C/O Daniel J.
Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Oregon Education Technology
Consortium
8995 SW Miley Rd., #101
Wilsonville, OR 97070

Oregon Education Technology
Consortium
8995 SW Miley Rd., #101
Wilsonville, OR 97070

Oregon Education Technology
Consortium
8995 SW Miley Rd., #101
Wilsonville, OR 97070

Oregon State University
Conference Svcs, 102 Buxton Hall
Corvallis, OR 97331

Our Lady of Sorrows Catholic Church
5221 SE Knight
Portland, OR 97206

P C C/O Scott Beckstead
1310 SW Corona Ct., PO Box 700
Waldport, OR 97394

R E C C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

R W F C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

Randy Sloan C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Rev. Wayne Forbes
7007 SW 46th Ave
Portland, OR 97219

Robert David Paul, Jr. C/O Daniel J.
Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Rodney Kessler C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

S E C/O Michael Morey
8 N. State Street #301
Lake Oswego, OR 97034

S L C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

S N B C/O Kelly Clark
O'Donnell & Clark LLP
1706 NW Glisan St. Ste 6
Portland, OR 97209

S W C/O David L. Slader
806 SW Broadway Ste 400
Portland, OR 97205

Sacred Heart Catholic Church
2411 Fifth St
Tillamook, OR 97141

Sherri Ervin, In Pro Per
1138 SE Maple Street, Suite 107
Hillsboro, OR 97223

St. John Fisher Catholic Church
7007 SW 46th Ave
Portland, OR 97219

St. Joseph School
630 W Stanton Street
Roseburg, OR 97470

State Department of Oregon-
Employment
875 Union Street NE
Salem, OR 97311

Steven Colvin C/O Daniel J. Gatti
Gatti, Gatti, Maier, Krueger Sayer &
Associates
1781 Liberty St. SE
Salem, OR 97302

Teresa Seeley C/O M. Paul Fisher
40 N. Center Street, Suite 100
P.O. Box 5139
Mesa, AZ 85211

United Pipe & Supply Co
PO Box 66490
Portland, OR 97290

William Boaz C/O Gary A. Bisaccio
2125 SW 4th Avenue Ste 600
Portland, OR 97201

\*
Aloha Garbage & Recycling
20525 SW Blanton
Suite A
Aloha, OR 97007

\*
Arch Wireless
350 Automation Way
Birmingham, AL 35210

\*
AT&T Calling Card
One AT&T Way
Bedminster, NJ 07921-0752

\*
AT&T Wireless Services
One AT&T Way
Bedminster, NJ 07921-0752

Bureau of Water Works
Bureau of Environmental Services
1120 SW Fifth Avenue
Portland, OR 97204-1794

Central Electronic Alarm
8435 SE Stark Street
Portland, OR 97216

Centric Elevator Corp Inc.
4931 NW Front Avenue
Portland, OR 97210

\*
Clackamas River Water
16770 SE 82nd Drive
Clackamas, OR 97015

Cloudburst Recycling
14041 NE Sandy Boulevard
Portland, OR 97230

\*
Comcast
14243 SW Terman Road
Beaverton, OR 97005

First Call McCall Heating & Cooling
1650 NE Lombard
Portland, OR 97211

\*
Heiberg Garbage & Recycling
2300 Hanna Harvester Drive
Milwaukie, OR 97222

\*
Macke Water Systems, Inc.
190 Shepard Avenue
Suite A
Wheeling, IL 60090

Northwest Natural Gas
220 NW Second Avenue
Portland, OR 97209-3991

Pacific Power
1033 NE 6th Avenue
Portland, OR 9797256-0001

Portland General Electric
121 SW Salmon Street
Portland, OR 97204-2901

\*
Qwest
1801 California Street
Denver, CO 80202

River City Disposal
10239 NE Marx Street
Portland, OR 97220

\*
Texaco/Shell
6001 Bollinger Canyon Road
San Ramon, CA 94583

\*
Time Warner Telecom
10475 Park Meadows Drive
Littleton, CO 80124

\*
Union 76
2141 Rosecrans Avenue
Suite 4000
El Segundo, CA 90245

\*
Verizon Wireless
Celco Partnership DBA Verizon
Wireless
51 Chubb Way
Branchburg, NJ 08876

Waste Management of Oregon
7227 NE 55th Avenue
Portland, OR 97218