Pamela J. Griffith, OSB #81249
Office of the United States Trustee
620 S.W. Main Street, Suite 213
Portland, Oregon 97205
(503) 326-4004

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ROMAN CATHOLIC ARCHBISHOP OF OREGON, and successors, a corporation sole,<br><br>Debtor. | Case No. 04-37154-elp11<br><br>APPOINTMENT OF COMMITTEE OF TORT CLAIMANTS |

Pursuant to 11 U.S.C. § 1102, the following creditors of the above-named debtor being among those holding the largest unsecured claims and who are willing to serve are appointed to the committee of tort claimants:

| | |
|---|---|
| Mr. Donn Christiansen<br>C/O Michael Morey, Attorney<br>Michael Morey P.C.<br>8 N State Street #301<br>Lake Oswego, OR 97034 | PH: (503) 636-6001<br>FAX: (503) 636-8512<br>E-MAIL: morey@msmoreylawfirm.com<br>E-MAIL: mickey@msmoreylawfirm.com |
| Mr. Matthew J. Clemens<br>C/O Gary Basaccio, Attorney<br>2125 SW 4th Avenue, Suite 600<br>Portland, OR 97201 | PH: (503) 222-2600<br>FAX: (503) 222-5405<br>E-MAIL: garyabisaccio@americaonline.com |
| Mr. Curtis S. Grecco<br>C/O Dan Gatti, Attorney<br>Gatti, Gatti and Maier<br>1781 Liberty Street<br>Salem, OR 97302 | PH: (503) 363-3443<br>FAX: (503) 371-2482<br>E-MAIL: rsj@gattilaw.com |
| Mr. Stephen T. Walsh<br>C/O David Slader, Attorney<br>806 SW Broadway, Suite 400<br>Portland, OR 97205 | PH: (503) 243-6336<br>FAX: (503) 242-0958<br>E-MAIL: dslader@spiritone.com<br>E-MAIL: eolson@spiritone.com |

| Mr. Bob Calkins<br>C/O Kevin Strever, Attorney<br>Barton & Stever P.C.<br>214 SW Coast Hwy.<br>Newport, OR 97365 | PH: (541) 265-5377<br>FAX: (541) 265-5614<br>E-MAIL: attorneys@bartonstrever.com |
|---|---|
| Mr. Peter F. Carlich<br>C/O Scott Beckstead, Attorney<br>PO Box 700<br>Waldport, OR 97394 | PH: (541) 563-5447<br>FAX: (541) 563-5497<br>E-MAIL: beckatt@pioneer.net |
| Mr. Thomas Ryan<br>C/O Kelly Clark, Attorney<br>O'Donnell & Clark LLP<br>1706 NW Glisan, Suite 6<br>Portland, OR 97035 | PH: (503) 306-0224<br>FAX: (503) 306-0257<br>E-MAIL: kellyc@oandc.com<br>E-MAIL: ksr@oandc.com<br>E-MAIL: ntj@jorlaw.com |

DATED this 14th day of July 2004.

Respectfully submitted,

ILENE J. LASHINSKY
United States Trustee

*Pamela J. Griffith*
PAMELA J. GRIFFITH, OSB #81249
Assistant United States Trustee

# CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of July, 2004, I served a copy of the foregoing APPOINTMENT OF COMMITTEE OF TORT CLAIMANTS by mailing a copy of this document, by United States first class mail, postage prepaid, and addressed to the following:

Roman Catholic Archbishop of Portland OR,
and successors, a corporation sole
C/O John G. Vlazny, Archbishop of Portland
2838 E Burnside
Portland, OR 97214-1895

Thomas V. Dulcich, Esq.
1211 SW 5th Ave #1600-1800
Portland, OR 97204

Thomas W. Stilley, Esq.
1000 SW Broadway #1400
Portland, OR 97205

Mr. Donn Christiansen
C/O Michael Morey, Attorney
Michael Morey P.C.
8 N State Street #301
Lake Oswego, OR 97034

Mr. Matthew J. Clemens
C/O Gary Basaccio, Attorney
2125 SW 4th Avenue, Suite 600
Portland, OR 97201

Mr. Curtis S. Grecco
C/O Dan Gatti, Attorney
Gatti, Gatti and Maier
1781 Liberty Street
Salem, OR 97302

Mr. Stephen T. Walsh
C/O David Slader, Attorney
806 SW Broadway, Suite 400
Portland, OR 97205

Mr. Bob Calkins
C/O Kevin Strever, Attorney
Barton & Stever P.C.
214 SW Coast Hwy.
Newport, OR 97365

Page 1 - CERTIFICATE OF SERVICE

| | |
|---|---|
| 1 | Mr. Peter F. Carlich<br>C/O Scott Beckstead, Attorney |
| 2 | PO Box 700<br>Waldport, OR 97394 |
| 3 | |
| 4 | Mr. Thomas Ryan<br>C/O Kelly Clark, Attorney<br>O'Donnell & Clark LLP |
| 5 | 1706 NW Glisan, Suite 6<br>Portland, OR 97035 |
| 6 | |
| 7 | Phoebe Joan O'Neill, Esq.<br>1500 SW Fifth Avenue, Unit 703<br>Portland, OR 97201 |
| 8 | |
| 9 | Charles R. Markley, Esq.<br>GREENE & MARKLEY, P.C.<br>1515 SW Fifth Avenue, Suite 600 |
| 10 | Portland, OR 97201 |
| 11 | Catherine S Travis, Esq.<br>Lane Powell Spears et al |
| 12 | 601 SW 2nd Ave Ste 2100<br>Portland OR 97204 |

ILENE J. LASHINSKY
United States Trustee

*/s/ Pamela J. Griffith*
PAMELA J. GRIFFITH, OSB #81249
Assistant United States Trustee

Page 2 - CERTIFICATE OF SERVICE