Albert N. Kennedy, OSB No. 82142
  Direct Dial:  (503) 802-2013
  Facsimile:   (503) 972-3713
  E-Mail:      al@tonkon.com
Timothy J. Conway, OSB No. 85175
  Direct Dial:  (503) 802-2027
  Facsimile:   (503) 972-3727
  E-Mail:      tim@tonkon.com
Michael W. Fletcher, OSB No. 01044
  Direct Dial:  (503) 802-2169
  Facsimile:   (503) 972-3869
  E-Mail:      michaelf@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

Attorneys for Tort Claimants Committee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>　　　　　　Debtor. | Case No. 04-37154-elp11<br><br>**TORT CLAIMANTS COMMITTEE'S MOTION FOR ORDER INCREASING LIMITATION ON COMPENSATION OF JON R. CONTE, Ph.D.** |

The Tort Claimants Committee (the "Committee") moves this Court for an Order increasing the limitation on the compensation payable to Jon R. Conte, Ph.D. from $5,000 to $10,000 and, in support thereof, states as follows:

1.　On August 24, 2004, the Committee filed its Application seeking authority to employ Jon R. Conte, Ph.D. as its expert. By Order entered August 27, 2004, the Committee was authorized to employ Jon R. Conte, Ph.D. as its expert. The Order provided that compensation shall be limited to $5,000 and that the limit on compensation may be amended, provided that any application to increase the limit must be filed before services are

Page 1 of 2 -　TORT CLAIMANTS COMMITTEE'S MOTION FOR ORDER INCREASING LIMITATION ON COMPENSATION OF JON R. CONTE, Ph.D.

provided.

2. From and after August 27, 2004, Dr. Conte prepared a written Declaration pursuant to the terms of his engagement. The Declaration has been provided to Debtor. Dr. Conte has submitted his first fee statement covering the period September 1, 2004 through October 3, 2004 in the amount of $4,365 in fees and $0 in expenses.

3. Dr. Conte has been requested to attend a meeting with Debtor, Debtor's expert, and media and public relations consultants to discuss proposed notice procedures. Additional services may be required with respect to the development of notice procedures.

4. It is anticipated that Dr. Conte will incur an additional $5,000 in fees in connection with the development of appropriate notice procedures.

5. The Committee has discussed this request with Debtor, and Debtor has no objection to the increase of the limitation on Dr. Conte's fees to $10,000.

WHEREFORE, the Tort Claimants Committee prays that this Court enter its order increasing the limitation on Dr. Conte's compensation from $5,000 to $10,000.

DATED this 28th day of October, 2004.

TONKON TORP LLP

By _____
ALBERT N. KENNEDY, OSB No. 82142
Attorneys for Tort Claimants Committee

032545\00001\597059 V001

Page 2 of 2 - TORT CLAIMANTS COMMITTEE'S MOTION FOR ORDER INCREASING LIMITATION ON COMPENSATION OF JON R. CONTE, Ph.D.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 04-37154-tmb11    Doc 537    Filed 10/29/04

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **TORT CLAIMANTS COMMITTEE'S MOTION FOR ORDER INCREASING LIMITATION ON COMPENSATION OF JON R. CONTE, Ph.D.** on the parties on the attached List of Interested Parties by:

☒ mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below;

☐ sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each party's last-known address on the date set forth below;

☐ faxing a copy thereof to each party at such party's last-known facsimile number on the date set forth below; or

☐ e-mailing a copy thereof to each party at such party's last-known e-mail address on the date set forth below.

DATED this 28th day of October, 2004.

TONKON TORP LLP

By _____
ALBERT N. KENNEDY, OSB No. 82142
Attorney for Tort Claimants Committee

032545\00001\597059 V001

Page 1 of 1 - CERTIFICATE OF SERVICE

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

# LIST OF INTERESTED PARTIES

In re Roman Catholic Archbishop of Portland in Oregon, and Successors, a corporation sole
U.S. Bankruptcy Court Case No. 04-37154-elp11

Thomas W. Stilley
William N. Stiles
**Sussman Shank LLP**
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
    Attorneys for Debtor **Roman Catholic Archbishop of Portland in Oregon**

