David Slader Trial Lawyers P.C.
806 S.W. Broadway, Suite 400
Portland, OR 97205
Telephone: 503-243-6336
Facsimile: 503-242-0958
E-mail: dslader@spiritone.com

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>Debtor. | Case No.: 04-37154-e1p11<br><br>**DECLARATION OF DAVID SLADER IN SUPPORT OF REPLY MEMORANDUM REGARDING DISCOVERY** |

David Slader declares as follows:

1. I am over 18 years of age and if called as a witness, I could and would competently testify to the matters set forth in this declaration from my own personal knowledge.

2. I have negotiated (usually successfully) with debtor over 40 lawsuits involving allegations of child sexual abuse by priests employed by the Archdiocese of Portland.

3. Substantially greater compensation has been consistently paid by debtor in those cases in which I had uncovered evidence of actual negligence

Page 1 - DECLARATION OF DAVID SLADER IN SUPPORT OF REPLY
          MEMORANDUM REGARDING DISCOVERY

DAVID SLADER
TRIAL LAWYERS
A PROFESSIONAL CORPORATION

806 SW BROADWAY  FOURTH FLOOR  PORTLAND. OREGON 97205
TEL (503) 243-6336   FAX (503) 242-0958   EOLSON SPIRITONE.COM

Case 04-37154-tmb11   Doc 618   Filed 11/15/04

and fault on the part of the Archdiocese. The greater the fault that could be proven, the greater has been the settlement value of the claims (assuming other factors being equal). Claims based exclusively on a *respondeat superior* theory have consistently settled for less than an otherwise comparable case in which negligence could be proven.

4. I have had numerous conversations with various attorneys for the Archdiocese in which those attorneys have acknowledged that a case's settlement value was significantly related to the strength of the evidence of the Archdiocese's negligence and fault.

5. Several mediators who have facilitated negotiations between the abuse plaintiffs and the Archdiocese have required me to "rate" cases based on various criteria, among which was the strength of the evidence of negligence and fault.

6. Evidence of negligence and fault is significant to settlement value because experienced litigators know that it is significant to the result at trial.

I declare that the above statements are true to the best of my knowledge and belief, and that I understand these statements are made for use as evidence in court and are subject to penalty for perjury under the laws of the United States of America and the State of Oregon.

Dated: November 12, 2004

_____
DAVID SLADER

Page 2 - DECLARATION OF DAVID SLADER IN SUPPORT OF REPLY
         MEMORANDUM REGARDING DISCOVERY

DAVID SLADER
TRIAL LAWYERS
A PROFESSIONAL CORPORATION

806 SW BROADWAY FOURTH FLOOR PORTLAND, OREGON 97205
TEL (503) 243-6336   FAX (503) 242-0958   EOLSON SPIRITONE.COM

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2004, I served the foregoing TORT CLAIMANTS' REPLY MEMORANDUM REGARDING GENERAL DISCOVERY REQUESTS on the following by mailing to each a copy thereof to the address(es) below, each contained in a sealed envelope, with postage prepaid, and deposited in the United States Post Office at Portland, Oregon.

Roman Catholic Archbishop of
Portland in Oregon, and successors, a
corporation sole, dba the Archdiocese
of Portland in Oregon
Attn: Paulette Furness, Director of
Business Affairs
2838 East Burnside
Portland, Oregon 97214

Tom Dulcich
Margaret Hoffmann
Schwabe Williamson & Wyatt
1400 Pacwest Center, Suites 1600-1800
1211 Southwest Fifth Ave.
Portland, OR 97204-3795

Tom Stilley
Sussman Shank LLP
1000 SW Broadway, Suite
Portland, OR 97205

Robert Weaver
Garvey Schubert & Barer
121 SW Morrison Street, 11th Flr.
Portland, OR 97204

Hahn & Associates, Inc.
434 NW 6th Ave., #203
Portland, OR 97209

Donn Christianson c/o Michael Morey
8 N State Street, Suite 301
Lake Oswego, OR 97034

