**Albert N. Kennedy**, OSB No. 82142
   Direct Dial: (503) 802-2013
   Facsimile: (503) 972-3713
   E-Mail: al@tonkon.com
**Timothy J. Conway**, OSB No. 85175
   Direct Dial: (503) 802-2027
   Facsimile: (503) 972-3727
   E-Mail: tim@tonkon.com
**Michael W. Fletcher**, OSB No. 01044
   Direct Dial: (503) 802-2169
   Facsimile: (503) 972-3869
   E-Mail: michaelf@tonkon.com
**TONKON TORP LLP**
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

Attorneys for Tort Claimants Committee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In re<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>        Debtor. | Case No. 04-37154-elp11<br><br>**SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.** |

I, Jon R. Conte, Ph.D., under penalty of perjury under the laws of the State of Washington, hereby declare as follows:

1. I have reviewed the Tort Claimants Committee's proposed media campaign. As a general strategy, such a campaign is consistent with my previous Declaration.

**EFFECTIVENESS.**

2. The limitations necessarily imposed upon use of the public media and the sensitivities of the general public exposed to the media unfortunately must limit the terms

Page 1 of 4 - SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.

used to describe priest sexual abuse by not using sexually specific language to describe the conduct of interest. Therefore, the terms used in the proposed campaign are not specific enough to alert many victims that they are potential claimants. The global and vague language used in the draft campaign can be modified to help alleviate that problem before finalized. Most importantly, the general content of the campaign and printed materials prepared for distribution should be reviewed by a focus group of survivors, their families and researchers to ensure effectiveness.

3. The media campaign should be supplemented by a direct mailing to the general public or a targeted mailing to Catholic families that were likely exposed to priest sexual abuse. A targeted mailing could be generated by using the names of all identified perpetrators, their employment histories, and lists of parishioners and families to target in the identified parishes, schools and other institutions where abusive Catholic priests were employed.

4. I understand that the media campaign will include a web page, follow-up written materials and a telephone hotline where more specific descriptions of the abusive conduct at issue could be used to ensure that victims are able to determine whether they have claims to assert.

**ILLUSTRATION OF PSYCHOLOGICAL BARRIERS TO DISCLOSURE**

5. In June 2000, I evaluated an individual, D.B., a victim of sexual abuse by a Catholic cleric. I have recently reviewed a videotape of D.B. describing some of the circumstances of his abuse. That video is attached to this Declaration as Exhibit One. My words cannot adequately describe the dynamics and suffering experienced by a victim of childhood sexual abuse. Without understanding that suffering, one cannot appreciate how difficult it is to provide fair notice to victims of childhood sexual abuse. D.B. illustrates the self blame and shame which successfully silence a well educated and professionally successful man abused in his childhood by a Catholic priest. D.B. describes how a priest

Page 2 of 4 - SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440
Case 04-37154-tmb11 Doc 631 Filed 11/17/04

used the trappings of religion to gain access and control over his intended victim. The priest implemented an active strategy to separate the boy from his family by keeping a secret from the boy's father and then making his sexual use of the boy another secret. While not fully described in the video, in my evaluation I learned that D.B. was abused in a severe way. Unlike many victims, he was successfully able to avoid the priest after a relatively short period of abuse. D.B. did not talk about the abuse for over 40 years. He rarely thought about the abuse, until December 1999, when he read a newspaper story about the abusive conduct of an Oregon priest.

6. D.B. lived life depressed, anxious and periodically alcoholic. He avoided church and reminders of abuse to protect himself from his feelings of betrayal, shame and hopelessness. To be effective, notice to potential claimants needs to overcome the barriers illustrated by D.B.'s history. The notice needs to deal with the profound suffering D.B. obviously experiences as he describes the abuse. It should be noted that D.B. is better able to deal with his personal suffering than the vast majority of victims I have evaluated.

**UNINTENDED POTENTIAL FOR HARM**

7. Inherent in any public media campaign to reach potential claimants will be exposure to the notice of children, adolescent and adult victims of abuse. Many of those individuals are victims of perpetrators who have no relationship whatsoever to the Catholic church and, therefore, are not claimants in this bankruptcy. The public notice will, of necessity, be inherently emotional. These third party victims will not anticipate and perhaps will not want to be exposed to the notice. For an unknown group of such individuals, exposure to the notice content will be associated with destabilization, regression, a deterioration in functioning and may potentially be responsible for extreme emotional reactions. Use of a public notice carries a high risk of intensification of victim symptoms; such as substance abuse, deterioration in relationships, deterioration in the ability to manage work and family lives, and suicidality. The link between childhood sex abuse and suicidality

Page 3 of 4 - SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.