Pamela J. Griffith
**U.S. Trustee's Office**
620 S.W. Main Street, Room 213
Portland, OR 97205

**Donn Christiansen**
c/o Michael S. Morey
Michael S. Morey P.C.
8 N. State Street, Suite 301
Lake Oswego, OR 97034
    Chairman, Tort Claimants Official Committee

Scott Beckstead
Attorney at Law
P. O. Box 700
Waldport, OR 97394
    Attorneys for Tort Claimant **Peter F. Carlich**

Erin K. Olson
David Slader Trial Lawyers, P.C.
806 SW Broadway, Suite 400
Portland, OR 97205
    Attorneys for Tort Claimants **Gary Mitts, Kenneth Nail, Stephen Walsh**, MJD, CS, GP, James Devereaux, MY and SL

**John Pincetich**
P. O. Box 2023
Gearhart, OR 97138
    Interested Party

**REQUESTS FOR NOTICE:**

Joseph A. Field
Field & Associates
610 S.W. Alder Street, Suite 910
Portland, OR 97205
    Attorneys for **ACE Group and ACE Property & Casualty Company**

Kevin P. Kamraczewski
Robert Millner
Sonnenschein, Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, IL 60606
    Attorneys for **ACE Group and ACE Property & Casualty Company**

Richard T. Anderson, Jr.
**Anderson & Monson, P.C.**
Park Plaza West - Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, OR 97005
    Interested Party

Peter C. McKittrick
Tara J. Schleicher
Farleigh, Wada & Witt, P.C.
600 Bank of America Financial Center
121 S.W. Morrison Street
Portland, OR 97204-3192
    Attorneys for Tort Claimants **C.B.**, John Doe 104, John Doe 105 and John V. Doe

Kevin K. Strever
William A. Barton
Barton & Strever P.C.
214 S.W. Coast Highway
P. O. Box 870
Newport, OR 97365
    Attorneys for Tort Claimant **C.B**

Richard C. Josephson
Stephen A. Redshaw
Stoel Rives LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, OR 97204-1268
    Attorneys for **Catholic Charities of Oregon, Inc. and Catholic Youth Organization/Camp Howard**

David B. Levant
Stoel Rives LLP
Suite 3600, One Union Square
600 University Street
Seattle, WA 98101-3197
    Attorneys for **Catholic Charities of Oregon, Inc. and Catholic Youth Organization/Camp Howard**

Gary A. Bisaccio
Attorney at Law
2125 S.W. Fourth Avenue, Suite 600
Portland, OR 97201
    Attorneys for **Matthew J. Clemens**

Karl I. Mullen
Attorney at Law
8225 S.W. Fairway Drive, Suite 100
Portland, OR 97225
    Attorneys for Creditors **Nathan and Deborah DuFresne**

**Paul E. DuFresne**
5135 S.W. 85th Avenue
Portland, OR 97225

**G.G., RWF, DC and David Coombs**
c/o Michael S. Morey
Michael S. Morey P.C.
8 N. State Street, Suite 301
Lake Oswego, OR 97034

**Cameo L. Garrett**
4875 Harnden Road
Cashmere, WA 98815
    Creditor Pro Se

Russell D. Garrett
John A. Bennett
Bullivant, Houser, Bailey, P.C.
805 Broadway Street, Suite 400
Vancouver, WA 98660-2962
    Attorneys for **General Insurance
    Co. of America**

Debra A. Dandeneau
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
    Attorneys for **General Insurance
    Co. of America**

Charles R. Markley
**Greene & Markley, P.C.**
1515 S. W. Fifth Avenue, Suite 600
Portland, Oregon 97201
    Interested Party

**Gary W. Hahn**
Hahn and Associates, Inc.
Environmental Consultants
434 N. W. Sixth Avenue, Suite 203
Portland, OR 97209-3651
    Unsecured Creditor

**Holy Family Catholic Church**
3732 S.E. Knapp Street
Portland, OR 97202

Kelly W.G. Clark
O'Donnell & Clark, LLP
1706 N.W. Glisan Street, Suite 6
Portland, OR 97209
    Attorneys for Priest Abuse
    Claimants SNB, **JC**, AGY and
    REC, JCM, **John Doe 1**, John
    Smith, LD, DM, FM, HS and
    MM, GM, RM, CM, BG and MJ