Holy Family Catholic Church
3732 SW Knapp
Portland, OR 97202

Albert Kennedy
Tonkon Torp LLP
888 SW 5th Ave., Suite 1600
Portland OR 97204

Key Bank of Oregon
1211 SW 5th Ave., #400
Portland, OR 97204

Department of Consumer &
Business Affairs
PO Box 14610
Salem, OR 97309

Nathan Dufresne
c/o Karl Mullen
8225 SW Fairway Dr. #100
Portland, OR 97225

Page 1 – CERTIFICATE OF SERVICE

Case 04-37154-tmb11    Doc 618    Filed 11/15/04

| | | |
|---|---|---|
| 1 | Oregon State University<br>Conference Svcs, 102 Buxton Hall<br>Corvallis, OR 97331 | Catherine Travis<br>Lane Powell Spears Lubersky<br>601 SW 2nd Ave., Ste. 2100<br>Portland, OR 97204-3158 |
| 2 | | |
| 3 | | |
| 4 | Jerry Hodson, Thomas Sand<br>Miller Nash LLP<br>11 SW 5th Ave., Ste. 3500<br>Portland, OR 97204 | Roger Leo<br>520 SW Yamhill, Ste. 1025<br>Portland, OR 97204 |
| 5 | | |
| 6 | | |
| 7 | Arthur Gallagher & Co. FIIC #42163<br>PO Box 6000<br>San Francisco, CA 94160 | Cameo Garrett<br>9877 SW 35th Drive, Apt. 11<br>Portland, OR 97219 |
| 8 | | |
| 9 | | |
| 10 | Black & Indian Mission Office<br>2021 H Street NW<br>Washington, DC 20006 | St. Joseph School<br>630 W Stanton Street<br>Roseburg, OR 97470 |
| 11 | | |
| 12 | Sacred Heart Catholic School<br>2411 5th Avenue<br>Tillamook, OR 97141 | St. John Fisher Catholic School<br>7007 SW 46th Ave.<br>Portland, OR 97290 |
| 13 | | |
| 14 | Oregon Education Technology Consortium<br>8995 SW Miley Rd., #101<br>Wilsonville, OR 97070 | Phoebe Joan O'Neill<br>1500 SW 5th Ave., Unit 703<br>Portland, OR 97201 |
| 15 | | |
| 16 | Mexican American Cultural Center<br>PO Box 28185<br>3115 W Ashby<br>San Antonio, TX 78228 | Bob Nagel Distributing<br>PO Box 14427<br>Portland, OR 97293 |
| 17 | | |
| 18 | | |
| 19 | Catholic Sentinel<br>PO Box 5087-19<br>Portland, OR 97208 | Rev. Wayne Forbes<br>7007 SW 46th Ave.<br>Portland, OR 97219 |
| 20 | | |
| 21 | Pamela Griffith<br>US Trustee's Office<br>District of Oregon<br>620 SW Main Street, Rm. 213<br>Portland, OR 97204 | Our Lady of Sorrows Church<br>5221 SW Knight<br>Portland, OR 97206 |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | Sherri Ervin<br>1138 SE Maple St.<br>Hillsboro, OR 97223 | State Dept. of Oregon<br>Employment<br>875 Union Street NE<br>Salem, OR 97311 |
| | United Pipe & Supply Co.<br>PO Box 66490<br>Portland, OR 97290 | Charles Markley<br>1515 SW 5th Ave., Ste. 600<br>Portland, OR 97201 |

Page 2 – CERTIFICATE OF SERVICE

| | | |
|---|---|---|
| 1 | Jonathan Cohen<br>1450 American Bank Bldg.<br>621 SW Morrison St.<br>Portland, OR 97205 | James Hayes, Jr.<br>2424 SE Bristol St., Ste. 300<br>Newport Beach, CA. 92660 |
| 4 | Paul DeFresne<br>5135 SW 85th Ave.<br>Portland, OR 97225 | L. Martin Nussbaum<br>Wellso Fargo Tower, Ste. 1100<br>90 S. Cascade Ave.<br>Colorado Springs, CO 80903 |
| 7 | Debra Dandeneau<br>767 Fifth Ave.<br>New York, NY 10153 | John Bennett<br>888 SW 5th Ave., #300<br>Portland, OR 97204-2089 |
| 9 | John Langslet<br>900 Pioneer Tower<br>888 SW 5th Ave.<br>Portland, OR 97204 | Richard Josephson<br>Stoel Rives LLP<br>900 SW 5th Ave., Ste. 2600<br>Portland, OR 97204 |
| 12 | Peter McKittrick<br>121 SW Morrison St., Ste. 600<br>Portland, OR 97204 | Steve Berman<br>209 SW Oak St., Ste. 500<br>Portland, OR 97204 |
| 14 | Joseph A. Field<br>610 SW Alder St., Ste. 910<br>Portland, OR 97204 | Russell D. Garrett<br>805 Broadway St., Ste. 400<br>Vancouver, WA 98660 |
| 17 | Kelly Clark<br>1706 NW Glisan, Ste. 6<br>Portland, OR 97209 | Jeffrey Werstler<br>1220 SW Third Ave.<br>MS-0240<br>Portland, OR 97204 |
| 20 | Scott L. Jensen<br>Brownstein Rask et al<br>1200 SW Main Bldg.<br>Portland, OR 97205 | Linda Boyle<br>10475 Park Meadows Dr., #400<br>Littleton, CO 80124 |
| 23 | Ron Baskin, Esq.<br>101 Park Ave.<br>New York, NY 10178 | Robert Millner<br>8000 Sears Tower<br>Chicago, Il 60606 |
| 25 | Neil Jorgenson<br>805 SW 6th Ave., Ste. 820<br>Portland, OR 97204 | Robert Vanden Bos<br>319 SW Washington, #520<br>Portland, OR 97204 |
| | Scott Beckstead<br>PO Box 700<br>Waldport, OR 97384 | Gary Bisaccio<br>2125 SW 4th Ave., Ste. 600<br>Portland, OR 97201 |

Page 3 – CERTIFICATE OF SERVICE

| | |
|---|---|
| John Pincetich<br>PO Box 2023<br>Gearhart, OR 97138 | Karl Mullen<br>Mullen Law Firm<br>8225 SW Fairway D., Suite 100<br>Portland, Oregon 97225 |
| Margaret A. Anderson<br>115 South LaSalle St.<br>Chicago, IL 60603 | Marilyn Podemski<br>2477 SW Arden Road<br>Portland, OR 97201 |
| John Kaempf<br>Bullivant Houser Bailey<br>300 Pioneer Tower<br>888 SW Fifth Avenue<br>Portland, Oregon 97204-2089 | Fred C. Ruby<br>Assistant Attorney General<br>Department of Justice<br>1162 Court Street NE<br>Salem, Oregon 97301-4096 |
| Brad T. Summers<br>Ball Janik LLP<br>101 SW Main Street, Suite 1100<br>Portland, Oregon 97204 | William Barton<br>Kevin Strever<br>214 SW Coast Hwy<br>PO Box 870<br>Newport, Oregon 97365 |
| Erin Olson<br>Law Office of Erin Olson, P.C.<br>806 SW Broadway, Suite 800<br>Portland, Oregon 97205-3310 | |

By: /s/ David Slader
DAVID SLADER, OSB No. 73338