Tonkon Torp LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 04-37154-tmb11    Doc 631    Filed 11/17/04

1  is extremely strong. Because these third party victims totally unrelated to the church may be
2  negatively affected by the proposed media campaign, it is important that the web page, the
3  telephone crisis line and related written materials include information and referral sources so
4  that these non-claimant victims who will suffer by exposure to the notice are provided
5  necessary resources.
6       8.   The media campaign and notice procedures utilized need to provide a
7  means to safely address the resurrected trauma and trauma symptoms that will be generated
8  by this process.
9       DATED this 16th day of November, 2004.

*signature*

JON R. CONTE, Ph.D.

032545\00001\599218 V001

Page 4 of 4 -   SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.

Tonkon Torp LLP

# CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing **AFFIDAVIT OF ALBERT N. KENNEDY RE FACSIMILE SIGNED SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.** on the parties on the attached List of Interested Parties by:

☒ mailing a copy thereof in a sealed, first-class postage prepaid envelope, addressed to each party's last-known address and depositing in the U.S. mail at Portland, Oregon on the date set forth below;

☐ causing a copy thereof to be hand-delivered to each party at each party's last-known address on the date set forth below;

☐ sending a copy thereof via overnight courier in a sealed, prepaid envelope, addressed to each party's last-known address on the date set forth below;

☐ faxing a copy thereof to each party at such party's last-known facsimile number on the date set forth below; or

☐ e-mailing a copy thereof to each party at such party's last-known e-mail address on the date set forth below.

DATED this 17th day of November, 2004.

TONKON TORP LLP

By _/s/ Albert N. Kennedy_
ALBERT N. KENNEDY, OSB No. 82142
Attorneys for Tort Claimants Committee

032545\00001\600452 V001

Page 1 of 1 -  CERTIFICATE OF SERVICE

**Tonkon Torp** LLP
888 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204
503-221-1440

Case 04-37154-tmb11    Doc 631    Filed 11/17/04

# LIST OF INTERESTED PARTIES

## In re Roman Catholic Archbishop of Portland in Oregon, and Successors, a corporation sole
U.S. Bankruptcy Court Case No. 04-37154-elp11

Thomas W. Stilley
William N. Stiles
**Sussman Shank LLP**
1000 S.W. Broadway, Suite 1400
Portland, OR 97205-3089
    Attorneys for Debtor **Roman Catholic Archbishop of Portland in Oregon**

Pamela J. Griffith
**U.S. Trustee's Office**
620 S.W. Main Street, Room 213
Portland, OR 97205

**Donn Christiansen**
c/o Michael S. Morey
Michael S. Morey P.C.
8 N. State Street, Suite 301
Lake Oswego, OR 97034
    Chairman, Tort Claimants Official Committee

Scott Beckstead
Attorney at Law
P. O. Box 700
Waldport, OR 97394
    Attorneys for Tort Claimant **Peter F. Carlich**

**John Pincetich**
P. O. Box 2023
Gearhart, OR 97138
    Interested Party

**REQUESTS FOR NOTICE:**

Joseph A. Field
Field & Associates
610 S.W. Alder Street, Suite 910
Portland, OR 97205
    Attorneys for **ACE Group and ACE Property & Casualty Company**

Kevin P. Kamraczewski
Robert Millner
Sonnenschein, Nath & Rosenthal, LLP
8000 Sears Tower
Chicago, IL 60606
    Attorneys for **ACE Group and ACE Property & Casualty Company**

Richard T. Anderson, Jr.
**Anderson & Monson, P.C.**
Park Plaza West - Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, OR 97005
    Interested Party

Peter C. McKittrick
Tara J. Schleicher
Farleigh, Wada & Witt, P.C.
600 Bank of America Financial Center
121 S.W. Morrison Street
Portland, OR 97204-3192
    Attorneys for Tort Claimants **C.B.**, John Doe 104, John Doe 105 and John V. Doe

Kevin K. Strever
William A. Barton
Barton & Strever P.C.
214 S.W. Coast Highway
P. O. Box 870
Newport, OR 97365
    Attorneys for Tort Claimant **C.B**

Richard C. Josephson
Stephen A. Redshaw
Stoel Rives LLP
900 S.W. Fifth Avenue, Suite 2600
Portland, OR 97204-1268
    Attorneys for **Catholic Charities of Oregon, Inc. and Catholic Youth Organization/Camp Howard**

David B. Levant
Stoel Rives LLP
Suite 3600, One Union Square
600 University Street
Seattle, WA 98101-3197
    Attorneys for **Catholic Charities of Oregon, Inc. and Catholic Youth Organization/Camp Howard**

Gary A. Bisaccio
Attorney at Law
2125 S.W. Fourth Avenue, Suite 600
Portland, OR 97201
    Attorneys for **Matthew J. Clemens**

Karl I. Mullen
Attorney at Law
8225 S.W. Fairway Drive, Suite 100
Portland, OR 97225
    Attorneys for Creditors **Nathan and Deborah DuFresne**