Neil T. Jorgenson
Attorney at Law
520 SW Sixth Avenue, Suite 820
Portland, OR 97204-1514
    Attorneys for **Priest Abuse
    Claimants** SNB, **JC**, AGY and
    REC, JCM, **John Doe 1**, John
    Smith, LD, DM, FM, HS and
    MM, GM, RM, CM, BG and MJ

Catherine S. Travis
Lane Powell Spears Lubersky LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
    Attorneys for **KeyBank N.A.**

Margaret M. Anderson
Patrick M. Jones
Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603
    Attorneys for Certain
    Underwriters at **Lloyd's London**

Thomas W. Brown
Cosgrave Vergeer Kester LLP
805 S.W. Broadway, 8th Floor
Portland, OR 97205
    Attorneys for Certain
    Underwriters at **Lloyd's London**

**Craig McMillin**
Mills & McMillin, P.C.
715 Commercial Street, N.E.
Salem, OR 97301

Thomas C. Sand
Jerry B. Hodson
Teresa H. Pearson
**Miller Nash LLP**
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204
    Special Counsel for Debtor

Robert J. Vanden Bos
Vanden Bos & Chapman, LLP
Suite 520, The Spalding Building
319 S.W. Washington Street
Portland, OR 97204-2690
    Attorneys for **Michael S. Morey**

Dana Shelton
Recovery Specialist - Recovery Dept.
**NOVA Information Systems, Inc.**
7300 Chapman Highway
Knoxville, TN 37920

**Phoebe Joan O'Neill**
1500 S.W. Fifth Avenue, Unit 703
Portland, OR 97201

Aaron Munter, Executive Director
**Oregon Educational
  Technology Consortium (OETC)**
8995 S.W. Miley Road, Suite 101
Wilsonville, OR 97070-5485

John L. Langslet
Scott A. Kamin
Martin, Bischoff, Templeton,
  Langslet & Hoffman
900 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
    Attorneys for **Oregon Insurance
    Guaranty Association**

Steven M. Hedberg
Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
    Attorneys for **Parishes and
    Parishioners Committee**

**Marilyn Podemski**
Attorney at Law
2477 S.W. Arden Road
Portland, OR 97201

James A. Hayes, Jr.
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
    Attorneys for **Roman Catholic
    Bishop of Orange (California)**

L. Martin Nussbaum
Eric Hall
**Rothgerber Johnson & Lyons LLP**
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903
    Special Counsel for Debtor

Jonathan E. Cohen
Jonathan E. Cohen, P.C.
1450 American Bank Building
621 S.W. Morrison Street
Portland, OR 97205
    Attorneys for **St. Mary's Home**

Steven C. Berman
Stoll Stoll Berne
  Lokting & Shlachter, P.C.
209 S.W. Oak Street, Suite 500
Portland, OR 97204-2798
    Attorneys for **St. Mary's Home**

Eric J. Neiman
Heather J. Van Meter
Williams, Kastner & Gibbs PLLC
333 S.W. Taylor Street
Portland, OR 97204-2496
    Attorneys for **Saint Paul Mercury Indemnity Company and St. Paul Fire and Marine Insurance Company**

Scott L. Jensen
Brownstein, Rask, Sweeney, Kerr,
 Grim, DeSylvia & Hay, LLP
1200 S.W. Main Street
Portland, OR 97205-2040
    Attorneys for **St. Therese Parish and Reimers & Jolivette, Inc.**

Thomas V. Dulcich
Margaret Hoffman
**Schwabe Williamson & Wyatt PC**
1600-1800 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
    Special Counsel for Debtor

Linda Boyle
**Time Warner Telecom Inc.**
10475 Park Meadows Dr., #400
Littleton, CO 80124

Mary Ann Kilgore
General Attorney
**Union Pacific Railroad Company**
1400 Douglas Street, MC 1580
Omaha, NE 68179

Fred C. Ruby
Assistant Attorney General
Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
    Attorneys for **State of Oregon, Department of Human Resources, Oregon Youth Authority and MacLaren School for Boys**

032545\00001\582996 V001