**Paul E. DuFresne**
5135 S.W. 85th Avenue
Portland, OR 97225

**G.G., RWF, DC and David Coombs**
c/o Michael S. Morey
Michael S. Morey P.C.
8 N. State Street, Suite 301
Lake Oswego, OR 97034

**Cameo L. Garrett**
4875 Harnden Road
Cashmere, WA 98815
    Creditor Pro Se

Russell D. Garrett
John A. Bennett
Bullivant, Houser, Bailey, P.C.
805 Broadway Street, Suite 400
Vancouver, WA 98660-2962
    Attorneys for **General Insurance Co. of America**

Debra A. Dandeneau
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
    Attorneys for **General Insurance Co. of America**

Charles R. Markley
**Greene & Markley, P.C.**
1515 S. W. Fifth Avenue, Suite 600
Portland, Oregon 97201
    Interested Party

**Gary W. Hahn**
Hahn and Associates, Inc.
Environmental Consultants
434 N. W. Sixth Avenue, Suite 203
Portland, OR 97209-3651
    Unsecured Creditor

**Holy Family Catholic Church**
3732 S.E. Knapp Street
Portland, OR 97202

Kelly W.G. Clark
O'Donnell & Clark, LLP
1706 N.W. Glisan Street, Suite 6
Portland, OR 97209
    Attorneys for Priest Abuse
    Claimants SNB, **JC**, AGY and
    REC, JCM, **John Doe 1**, John
    Smith, LD, DM, FM, HS and
    MM, GM, RM, CM, BG and MJ

Neil T. Jorgenson
Attorney at Law
520 SW Sixth Avenue, Suite 820
Portland, OR 97204-1514
    Attorneys for **Priest Abuse
    Claimants** SNB, **JC**, AGY and
    REC, JCM, **John Doe 1**, John
    Smith, LD, DM, FM, HS and
    MM, GM, RM, CM, BG and MJ

Catherine S. Travis
Lane Powell Spears Lubersky LLP
601 S.W. Second Avenue, Suite 2100
Portland, OR 97204-3158
    Attorneys for **KeyBank N.A.**

Margaret M. Anderson
Patrick M. Jones
Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603
    Attorneys for Certain
    Underwriters at **Lloyd's London**

Thomas W. Brown
Cosgrave Vergeer Kester LLP
805 S.W. Broadway, 8th Floor
Portland, OR 97205
    Attorneys for Certain
    Underwriters at **Lloyd's London**

**Craig McMillin**
Mills & McMillin, P.C.
715 Commercial Street, N.E.
Salem, OR 97301

Thomas C. Sand
Jerry B. Hodson
Teresa H. Pearson
**Miller Nash LLP**
111 S.W. Fifth Avenue, Suite 3400
Portland, OR 97204
    Special Counsel for Debtor

Robert J. Vanden Bos
Vanden Bos & Chapman, LLP
Suite 520, The Spalding Building
319 S.W. Washington Street
Portland, OR 97204-2690
    Attorneys for **Michael S. Morey**

Dana Shelton
Recovery Specialist - Recovery Dept.
**NOVA Information Systems, Inc.**
7300 Chapman Highway
Knoxville, TN 37920

**Phoebe Joan O'Neill**
1500 S.W. Fifth Avenue, Unit 703
Portland, OR 97201

Aaron Munter, Executive Director
**Oregon Educational
 Technology Consortium (OETC)**
8995 S.W. Miley Road, Suite 101
Wilsonville, OR 97070-5485

John L. Langslet
Scott A. Kamin
Martin, Bischoff, Templeton,
  Langslet & Hoffman
900 Pioneer Tower
888 SW Fifth Avenue
Portland, OR 97204
    Attorneys for **Oregon Insurance
    Guaranty Association**

Steven M. Hedberg
Douglas R. Pahl
Perkins Coie LLP
1120 NW Couch Street, 10th Floor
Portland, OR 97209-4128
    Attorneys for **Parishes and
    Parishioners Committee**

**Marilyn Podemski**
Attorney at Law
2477 S.W. Arden Road
Portland, OR 97201

James A. Hayes, Jr.
Cummins & White, LLP
2424 S.E. Bristol Street, Suite 300
Newport Beach, CA 92660
    Attorneys for **Roman Catholic
    Bishop of Orange (California)**

L. Martin Nussbaum
Eric Hall
**Rothgerber Johnson & Lyons LLP**
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903
    Special Counsel for Debtor

Jonathan E. Cohen
Jonathan E. Cohen, P.C.
1450 American Bank Building
621 S.W. Morrison Street
Portland, OR 97205
    Attorneys for **St. Mary's Home**

Steven C. Berman
Stoll Stoll Berne
  Lokting & Shlachter, P.C.
209 S.W. Oak Street, Suite 500
Portland, OR 97204-2798
    Attorneys for **St. Mary's Home**

Eric J. Neiman
Heather J. Van Meter
Williams, Kastner & Gibbs PLLC
333 S.W. Taylor Street
Portland, OR 97204-2496
    Attorneys for **Saint Paul Mercury Indemnity Company and St. Paul Fire and Marine Insurance Company**

Scott L. Jensen
Brownstein, Rask, Sweeney, Kerr, Grim, DeSylvia & Hay, LLP
1200 S.W. Main Street
Portland, OR 97205-2040
    Attorneys for **St. Therese Parish and Reimers & Jolivette, Inc.**

Thomas V. Dulcich
Margaret Hoffman
**Schwabe Williamson & Wyatt PC**
1600-1800 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204
    Special Counsel for Debtor

Linda Boyle
**Time Warner Telecom Inc.**
10475 Park Meadows Dr., #400
Littleton, CO 80124

Mary Ann Kilgore
General Attorney
**Union Pacific Railroad Company**
1400 Douglas Street, MC 1580
Omaha, NE 68179

Fred C. Ruby
Assistant Attorney General
Department of Justice
1162 Court Street, N.E.
Salem, OR 97301-4096
    Attorneys for **State of Oregon, Department of Human Resources, Oregon Youth Authority and MacLaren School for Boys**

Erin K. Olson
Law Office of Erin Olson, P.C.
806 SW Broadway, Suite 800
Portland, OR 97205-3310
    Attorneys for Tort Claimants **Gary Mitts, Kenneth Nail, Stephen Walsh**, MJD, CS, GP, James Devereaux, MY and SL

Brad T. Summers
Daniel R. Webert
Ball Janik LLP
1100 One Main Place
101 S.W. Main Street
Portland, OR 97204-3219
    Attorneys for **Central Catholic High School**

David L. Slader
David Slader Trial Lawyers P.C.
Jackson Tower - Suite 400
806 SW Broadway
Portland, OR 97205
    Attorneys for **Tort Claimants S.L., G.P., H.S.2, J.C.1, J.D., S.W., M.J.D. and M.Y.**

032545\00001\582996 V001

Albert N. Kennedy, OSB No. 82142
Direct Dial: (503) 802-2013
Facsimile: (503) 972-3713
E-Mail: al@tonkon.com
Timothy J. Conway, OSB No. 85175
Direct Dial: (503) 802-2027
Facsimile: (503) 972-3727
E-Mail: tim@tonkon.com
Michael W. Fletcher, OSB No. 01044
Direct Dial: (503) 802-2169
Facsimile: (503) 972-3869
E-Mail: michaelf@tonkon.com
TONKON TORP LLP
1600 Pioneer Tower
888 S.W. Fifth Avenue
Portland, OR 97204

Attorneys for Tort Claimants Committee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re ) Case No. 04-37154-elp11
)
ROMAN CATHOLIC ARCHBISHOP OF ) **AFFIDAVIT OF ALBERT N.**
PORTLAND IN OREGON, AND ) **KENNEDY RE FACSIMILE SIGNED**
SUCCESSORS, A CORPORATION SOLE, ) **SUPPLEMENTAL DECLARATION**
dba the ARCHDIOCESE OF PORTLAND ) **OF JON R. CONTE, Ph.D.**
IN OREGON, )
)
Debtor. )
)

STATE OF OREGON )
) ss.
County of Multnomah )

I, ALBERT N. KENNEDY, being first duly sworn, depose and say:

1. I am one of the attorneys for the Tort Claimants Committee. I make this affidavit on personal knowledge and am competent to testify concerning the matters described.

2. Attached hereto is a copy of the Supplemental Declaration of Jon R. Conte, Ph.D.) (the "Declaration"). Mr. Conte has agreed to send me the original Declaration,

Page 1 of 2 - AFFIDAVIT OF ALBERT N. KENNEDY RE FACSIMILE SIGNED
SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.

1 | bearing his original signature. The original signed Declaration will be filed as soon as it is
2 | received by this office.
3 |       DATED this 17th day of November, 2004.

6 | _____
ALBERT N. KENNEDY

8 | SUBSCRIBED AND SWORN to before me this 17th day of August, 2004.

OFFICIAL SEAL
LESLIE D. HURD
NOTARY PUBLIC-OREGON
COMMISSION NO. 355837
MY COMMISSION EXPIRES MARCH 18, 2006

Notary Public for Oregon
My Commission Expires: March 18, 2006

032545\00001\600452 V001

**Page 2 of 2** - AFFIDAVIT OF ALBERT N. KENNEDY RE FACSIMILE SIGNED
SUPPLEMENTAL DECLARATION OF JON R. CONTE, Ph.D.