1. Thomas W. Stilley, OSB No. 88316
   William N. Stiles, OSB No. 65123
2  Susan S. Ford, OSB No. 84220
   SUSSMAN SHANK LLP
3  1000 SW Broadway, Suite 1400
   Portland, OR  97205-3089
4  Telephone: (503) 227-1111
   Facsimile: (503) 248-0130
5  E-Mail:     tom@sussmanshank.com
               bills@sussmanshank.com
6              susanf@sussmanshank.com

7  Attorneys for Debtor and Debtor-In-Possession

CLERK US BANKRUPTCY COURT

'05 JAN -4 P 3 :14

LODGED

PAID _____ DOCKETED _____

8              IN THE UNITED STATES BANKRUPTCY COURT

9                        DISTRICT OF OREGON

10  In re:                              )   Case No. 04-37154-elp11
                                        )
11  **ROMAN CATHOLIC ARCHBISHOP OF**    )
    **PORTLAND IN OREGON, AND**         )   CERTIFICATE OF SERVICE
12  **SUCCESSORS, A CORPORATION**       )
    **SOLE**, dba the **ARCHDIOCESE OF**  )
13  **PORTLAND IN OREGON,**             )
                                        )
14              Debtor.                 )
                                        )
15  _____ )

16

17         I certify that on January 4, 2004, I served by **first class mail**, the **ORDER**

18  **(1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM AND (2) APPROVING A**

19  **PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL NOTICE PROCEDURE,**

20  **AND MAILING AND MEDIA NOTICE PROGRAM** as follows:

21               Roman Catholic Archbishop of Portland in Oregon, and
22                   successors, a corporation sole, dba the Archdiocese of
                     Portland in Oregon
23               Attn:  Paulette Furness, Director of Business Affairs
                 2838 East Burnside
24               Portland, OR  97214
                         Debtor
25

26

    **Page 1 of 2** - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

1.    **SEE ATTACHED LIST OF INTERESTED PARTIES**

2     SUSSMAN SHANK LLP

3

4     _____
      Thomas W. Stilley, OSB No. 88316

5     Susan S. Ford, OSB No. 84220
      Attorneys for Debtor and Debtor-In-Possession

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22
      F:\CLIENTS\14961\004\CERTIFICATES OF SERVICE AND RELATED INFORMATION\P-CERTIFICATE OF SERVICE (BAR DATE ORDER).DOC
23

24

25

26

**Page 2 of 2** - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111
Case 04-37154-tmb11    Doc 760    Filed 01/04/05

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
JAN 0 3 2005
LODGED
PAID_____ REC'D
_____ DOCKETED

1

2

3   Below is an Order of the Court:

4

5   Honorable Elizabeth L. Perris
    United States Bankruptcy Judge

6

7

8

9

10              IN THE UNITED STATES BANKRUPTCY COURT

11                        DISTRICT OF OREGON

12   In re:                          )   Case No. 04-37154-elp11
                                     )
13   ROMAN CATHOLIC ARCHBISHOP OF    )   ORDER (1) FIXING A BAR DATE FOR
     PORTLAND IN OREGON, AND         )   FILING PROOFS OF CLAIM AND (2)
14   SUCCESSORS, A CORPORATION       )   APPROVING A PROOF OF CLAIM
     SOLE, dba the ARCHDIOCESE OF    )   FORM, BAR DATE NOTICES, ACTUAL
15   PORTLAND IN OREGON,             )   NOTICE PROCEDURE, AND MAILING
                                     )   AND MEDIA NOTICE PROGRAM
16                    Debtor.        )
                                     )
17   _____)

18       This matter came before the Court upon the Amended Motion (the "**Amended**

19   **Motion**") of Roman Catholic Archbishop of Portland in Oregon, and successors, a

20   corporation sole, dba the Archdiocese of Portland in Oregon (the "**Debtor**"), as Debtor

21   and Debtor-in-Possession, for an order pursuant to Rule 3003(c)(3) of the Federal

22   Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**") (i) Fixing a Bar Date for Filing

23   Proofs of Claim and (ii) Approving a Proof of Claim Form, Bar Date Notices, Actual

24   Notice Procedure, and Mailing and Media Notice Program, all as more fully set forth in

25   the Amended Motion; and the Court having jurisdiction over this matter; and it appearing

26   **Page 1 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
     AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
     NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

1     that establishing a Claims Bar Date by which holders of Claims must assert claims

2     against the Debtor is necessary for the prompt and efficient administration of the

3     Debtor's Chapter 11 case and to protect the interests of the Debtor, its creditors and

4     other parties in interest herein; and due notice of the Amended Motion having been

5     provided to the Official Committee of Tort Claimants, the Office of the United States

6     Trustee, and all parties requesting special notice, and it appearing that no other or

7     further notice of the Amended Motion need be provided; and it appearing that it is

8     appropriate to set the Claims Bar Date and to implement the procedures more fully set

9     forth in the Amended Motion as modified herein; and the Court having determined that

10    the relief requested in the Amended Motion as modified herein is in the best interests of

11    the Debtor, its creditors and all parties in interest; and a hearing (the "*Hearing*") having

12    been held with respect to the Amended Motion on November 19, 2004; and the Court

13    having determined that a Future Claimants Representative will be appointed; and upon

14    determining that a Future Claimants Representative will be appointed the Court having

15    determined that the notice procedures described in the Amended Motion as modified

16    herein, including, without limitation, the Mailing and Media Notice Program, are

17    reasonably calculated under the circumstances to apprise the holders of Claims, or their

18    legal representatives, of the Claims Bar Date and of the procedures, deadlines, and

19    requirements applicable thereto; and upon the record of the Hearing and all of the

20    proceedings had before the Court; and after due deliberation and sufficient cause

21    appearing therefor, it is

22         ORDERED that, in accordance with Bankruptcy Rule 3003(c)(3), the last date by

23    which holders of Claims must file Proofs of Claim against the Debtor is established as

24    April 29, 2005 at 5:00 p.m. (Prevailing Pacific Time) (the "*Claims Bar Date*"); and it is

25    further

26    **Page 2 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11   Doc 760   Filed 01/04/05

1    ORDERED that the previously established November 4, 2004 and March 7, 2005
2    bar dates for filing Proofs of Claim in this case shall not apply to any Claims; and it is
3    further

4    ORDERED the Proof of Claim form attached hereto as Exhibit 1 is approved in
5    all respects for filing Claims in this case; and it is further

6    ORDERED that any Proof of Claim filed with respect to a Claim shall be
7    delivered in person, by courier service, or by first-class mail so as to be *actually filed*
8    *with the Court* or *actually received* by the BMC Group, Inc. (the "***Debtor's Claims***
9    ***Agent***") on or before the Claims Bar Date; and it is further

10   ORDERED that the Debtor's Claims Agent shall *not* be required to accept Proofs
11   of Claim sent by facsimile or telecopy transmission, and any such Proofs of Claim may
12   be rejected by the Debtor's Claims Agent for filing; and it is further

13   ORDERED that nothing contained in this Order, nor the filing of a Proof of Claim
14   by the holder of a Claim, shall prejudice the Debtor's or any other party's right to seek
15   further information from the holder of a Claim through appropriate discovery; and it is
16   further

17   ORDERED that notice of entry of this Order, the Claims Bar Date, and of the
18   procedures and requirements in connection therewith, in forms substantially similar to
19   the notices attached hereto as Exhibit 2 (for service upon creditors) and Exhibit 3 (for
20   service upon attorneys for creditors), which notices are collectively hereinafter referred
21   to as the Claims Bar Date Notice, which Claims Bar Date Notice is hereby approved in
22   all respects, shall be served by the Debtor's Claims Agent, together with a single copy
23   of the Proof of Claim Form or, if served upon an attorney or law firm that represents or
24   represented claimant(s) in an action against the Debtor pending at any time prior to the
25   Petition Date, or who have notified the Debtor that the attorney or law firm represents

26   **Page 3 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
     AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
     NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

1    certain claimant(s) who have not filed actions against the Debtor, a number of copies of

2    the Proof of Claim Form equal to the estimated number of claimants represented by

3    such attorney or law firm, by depositing same in the United States mail, first-class

4    postage prepaid, on or before January 17, 2005, upon the following:

5            (a)    all creditors listed in the Debtor's schedules and any amendments

6                   thereto,

7            (b)    all persons whose names and addresses the Debtor is able to

8                   identify from a review of its records that the Debtor reasonably

9                   believes could assert a Claim against the Debtor,

10

11           (c)    the Office of the United States Trustee for the District of Oregon,

12
             (d)    the attorneys for the Official Committee of Tort Claimants,
13

14           (e)    the attorneys for all actually known holders of Claims in actions

15                  pending against the Debtor at any time prior to the commencement

16                  of this case, and the attorneys who have notified the Debtor that

17                  they represent holders of Claims who have not filed actions against

18                  the Debtor (collectively, the "***Attorneys***"), and

19
             (f)    the Future Claimants Representative to be appointed by the Court
20
                    to represent those injured persons holding Claims against the
21
                    Debtor based on conduct that constitutes child abuse or knowingly
22
                    allowing, permitting, or encouraging child abuse, that as of the
23
                    Claims Bar Date: (1) are under the age of 18 and whose parent or
24
                    legal guardian has not filed a claim in this case; (2) are suffering
25

26   **Page 4 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
     AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
     NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

1    from "repressed memory" and cannot remember the child abuse; or

2    (3) have not discovered the injury or the causal connection between

3    the injury and the child abuse, nor in the exercise of reasonable

4    care should have discovered the injury or the causal connection

5    between the injury and the child abuse;

6    and it is further

7    ORDERED that, with respect to the holders of Claims referred to in

8    subparagraph (e) in the immediately preceding decretal paragraph, the Debtor's Claims

9    Agent is authorized to provide notice of the Claims Bar Date solely to the Attorneys as

10   provided herein; and it is further

11   ORDERED that, in accordance with the Claims Bar Date Notice, if an Attorney

12   does not represent, or no longer represents, any of the claimants listed on Exhibit A to

13   the Claims Bar Date Notice furnished to such Attorney, such Attorney is required, within

14   fifteen (15) business days after his or her receipt of the Claims Bar Date Notice, to

15   provide the Debtor's Claims Agent with the names (and addresses , if such Attorney has

16   been authorized to disclose such information) of such claimants so that actual notice of

17   the Claims Bar Date may be provided to such claimants. If no address is provided, and

18   the Debtor is unable to obtain an address through reasonable investigation, actual

19   notice of the Claims Bar Date to such claimants shall not be required; and it is further

20   ORDERED that the Debtor's Claims Agent shall electronically file with the Court

21   via ECF a copy of the Claims Bar Date Notice and Proof of Claim Form together with a

22   certificate of service showing the date of service and the names and addresses of all

23   persons, including the Attorneys, served with a copy of the Claims Bar Date Notice and

24   Proof of Claim Form; and it is further

25

26   **Page 5 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
     AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
     NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1          ORDERED that the Debtor's Claims Agent shall utilize the following procedures,

2 among others as may be implemented by the Clerk's Office, in order to keep certain

3 information contained in those Proofs of Claim asserting a Claim based on child abuse

4 confidential:

5          (a)         The Debtor's Claims Agent will retain a copy of the Claims Bar Date

6 Notice and Exhibit "A" thereto served on each of the Attorneys, together with all

7 correspondence between the Debtor's Claims Agent and the Attorneys. These

8 documents will be segregated by the Debtor's Claims Agent, will not be filed with the

9 Court, and will be kept under seal to maintain confidentiality until further order of the

10 Court;

11          (b)         All Proofs of Claim received by the Debtor's Claims Agent which <u>do</u>

12 <u>not</u> assert a Claim based on child abuse or knowingly allowing, permitting, or

13 encouraging child abuse, <u>will be fully scanned</u> by the Debtor's Claims Agent and

14 electronically filed with the court via ECF. The scanned documents will be attached to

15 the claims filing event per instructions provided to the Debtor's Claims Agent by the

16 Clerk's Office. The Debtor's Claims Agent will place the claim number assigned during

17 electronic filing in the lower right hand corner of the first page of the paper document.

18 These Proofs of Claim will be stored by the Debtor's Claims Agent in claim number

19 order;

20          (c)         All Proofs of Claim received by the Debtor's Claim Agent which <u>do</u>

21 assert a Claim based on child abuse or knowingly allowing, permitting, or encouraging

22 child abuse, <u>will not be scanned</u> by the Debtor's Claims Agent. The Debtor's Claims

23 Agent will create a "dummy" pdf document which will say "Confidential proof of claim

24 filed". This pdf document will be selected to attach when the Debtor's Claims Agent

25 electronically files the Proof of Claim with the Court. The creditor's name will be entered

26 **Page 6 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11   Doc 760   Filed 01/04/05

1   as "UNKNOWN – CONFIDENTIAL" together with the claim amount if an amount is
2   listed in the Proof of Claim.  No other information will be placed in the creditor record.
3   The Debtor's Claims Agent will place the claim number assigned by the system in the
4   bottom right hand corner of the first page of the paper Proof of Claim.  These Proofs of
5   Claim will be segregated by the Debtor's Claims Agent and kept under seal to maintain
6   confidentiality until further order of the Court.  Absent further Court order, access to
7   such Proofs of Claim will be restricted to the Debtor, the Debtor's insurers, the claimant,
8   and their respective attorneys.  Although such Proofs of Claim shall remain confidential,
9   the Debtor and the Debtor's insurers will be authorized to utilize the information
10  contained in such Proofs of Claim, including the claimant's name, in conducting their
11  respective investigations into the facts and circumstances surrounding the claim;

12          (d)          The Debtor's Claims Agent will retain all paper copies of all Proofs
13  of Claim until otherwise instructed by the Court; and it is further

14          ORDERED that the Mailing and Media Notice Program described in Exhibit 4
15  attached hereto (the "*Mailing and Media Notice Program*") is approved; and it is
16  further

17          ORDERED that the Debtor and its professionals, including the Debtor's Claims
18  Agent, are authorized to take any and all actions reasonable or necessary to the full
19  implementation of the Mailing and Media Notice Program, including, but not limited to,
20  the making of expenditures necessary to implement the Mailing and Media Notice
21  Program, the placement of advertising contemplated by the Mailing and Media Notice
22  Program, and the payment for mailing and advertisements; and it is further

23          ORDERED that, pursuant to Bankruptcy Rule 2002(l), the Debtor shall cause to
24  be published a Publication Notice in substantially the form attached hereto as Exhibit 5
25  (the "*Publication Notice*"), which Publication Notice is approved in all respects, in the

26  **Page 7 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

1    publications listed, and within the times listed, in the Mailing and Media Notice Program,

2    which publications are hereby approved in all respects; and it is further

3         ORDERED that the Debtor is authorized to take such steps and perform such

4    acts as may be reasonable or necessary to implement and effectuate the terms of this

5    Order; and it is further

6         ORDERED that all capitalized terms used but not defined in this Order shall have

7    the meaning ascribed to them in the Amended Motion; and it is further

8         ORDERED that the Court retains jurisdiction over any dispute regarding this

9    Order.

10    PRESENTED BY:

11    SUSSMAN SHANK LLP

12

13    Thomas W. Stilley, OSB No. 88316
14    Susan S. Ford, OSB No. 84220
      Attorneys for Debtor and
15    Debtor-In-Possession

16    c: See attached list

17

18    F:\CLIENTS\14961\004\SPECIAL NOTICE TO TORT CLAIMANTS\P-BAR DATE ORDER (11-15) REVISED3.DOC

19

20

21

22

23

24

25

26    **Page 8 of 8** - ORDER (1) FIXING A BAR DATE FOR FILING PROOFS OF CLAIM
     AND (2) APPROVING A PROOF OF CLAIM FORM, BAR DATE NOTICES, ACTUAL
     NOTICE PROCEDURE, AND MAILING AND MEDIA NOTICE PROGRAM

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

| United States Bankruptcy Court District of Oregon | **PROOF OF CLAIM** |
|---|---|

**Name of Debtor:**
Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon

**Case Number**

**04-37154-elp11**

## SECTION A: EVERYONE MUST FILL OUT THIS SECTION.

**Name of and Address of Creditor:** (The person or other entity who has a claim against the Debtor)

☐ Check box If you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

**Creditor's Date of Birth:** _____

**Last four digits of Social Security Number:** _____

**Telephone No.** _____

**Name and Address Where Notices Should be Sent of Different than Above:**

☐ Check box if you have never received any notices from the bankruptcy court in this case.
☐ Check box if the address differs from the address on the envelope sent to you by the court.

**THIS SPACE FOR COURT USE ONLY**

**Any other name or names by which you are known or have ever been known:**

Check here if this claim
☐ amends ☐ replaces a previously filed claim dated:

## SECTION B: FILL OUT THIS SECTION ONLY IF, WHILE UNDER THE AGE OF 18, YOU HAD SEXUAL CONTACT WITH OR WERE SEXUALLY TOUCHED BY A CATHOLIC PRIEST, EMPLOYEE, VOLUNTEER, OR OTHER PERSON WORKING FOR THE ARCHDIOCESE OF PORTLAND IN OREGON OR FOR A CATHOLIC PARISH/SCHOOL SERVED BY THE ARCHDIOCESE.

**1. Where did the sexual contact/touching take place?**
(Complete all relevant information that you know. State none or n/a if not applicable)

**City and State:** _____
**Parish:** _____
**School:** _____
**Other:** _____

**2. What is the name of the person with whom you had sexual contact/touching?**

**Name:** _____

**Position/Title:** _____ (If Known)
(e.g., Parish Priest, Teacher, Coach, etc.)

**3. When did the sexual contact/touching occur?** (Give approximate dates or your grade in school at the time.)

**4. Affirmation/Description of sexual contact/touching.**

☐ I affirm that I had sexual contact or was sexually touched.

☐ OPTIONAL: Describe the sexual contact/touching (provide a short summary or attach a separate sheet if you need more room):

**5. Nature and extent of injuries or damages (If known)?** (How has the sexual contact/touching affected you? Attach a separate sheet if you need more room)

**Amount of damages (if known): $** _____

**6. Name, address, and telephone number of your attorney if you have one:**

**7. Have you been a party to any civil lawsuit or other proceeding involving your claim?** (If yes, provide the name or title of the lawsuit or proceeding, the case number, the court, and the date when filed)

Exhibit _1_
Page _1_ of _3_

## SECTION C: FILL OUT THIS SECTION IF YOU DID NOT FILL OUT SECTION B.

**1. Basis for Claim**

☐ Goods sold
☐ Money or other property entrusted or donated for a particular purpose
☐ Services performed
☐ Money loaned
☐ Indemnity for _____
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U. S. C. § 1114(a)
☐ Wages, salaries, and compensation (fill out below)

Last Four Digits of Your SS#: _____

Unpaid compensation for services performed

from _____ to _____
      (date)                (date)

| **2. Date debt was incurred:** | **3. If court judgment, date obtained:** |
|---|---|

**4. Total Amount of Claim at Time Case Filed:** $ _____

If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**

☐ Check this box if your claim is secured by collateral (including a right of setoff).

Brief Description of Collateral:
☐ Real Estate
☐ Motor Vehicle
☐ Other _____

Value of Collateral: $ _____

Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**

☐ Check this box if you have an unsecured priority claim
Amount entitled to priority $ _____

Specify the priority of the claim:

☐ Wages, salaries, or commission (up to $4,650) - earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 USC. § 507(a)(3).
☐ Contribution to an employee benefit plan –11 USC. § 507(a)(4).
☐ Up to $2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 USC. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child 11 USC. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 USC. § 507(a)(8).
☐ Other – Specify applicable paragraph of 11 USC. § 507(a)(___).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, cancelled checks, correspondence, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

## SECTION D: EVERYONE MUST FILL OUT THIS SECTION.

**1. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

**2. Confidentiality:** If you completed Section B., your proof of claim will be kept confidential and will be made available only to the Debtor, the Debtor's insurers, you, and your attorney (if any). This will not, however, prevent the Debtor, the Debtor's insurers, and their attorneys from utilizing the information contained herein, including your name, in conducting their respective investigations into the facts and circumstances surrounding your claim.

**The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is received on or before 5:00 p.m., Prevailing Pacific Time on April 29, 2005.**

**BY MAIL TO:**

Archdiocese of Portland Case
c/o Claims Agent BMC Group
P.O. Box 921
El Segundo, CA 90245-0921

**BY HAND DELIVERY TO:**

Archdiocese of Portland Case
c/o Claims Agent BMC Group
1330 East Franklin Avenue
El Segundo, CA 90245

| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | THIS SPACE FOR COURT USE ONLY |
|---|---|---|

***Penalty for presenting fraudulent claim:*** Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC. §§ 152 and 3571.

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**, dba the **ARCHDIOCESE OF PORTLAND IN OREGON,**

Debtor.

Case No. 04-37154-elp11

NOTICE OF LAST DAY TO FILE CLAIMS, INCLUDING CLAIMS FOR CLERGY SEX ABUSE AND SEXUAL MISCONDUCT

# **NOTICE**

## THIS IS AN IMPORTANT NOTICE – YOUR RIGHTS MAY BE AFFECTED

## _NOTE_: **April 29, 2005 AT 5:00 P.M. PREVAILING PACIFIC TIME**

### IS THE LAST DATE TO FILE PROOFS OF CLAIM

PLEASE TAKE NOTICE THAT on _____, 2004, the United States Bankruptcy Court for the District of Oregon entered an Order Setting Bar Date for Claims (the "***Claims Bar Date Order***").

### DEADLINE AND WHO MUST FILE A CLAIM

Under the Claims Bar Date Order, anyone who has a ***Claim*** against the Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon (the "***Debtor***") must file such claim by April 29, 2005, at 5:00 p.m., Prevailing Pacific Time (the "***Claims Bar Date***"). You may have a ***Claim***:

(a)     If, while you were under the age of 18, you had sexual contact with or were sexually touched by a Catholic priest, employee, volunteer, or other person working for the Archdiocese of Portland in Oregon or for a Catholic Parish/School served by the Archdiocese (see list below); or

(b)     If you believe the Archdiocese is responsible for anything that caused you injury or harm <u>at any age</u>; or

(c)     If the Archdiocese owes you any money; or

(d)     If you assert a <u>right to payment</u> from the Archdiocese, whether or not the amount owed is known, and whether or not your asserted right to

Exhibit 2

Page 1 of 10

-1-

payment is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event; or

(e)     If you assert a right to an equitable remedy (e.g., the right to require the Archdiocese to either do or not do something), whether or not such right is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event, which would result in the Archdiocese owing you money for its failure to do as required.

[
A "**Claim**" is defined as:

(a)     right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

(b)     right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Included within the definition of a *"Claim"* are *"Tort Claims"* which are defined for the purposes of this notice as any claim, demand, suit, cause of action, proceeding, or any other rights or asserted right to payment against the Debtor, based upon or in any manner arising in or related to any tortious act or acts, including but not limited to personal injury, wrongful death, assault, negligence, intentional infliction of emotional distress, defamation, conversion, child abuse as defined in ORS 419B.005(1)(a)), or any sexual contact with a person which is, or is alleged to be, inappropriate or nonconsensual, including, without limitation, any of the offenses defined in ORS Chapter 163 (all such tortious acts being collectively referred to as "Tortious Misconduct"), including, without limitation, (a) the processing, adjustment, defense, settlement, payment, negotiation, or handling of any claims, demands, suits, proceedings or causes of action based upon or relating in any way to such act or acts of Tortious Misconduct; (b) the failure to warn, disclose, or provide information concerning the risk that any person or persons might, or have the propensity to, engage in Tortious Misconduct; (c) the failure to take remedial action with respect to alleged, suspected or known Tortious Misconduct; and (d) the actions or inactions of any person or entity involving Tortious Misconduct, including, without limitation, (i) claims for negligence, wrongful death, or personal injuries, including emotional distress; (ii) claims for vicarious liability; (iii) claims for damages, including but not limited to, punitive or exemplary damages; (iv) claims for attorneys' fees and other expenses, fees, or costs; (v) claims for any possible economic loss or loss of consortium; (vi) claims for damage to reputation; (vii) claims for any legal or equitable remedy; and (viii) claims of any person or entity against whom any claim, demand, proceeding, suit or cause of action based upon or in any manner arising from or relating to any of the matters enumerated or described in (a), (b), (c), or (d) above has been, is, or may be asserted.

If you settled a Claim with the Debtor before July 6, 2004, but you have not yet been paid or been fully paid, you must still file a Claim for the unpaid amount. If you have been fully paid, you do not need to file a Claim.

**IF YOU HAVE ALREADY FILED A PROOF OF CLAIM WITH THE COURT, YOU DO NOT NEED TO FILE ANOTHER CLAIM.**

Exhibit __2__
Page __2__ of __10__                    -2-

THE *CLAIMS* REFERRED IN THIS NOTICE SPECIFICALLY INCLUDE, BUT ARE NOT LIMITED TO:

1. GENERAL COMMERCIAL CLAIMS ARISING OUT OF THE SALE OR LEASE OF GOODS OR SERVICES, BREACH OF CONTRACT, LOANS, WAGES, AND EMPLOYEE BENEFITS, AND

2. CLAIMS BASED ON <u>SEXUAL CONTACT OR TOUCHING</u> BY PRIESTS, TEACHERS, COACHES, VOLUNTEERS, OR OTHERS WORKING FOR THE ARCHDIOCESE OF PORTLAND, OR FOR A CATHOLIC CHURCH OR SCHOOL LISTED BELOW:

| <u>NAME</u> | <u>CITY</u> |
| --- | --- |
| All Saints Church & School | Portland |
| All Souls Church | Myrtle Creek |
| Archbishop Howard School | Portland |
| Ascension Church | Portland |
| Assumption Church & School | Portland |
| Blessed Sacrament Church & School | Portland |
| Cathedral of the Immaculate Conception (St Mary) & School | Portland |
| Central Catholic High School | Portland |
| Christ the King Church & School | Milwaukie |
| Church of the Korean Martyrs | Portland |
| Church of the Resurrection | Tualatin |
| Coos Catholic School | Coos Bay |
| Good Shepherd Church | Sheridan |
| Holy Cross Church & School | Portland |
| Holy Family Church | Glendale |
| Holy Family Church & School | Portland |
| Holy Name Church | Cocquille |
| Holy Redeemer Church | North Bend |
| Holy Redeemer Church & School | Portland |
| Holy Rosary Chapel | Scotts Mills/Crooked Finger |
| Holy Trinity Church | Bandon |
| Holy Trinity Church & School | Beaverton |
| Holy Trinity Church | Brownsville |
| Immaculate Conception Church and St. Mary School | Stayton |
| Immaculate Heart Church | Portland |
| John F. Kennedy High School (1954-1969) | Mt. Angel |
| Marist High School (1994 and after) | Eugene |
| Mission of the Atonement | Beaverton |
| Nativity of the Blessed Virgin Mary Church | Rainer |
| North Catholic High School | Portland |
| North Portland Catholic Community | Portland |
| O'Hara Catholic School | Eugene |
| Our Lady of Fatima Church | Shady Cove |
| Our Lady of Lourdes Church | Jordan |
| Our Lady of Perpetual Help Church & School | Cottage Grove |

Exhibit 2
Page 3 of 10

-3-

| NAME | CITY |
|---|---|
| Our Lady of Perpetual Help Church & St. Mary School | Albany |
| Our Lady of Sorrows Church & School | Portland |
| Our Lady of the Lake Church & School | Lake Oswego |
| Our Lady of the Mountain Church | Ashland |
| Our Lady of Victory Church | Seaside |
| Pope John XIII School | Portland |
| Queen of Peace Church & School | Portland |
| Queen of Peace Church & School | Salem |
| Regis High School | Stayton |
| Rogue River Catholic Community Church | Rogue River |
| Sacred Heart Church | Newport |
| Sacred Heart Church | Portland |
| Sacred Heart Church & School | Tillamook |
| Sacred Heart Church & School | Medford |
| Sacred Heart Church & School | Gervais |
| San Martin de Porres | Dayton |
| Shepherd of the Valley Church | Central Point |
| Southeast Asian Vicariate | Portland |
| St. Agatha Church & School | Portland |
| St. Agnes Church | Hubbard |
| St. Alexander Church | Cornelius |
| St. Alice Church & School | Springfield |
| St. Aloysius Church | Estacada |
| St. Andrew Church & School | Portland |
| St. Anne Church & School | Grants Pass |
| St. Anne Church & School | Portland |
| St. Anthony Church & School | Forest Grove |
| St. Anthony Church & School | Portland |
| St. Anthony Church | Waldport |
| St. Anthony Church & School | Tigard |
| St. Augustine Church | Lincoln City |
| St. Bernard Church | Scio |
| St. Birgitta Church | Portland |
| St. Boniface Church | Sublimity |
| St. Bridget Church | Powers |
| St. Catherine of Siena Church | Mill City |
| St. Catherine of Siena Church | Veneta |
| St. Cecilia Church & School | Beaverton |
| St. Cecilia Church & School | Portland |
| St. Charles Borromeo Church | Gold Beach |
| St. Charles Church & School | Portland |
| St. Christopher Church | Detroit |
| St. Clare Church & School | Portland |
| St. Cyril Church | Wilsonville |
| St. Edward Church & School | Lebanon |
| St. Edward Church | North Plains |
| St. Edward Church | Salem/Keizer |

Exhibit _2_
Page _4_ of _10_

-4-

| NAME | CITY |
|------|------|
| St. Elizabeth Anne Seton Church | Aloha |
| St. Elizabeth of Hungary Church | Portland |
| St. Francis Church & School | Sherwood |
| St. Francis de Sales Church | Hammond |
| St. Francis High School | Eugene |
| St. Francis of Assisi Church | Portland |
| St. Francis of Assisi Church & School | Banks/Roy |
| St. Francis Xavier Church | Sutherlin |
| St. Frederic Church & School | St.. Helens |
| St. Helen Church | Junction City |
| St. Helen Church | Sweet Home |
| St. Henry Church | Dexter |
| St. Henry Church & School | Gresham |
| St. Ignatius Church & School | Portland |
| St. James Church | Molalla |
| St. James Church & School | McMinnville |
| St. John Church | Yamhill |
| St. John Fisher Church & School | Portland |
| St. John Church | Welches |
| St. John the Apostle Church | Drain |
| St. John the Apostle Church | Reedsport |
| St. John the Apostle Church & School | Oregon City |
| St. John the Baptist Church & School | Milwaukie |
| St. John the Baptist Church | Clatskanie |
| St. John the Baptist Church | Port Orford |
| St. Joseph Church | Cloverdale |
| St. Joseph Church | Jacksonville |
| St. Joseph Church & School | Roseburg |
| St. Joseph Church & School | Salem |
| St. Joseph the Worker Church & School | Portland |
| St. Juan Diego Church | Portland |
| St. Jude Church | Eugene |
| St. Lawrence Church & School | Portland |
| St. Louis Church | St. Louis |
| St. Luke Church & School | Woodburn |
| St. Mark Church | Eugene |
| St. Mary by the Sea Church | Rockaway |
| St. Mary Church | Corvallis |
| St. Mary Church & School | Eugene |
| St. Mary Church & School | Mount Angel |
| St. Mary Church | Shaw/Aumsville |
| St. Mary Church | Siletz |
| St. Mary Church | Vernonia |
| St. Mary Magdalene (The Madeleine) Church & School | Portland |
| St. Mary Our Lady of the Dunes Church | Florence |
| St. Mary School (before 1983) | Medford |
| St. Mary Star of the Sea Church, Elementary School & H.S. | Astoria |

Exhibit 2
Page 5 of 10                    -5-

| NAME | CITY |
|------|------|
| St. Matthew Church & School | Hillsboro |
| St. Michael Church & School | Grand Ronde |
| St. Michael Church | Oakridge |
| St. Michael Church | Sandy |
| St. Michael the Archangel Church | Portland |
| St. Monica Church & School | Coos Bay |
| St. Patrick Church | Canby |
| St. Patrick of the Forest Church | Cave Junction |
| St. Patrick Church | Independence |
| St. Patrick Church | Lyons |
| St. Patrick Church & School | Portland |
| St. Patrick Church | Toledo |
| St. Paul Church & School | Silverton |
| St. Paul Church & School | Eugene |
| St. Paul Church & School | St. Paul |
| St. Peter the Fisherman Church | Arch Cape |
| St. Peter Church & School | Eugene |
| St. Peter Church & School | Newberg |
| St. Peter Church & School | Portland |
| St. Phillip Benizi Church | Creswell |
| St. Phillip Benizi Church | Redland |
| St. Phillip Church | Dallas |
| St. Phillip Neri Church & School | Portland |
| St. Pius X Church & School | Cedar Mills |
| St. Rita Church & School | Portland |
| St. Rose of Lima Church | Monroe |
| St. Rose of Lima Church & School | Portland |
| St. Sharbel Church | Portland |
| St. Stanislaus Church | Portland |
| St. Stephan Church & School | Portland |
| St. Therese Church & School | Portland |
| St. Thomas Church | Jefferson |
| St. Thomas More Church & School | Portland |
| St. Thomas More Church (University Parish) | Eugene |
| St. Vincent de Paul (Downtown Chapel) | Portland |
| St. Vincent de Paul Church & School | Salem |
| St. Wenceslaus Church | Scappoose |
| Sts Ann & Michael Church | Myrtle Point |
| Star of the Sea Church | Brookings |
| Tillamook Catholic High School | Tillamook |
| Visitation of the Blessed Virgin Mary Church & School | Verboort |

**If you have questions about the above list or a location not listed, please call the Debtor's Claims Agent, BMC Group, Inc. toll-free at 1-888-909-0100.**

Exhibit __2__

Page __6__ of __10__

-6-

## PROCEDURES FOR FILING A CLAIM

To file a claim, do the following:

- File the claim on the Court-ordered *Proof of Claim Form*

- For additional copies of the proof of claim form (a) contact the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, 7:00 a.m. – 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or (b) visit BMC Group, Inc.'s website at www.bmcgroup.com/archdpdx to download the proof of claim form and instructions for completing the form.

- Return the completed proof of claim form to BMC Group, Inc., at the address shown below **no later than April 29, 2005 at 5:00 p.m., Prevailing Pacific Time**. Proof of claim forms will be deemed filed only when *actually received* by BMC Group, Inc. Proof of claim forms submitted by facsimile will *not* be accepted and will not be deemed filed. If you are returning the proof of claim form by mail, allow sufficient mailing time so that the proof of claim form is received on or before April 29, 2005, at 5:00 p.m., Prevailing Pacific Time. Proof of claim forms that are postmarked before that date but are received after that date will be considered late.

  - If a claimant files in person or by courier service, the proof of claim form should be delivered to the following address, between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Archdiocese of Portland Case**
    **c/o BMC Group, Inc.**
    1330 East Franklin Avenue
    El Segundo, CA 90245

  - If a claimant files by mail, the proof of claim form should be mailed with sufficient lead time so that the proof of claim form(s) will be received at the following address between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Archdiocese of Portland Case**
    **c/o BMC Group, Inc.**
    P.O. Box 921
    El Segundo, CA 90245-0921

Exhibit 2
Page 7 of 10          -7-

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

## COUNSELING

If you are not represented by an attorney and would like to speak with an independent counselor who is not affiliated with the Archdiocese or anyone associated with this case, you may do so by calling BMC Group, Inc. toll-free at 888-909-0100, and requesting this. You will not be charged for your discussions with the counselor and any discussions between you and the counselor will be kept strictly confidential. Nothing you say to the counselor will be provided to the Archdiocese or anyone else without your consent, unless you fail to file a Proof of Claim Form by the Claims Bar Date and you later attempt to assert a Claim. In that event the counselor will be required to provide to the Archdiocese the dates you conferred with the counselor and the information you discussed with the counselor which you would have been required to provide in the Proof of Claim Form.

## CONFIDENTIALITY

The Bankruptcy Court has determined that Proofs of Claim filed by anyone who alleges that while under 18 years of age, he or she had sexual contact with or was sexually touched by a member of the clergy, an employee, a volunteer, or other person working for the Archdiocese will remain confidential. Therefore, the Proof of Claim Form you file will not be available to the general public but will be kept confidential, except that the Proof of Claim Form and the information it contains will be provided to the Archdiocese, its insurers, and other persons whom the Bankruptcy Court determines should have the information to evaluate your claim. Also, the Archdiocese and its insurers will be free to use the information contained in the Proof of Claim Form to conduct their respective investigations into the facts and circumstances surrounding your claim.

## EFFECT OF NOT FILING A CLAIM

***The deadline for filing Proofs of Claim is April 29, 2005, at 5:00 p.m., Prevailing Pacific Time.*** *If you have a Claim and you do not file a Proof of Claim by that date your Claim may be discharged. Failure to file a Claim may prevent you from voting on any plan of reorganization in this case. Furthermore, if your Claim is discharged, you will be forever prevented from asserting your Claim against the Debtor, and you may not receive any payment or distribution on your Claim.*

## QUESTIONS OR ADDITIONAL INFORMATION

If you have any questions about the Debtor, this Chapter 11 case, or about the *Proof of Claim Form* or any part of the filing process, call the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, between the hours of 7:00 a.m. and 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or visit BMC Group, Inc.'s website at www.bmcgroup.com/archdpdx. You may also wish to contact your attorney. If you do not have an attorney you have the right to retain one at your own expense.

A Tort Claimants Committee has been appointed to represent the general interests of those persons with Tort Claims. The members of the committee are individual tort claimants. This committee does not represent any specific individual regarding his or her Claim. If you have a Tort Claim and would like to speak with someone on the

Exhibit __2__
Page __8__ of __10__

-8-

committee, call the committee at 503-802-5744. A member of the committee will be pleased to talk to you.

Dated this _____ day of _____, 2004.

_____
The Honorable Elizabeth L. Perris
United States Bankruptcy Judge

Exhibit 2
Page 9 of 10

-9-

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

# EXHIBIT A TO NOTICE

## (Intentionally left blank)

Exhibit __2__
Page __10__ of __10__

-10-

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

In re:

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**, dba the **ARCHDIOCESE OF PORTLAND IN OREGON,**

Debtor.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 04-37154-elp11

NOTICE OF LAST DAY TO FILE CLAIMS, INCLUDING CLAIMS FOR CLERGY SEX ABUSE AND SEXUAL MISCONDUCT

# NOTICE

## THIS IS AN IMPORTANT NOTICE – YOUR RIGHTS MAY BE AFFECTED

## _NOTE_: April 29, 2005 AT 5:00 P.M. Prevailing Pacific Time

## IS THE LAST DATE TO FILE PROOFS OF CLAIM

PLEASE TAKE NOTICE THAT on _____, 2004, the United States Bankruptcy Court for the District of Oregon entered an Order Setting Bar Date for Claims (the "**Claims Bar Date Order**").

### DEADLINE AND WHO MUST FILE A CLAIM

Under the Claims Bar Date Order, anyone who has a **Claim** against the Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon (the "**Debtor**") must file such claim by April 29, 2005, at 5:00 p.m., Prevailing Pacific Time (the "**Claims Bar Date**"). You may have a **Claim**:

(a)   If, while you were under the age of 18, you had sexual contact with or were sexually touched by a Catholic priest, employee, volunteer, or other person working for the Archdiocese of Portland in Oregon or for a Catholic Parish/School served by the Archdiocese (see list below); or

(b)   If you believe the Archdiocese is responsible for anything that caused you injury or harm <u>at any age</u>; or

(c)   If the Archdiocese owes you any money; or

(d)   If you assert a <u>right to payment</u> from the Archdiocese, whether or not the amount owed is known, and whether or not your asserted right to

Exhibit 3
Page 1 of 10

-1-

Case 04-37154-tmb11   Doc 760   Filed 01/04/05

payment is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event; or

(e)     If you assert a right to an equitable remedy (e.g., the right to require the Archdiocese to either do or not do something), whether or not such right is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event, which would result in the Archdiocese owing you money for its failure to do as required.

[
A "**Claim**" is defined as:

(a)     right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

(b)     right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Included within the definition of a *"Claim"* are *"Tort Claims"* which are defined for the purposes of this notice as any claim, demand, suit, cause of action, proceeding, or any other rights or asserted right to payment against the Debtor, based upon or in any manner arising in or related to any tortious act or acts, including but not limited to personal injury, wrongful death, assault, negligence, intentional infliction of emotional distress, defamation, conversion, child abuse as defined in ORS 419B.005(1)(a)), or any sexual contact with a person which is, or is alleged to be, inappropriate or nonconsensual, including, without limitation, any of the offenses defined in ORS Chapter 163 (all such tortious acts being collectively referred to as "Tortious Misconduct"), including, without limitation, (a) the processing, adjustment, defense, settlement, payment, negotiation, or handling of any claims, demands, suits, proceedings or causes of action based upon or relating in any way to such act or acts of Tortious Misconduct; (b) the failure to warn, disclose, or provide information concerning the risk that any person or persons might, or have the propensity to, engage in Tortious Misconduct; (c) the failure to take remedial action with respect to alleged, suspected or known Tortious Misconduct; and (d) the actions or inactions of any person or entity involving Tortious Misconduct, including, without limitation, (i) claims for negligence, wrongful death, or personal injuries, including emotional distress; (ii) claims for vicarious liability; (iii) claims for damages, including but not limited to, punitive or exemplary damages; (iv) claims for attorneys' fees and other expenses, fees, or costs; (v) claims for any possible economic loss or loss of consortium; (vi) claims for damage to reputation; (vii) claims for any legal or equitable remedy; and (viii) claims of any person or entity against whom any claim, demand, proceeding, suit or cause of action based upon or in any manner arising from or relating to any of the matters enumerated or described in (a), (b), (c), or (d) above has been, is, or may be asserted.

If you settled a Claim with the Debtor before July 6, 2004, but you have not yet been paid or been fully paid, you must still file a Claim for the unpaid amount. If you have been fully paid, you do not need to file a Claim.

**IF YOU HAVE ALREADY FILED A PROOF OF CLAIM WITH THE COURT, YOU DO NOT NEED TO FILE ANOTHER CLAIM.**

Exhibit _3_
Page _2_ of _10_                    -2-

THE *CLAIMS* REFERRED IN THIS NOTICE SPECIFICALLY INCLUDE, BUT ARE NOT LIMITED TO:

1. GENERAL COMMERCIAL CLAIMS ARISING OUT OF THE SALE OR LEASE OF GOODS OR SERVICES, BREACH OF CONTRACT, LOANS, WAGES, AND EMPLOYEE BENEFITS, AND

2. CLAIMS BASED ON SEXUAL CONTACT OR TOUCHING BY PRIESTS, TEACHERS, COACHES, VOLUNTEERS, OR OTHERS WORKING FOR THE ARCHDIOCESE OF PORTLAND, OR FOR A CATHOLIC CHURCH OR SCHOOL LISTED BELOW:

| NAME | CITY |
|---|---|
| All Saints Church & School | Portland |
| All Souls Church | Myrtle Creek |
| Archbishop Howard School | Portland |
| Ascension Church | Portland |
| Assumption Church & School | Portland |
| Blessed Sacrament Church & School | Portland |
| Cathedral of the Immaculate Conception (St Mary) & School | Portland |
| Central Catholic High School | Portland |
| Christ the King Church & School | Milwaukie |
| Church of the Korean Martyrs | Portland |
| Church of the Resurrection | Tualatin |
| Coos Catholic School | Coos Bay |
| Good Shepherd Church | Sheridan |
| Holy Cross Church & School | Portland |
| Holy Family Church | Glendale |
| Holy Family Church & School | Portland |
| Holy Name Church | Cocquille |
| Holy Redeemer Church | North Bend |
| Holy Redeemer Church & School | Portland |
| Holy Rosary Chapel | Scotts Mills/Crooked Finger |
| Holy Trinity Church | Bandon |
| Holy Trinity Church & School | Beaverton |
| Holy Trinity Church | Brownsville |
| Immaculate Conception Church and St. Mary School | Stayton |
| Immaculate Heart Church | Portland |
| John F. Kennedy High School (1954-1969) | Mt. Angel |
| Marist High School (1994 and after) | Eugene |
| Mission of the Atonement | Beaverton |
| Nativity of the Blessed Virgin Mary Church | Rainer |
| North Catholic High School | Portland |
| North Portland Catholic Community | Portland |
| O'Hara Catholic School | Eugene |
| Our Lady of Fatima Church | Shady Cove |
| Our Lady of Lourdes Church | Jordan |
| Our Lady of Perpetual Help Church & School | Cottage Grove |

Exhibit 3
Page 3 of 10

-3-

| NAME | CITY |
|---|---|
| Our Lady of Perpetual Help Church & St. Mary School | Albany |
| Our Lady of Sorrows Church & School | Portland |
| Our Lady of the Lake Church & School | Lake Oswego |
| Our Lady of the Mountain Church | Ashland |
| Our Lady of Victory Church | Seaside |
| Pope John XIII School | Portland |
| Queen of Peace Church & School | Portland |
| Queen of Peace Church & School | Salem |
| Regis High School | Stayton |
| Rogue River Catholic Community Church | Rogue River |
| Sacred Heart Church | Newport |
| Sacred Heart Church | Portland |
| Sacred Heart Church & School | Tillamook |
| Sacred Heart Church & School | Medford |
| Sacred Heart Church & School | Gervais |
| San Martin de Porres | Dayton |
| Shepherd of the Valley Church | Central Point |
| Southeast Asian Vicariate | Portland |
| St. Agatha Church & School | Portland |
| St. Agnes Church | Hubbard |
| St. Alexander Church | Cornelius |
| St. Alice Church & School | Springfield |
| St. Aloysius Church | Estacada |
| St. Andrew Church & School | Portland |
| St. Anne Church & School | Grants Pass |
| St. Anne Church & School | Portland |
| St. Anthony Church & School | Forest Grove |
| St. Anthony Church & School | Portland |
| St. Anthony Church | Waldport |
| St. Anthony Church & School | Tigard |
| St. Augustine Church | Lincoln City |
| St. Bernard Church | Scio |
| St. Birgitta Church | Portland |
| St. Boniface Church | Sublimity |
| St. Bridget Church | Powers |
| St. Catherine of Siena Church | Mill City |
| St. Catherine of Siena Church | Veneta |
| St. Cecilia Church & School | Beaverton |
| St. Cecilia Church & School | Portland |
| St. Charles Borromeo Church | Gold Beach |
| St. Charles Church & School | Portland |
| St. Christopher Church | Detroit |
| St. Clare Church & School | Portland |
| St. Cyril Church | Wilsonville |
| St. Edward Church & School | Lebanon |
| St. Edward Church | North Plains |
| St. Edward Church | Salem/Keizer |

Exhibit ＿＿3＿＿
Page＿4＿ of ＿10＿

-4-

| NAME | CITY |
|------|------|
| St. Elizabeth Anne Seton Church | Aloha |
| St. Elizabeth of Hungary Church | Portland |
| St. Francis Church & School | Sherwood |
| St. Francis de Sales Church | Hammond |
| St. Francis High School | Eugene |
| St. Francis of Assisi Church | Portland |
| St. Francis of Assisi Church & School | Banks/Roy |
| St. Francis Xavier Church | Sutherlin |
| St. Frederic Church & School | St.. Helens |
| St. Helen Church | Junction City |
| St. Helen Church | Sweet Home |
| St. Henry Church | Dexter |
| St. Henry Church & School | Gresham |
| St. Ignatius Church & School | Portland |
| St. James Church | Molalla |
| St. James Church & School | McMinnville |
| St. John Church | Yamhill |
| St. John Fisher Church & School | Portland |
| St. John Church | Welches |
| St. John the Apostle Church | Drain |
| St. John the Apostle Church | Reedsport |
| St. John the Apostle Church & School | Oregon City |
| St. John the Baptist Church & School | Milwaukie |
| St. John the Baptist Church | Clatskanie |
| St. John the Baptist Church | Port Orford |
| St. Joseph Church | Cloverdale |
| St. Joseph Church | Jacksonville |
| St. Joseph Church & School | Roseburg |
| St. Joseph Church & School | Salem |
| St. Joseph the Worker Church & School | Portland |
| St. Juan Diego Church | Portland |
| St. Jude Church | Eugene |
| St. Lawrence Church & School | Portland |
| St. Louis Church | St. Louis |
| St. Luke Church & School | Woodburn |
| St. Mark Church | Eugene |
| St. Mary by the Sea Church | Rockaway |
| St. Mary Church | Corvallis |
| St. Mary Church & School | Eugene |
| St. Mary Church & School | Mount Angel |
| St. Mary Church | Shaw/Aumsville |
| St. Mary Church | Siletz |
| St. Mary Church | Vernonia |
| St. Mary Magdalene (The Madeleine) Church & School | Portland |
| St. Mary Our Lady of the Dunes Church | Florence |
| St. Mary School (before 1983) | Medford |
| St. Mary Star of the Sea Church, Elementary School & H.S. | Astoria |

Exhibit 3
Page 5 of 10

-5-

| NAME | CITY |
|------|------|
| St. Matthew Church & School | Hillsboro |
| St. Michael Church & School | Grand Ronde |
| St. Michael Church | Oakridge |
| St. Michael Church | Sandy |
| St. Michael the Archangel Church | Portland |
| St. Monica Church & School | Coos Bay |
| St. Patrick Church | Canby |
| St. Patrick of the Forest Church | Cave Junction |
| St. Patrick Church | Independence |
| St. Patrick Church | Lyons |
| St. Patrick Church & School | Portland |
| St. Patrick Church | Toledo |
| St. Paul Church & School | Silverton |
| St. Paul Church & School | Eugene |
| St. Paul Church & School | St. Paul |
| St. Peter the Fisherman Church | Arch Cape |
| St. Peter Church & School | Eugene |
| St. Peter Church & School | Newberg |
| St. Peter Church & School | Portland |
| St. Phillip Benizi Church | Creswell |
| St. Phillip Benizi Church | Redland |
| St. Phillip Church | Dallas |
| St. Phillip Neri Church & School | Portland |
| St. Pius X Church & School | Cedar Mills |
| St. Rita Church & School | Portland |
| St. Rose of Lima Church | Monroe |
| St. Rose of Lima Church & School | Portland |
| St. Sharbel Church | Portland |
| St. Stanislaus Church | Portland |
| St. Stephan Church & School | Portland |
| St. Therese Church & School | Portland |
| St. Thomas Church | Jefferson |
| St. Thomas More Church & School | Portland |
| St. Thomas More Church (University Parish) | Eugene |
| St. Vincent de Paul (Downtown Chapel) | Portland |
| St. Vincent de Paul Church & School | Salem |
| St. Wenceslaus Church | Scappoose |
| Sts Ann & Michael Church | Myrtle Point |
| Star of the Sea Church | Brookings |
| Tillamook Catholic High School | Tillamook |
| Visitation of the Blessed Virgin Mary Church & School | Verboort |

**If you have questions about the above list or a location not listed, please call the Debtor's Claims Agent, BMC Group, Inc. toll-free at 1-888-909-0100.**

Exhibit 3
Page 6 of 10

-6-

To file a claim, do the following:

- File the claim on the Court-ordered ***Proof of Claim Form***

- For additional copies of the proof of claim form (a) contact the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, 7:00 a.m. – 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or (b) visit BMC Group, Inc.'s website at www.bmcgroup.com/archdpdx to download the proof of claim form and instructions for completing the form.

- Return the completed proof of claim form to BMC Group, Inc., at the address shown below **no later than April 29, 2005 at 5:00 p.m., Prevailing Pacific Time**. Proof of claim forms will be deemed filed only when ***actually received*** by BMC Group, Inc. Proof of claim forms submitted by facsimile will ***not*** be accepted and will not be deemed filed. If you are returning the proof of claim form by mail, allow sufficient mailing time so that the proof of claim form is received on or before April 29, 2005, at 5:00 p.m., Prevailing Pacific Time. Proof of claim forms that are postmarked before that date but are received after that date will be considered late.

  - If a claimant files in person or by courier service, the proof of claim form should be delivered to the following address, between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Archdiocese of Portland Case**
    **c/o BMC Group, Inc.**
    1330 East Franklin Avenue
    El Segundo, CA 90245

  - If a claimant files by mail, the proof of claim form should be mailed with sufficient lead time so that the proof of claim form(s) will be received at the following address between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Archdiocese of Portland Case**
    **c/o BMC Group, Inc.**
    P.O. Box 921
    El Segundo, CA 90245-0921

## COUNSELING

If you are not represented by an attorney and would like to speak with an independent counselor who is not affiliated with the Archdiocese or anyone associated with this case, you may do so by calling BMC Group, Inc. toll-free at 888-909-0100, and requesting this. You will not be charged for your discussions with the counselor and any discussions between you and the counselor will be kept strictly confidential. Nothing

Exhibit __13__
Page __7__ of __10__                                -7-

you say to the counselor will be provided to the Archdiocese or anyone else without your consent, unless you fail to file a Proof of Claim Form by the Claims Bar Date and you later attempt to assert a Claim. In that event the counselor will be required to provide to the Archdiocese the dates you conferred with the counselor and the information you discussed with the counselor which you would have been required to provide in the Proof of Claim Form.

CONFIDENTIALITY

The Bankruptcy Court has determined that Proofs of Claim filed by anyone who alleges that while under 18 years of age, he or she had sexual contact with or was sexually touched by a member of the clergy, an employee, a volunteer, or other person working for the Archdiocese will remain confidential. Therefore, the Proof of Claim Form you file will not be available to the general public but will be kept confidential, except that the Proof of Claim Form and the information it contains will be provided to the Archdiocese, its insurers, and other persons whom the Bankruptcy Court determines should have the information to evaluate your claim. Also, the Archdiocese and its insurers will be free to use the information contained in the Proof of Claim Form to conduct their respective investigations into the facts and circumstances surrounding your claim.

SPECIAL COURT ORDERED PROCEDURES FOR ATTORNEYS FOR CLAIMANTS

THE COURT HAS ORDERED THAT YOU *MUST* TAKE CERTAIN ACTIONS. PLEASE READ THE FOLLOWING INFORMATION CAREFULLY.

Pursuant to the *Claims Bar Date Order*, notice of the *Claims Bar Date* is to be given to plaintiffs in any pending actions against the Debtor, and those persons who have not filed an action but whose attorneys have notified the Debtor of their clients' claims, solely by providing notice thereof to the attorneys for such persons based upon the attorney information in such pending actions, or as provided to the Debtor by the attorneys.

Such information indicates that you are the attorney for the individuals listed on Exhibit A to this notice. *Please review Exhibit A carefully.* If you do not (or no longer) represent any of the individuals listed on Exhibit A, you are required by the *Claims Bar Date Order*, **within fifteen (15) business days after your receipt of this notice**, to provide BMC Group, Inc. with the names (and addresses, if you have been authorized to disclose such information) of such individuals you do not or no longer represent.

Unless you direct otherwise, BMC Group, Inc. will **not** send notice of the *Claims Bar Date* to the individuals listed on Exhibit A. If you would like BMC Group, Inc. to send notice of the Claims Bar Date and a *Proof of Claim Form* directly to any of the individuals on Exhibit A, you must, **within fifteen (15) business days of your receipt of this notice**, provide BMC Group, Inc. with the names and addresses of such individuals. If you provide only the names of such individuals but not their addresses, BMC Group, Inc. may be unable to provide actual notice of the Claims Bar Date to such individuals, and they will only be entitled to receive publication notice.

Exhibit ( 3

Page 8 of 10

-8-

If you would like BMC Group, Inc. to provide you with stamped envelopes so that you may send *Proof of Claim Forms* to any of your clients, please notify the BMC Group, Inc. and specify the quantity of envelopes you need.

If you need any other assistance in completing the *Proof of Claim Form* or in forwarding any information to the claimants you represent, please call BMC Group, Inc., toll-free at 1-888-909-0100 between the hours of 7:00 a.m. and 7:00 p.m. (Prevailing Pacific Time), Monday through Friday.

### EFFECT OF NOT FILING A CLAIM

***The deadline for filing Proofs of Claim is April 29, 2005, at 5:00 p.m., Prevailing Pacific Time.*** *If you have a Claim and you do not file a Proof of Claim by that date your Claim may be discharged. Failure to file a Claim may prevent you from voting on any plan of reorganization in this case. Furthermore, if your Claim is discharged, you will be forever prevented from asserting your Claim against the Debtor, and you may not receive any payment or distribution on your Claim.*

### QUESTIONS OR ADDITIONAL INFORMATION

If you have any questions about the Debtor, this Chapter 11 case, or about the *Proof of Claim Form* or any part of the filing process, call the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, between the hours of 7:00 a.m. and 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or visit BMC Group, Inc.'s website at www.bmcgroup.com/archdpdx. You may also wish to contact your attorney. If you do not have an attorney you have the right to retain one at your own expense.

A Tort Claimants Committee has been appointed to represent the general interests of those persons with Tort Claims. The members of the committee are individual tort claimants. This committee does not represent any specific individual regarding his or her Claim. If you have a Tort Claim and would like to speak with someone on the committee, call the committee at 503-802-5744. A member of the committee will be pleased to talk to you.

Dated this _____ day of _____, 2004.


_____
The Honorable Elizabeth L. Perris
United States Bankruptcy Judge

Exhibit __3__
Page _9__ of _10_

-9-

# EXHIBIT A TO NOTICE

## (Intentionally left blank)

Exhibit 3
Page 10 of 10

-10-

Case 04-37154-tmb11    Doc 760    Filed 01/04/05

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON,**
**and successors, a corporation sole,**
**dba the Archdiocese of Portland in Oregon**

### MEDIA NOTICE PROGRAM

1.     The Debtor will publish the notice attached hereto as Exhibit "A" (the "Publication Notice") in the following newspapers once each week for three consecutive weeks, one of which will be in the Sunday edition, commencing the week of January 3, 2005. Such Notices shall consist of no smaller than an 1/8 page advertisement in each newspaper:

> *Oregonian* (Portland)
> *Statesman-Journal* (Salem)
> *Albany Democrat-Herald*
> *The Register-Guard* (Eugene)
> *Gazette-Times (Corvallis)*
> *Mail Tribune* (Medford)
> *The Bulletin* (Bend)
> *Herald & News* (Klamath Falls)
> *Daily Astorian* (Astoria)
> *Newport News* (Newport)
> *Coos Bay World* (Coos Bay)
> *East Oregonian* (Pendleton)
> *Idaho Statesman* (Boise, ID)
> *Columbian* (Vancouver, WA)
> *Seattle Post-Intelligencer*
> *Seattle Times*
> *Spokane Spokesman-Review*
> *Los Angeles Times*
> *San Francisco Chronicle*
> *Billings Gazette (Montana)*
> *Vancouver Sun (British Columbia)*

2.     The Debtor will publish the Publication Notice in three consecutive issues of the following Catholic diocesan publications (diocese noted in brackets), commencing the week of January 10, 2005. Such notices shall consist of no smaller than an 1/8 page notice or advertisement in each publication:

> *Catholic Sentinel* [Archdiocese of Portland; Diocese of Baker]
> *Catholic Progress* [Archdiocese of Seattle (Western Washington)]
> *Inland Register* [Diocese of Spokane]
> *Catholic San Francisco* [Archdiocese of San Francisco]
> *The Tidings* [Archdiocese of Los Angeles; Diocese of Orange]

1 – MEDIA NOTICE PROGRAM

Exhibit 4
Page 1 of 3

3.     The Debtor will post the Publication Notice at each of the 124 parishes and 24 missions in the Archdiocese and will mail such notice to each household on Debtor's mailing list for each parish and mission commencing the week of January 3, 2005.

4.     The Debtor will post the Publication Notice on the following websites beginning the week of January 3, 2005:

> BMC Group, Inc. - www.bmcgroup.com/archdpdx
> Archdiocese of Portland - www.archdpdx.org

5.     The Debtor will attempt to post the Publication Notice on the following websites beginning the week of January 3, 2005:

> Survivors Network of those Abused by Priests – www.snapnetwork.org
>
> The Linkup – Survivors of Clergy Abuse – www.thelinkup.org

6.     The Debtor will mail the Publication Notice to those alumni on the mailing lists for Central Catholic High School and Regis High School commencing the week of January 10, 2005.  The Debtor will publish the Publication Notice in the Marist High School alumni newsletter approximately the third week of February, 2005.

7.     The Debtor will accomplish nationwide notice of the Claims Bar Date in *USA Today* and the *Wall Street Journal*, publications of general circulation throughout the United States, and will distribute a nationwide press release through BusinessWire, or some other service, the week of January 3, 2005 for distribution to individual journalists, disclosure destinations, web portals, search engines and databases, describing the Media Notice Program and the Claims Bar Date and encouraging those persons with claims to contact the Debtor's Claims Agent, or to access the Debtor's website, to obtain information necessary to file a claim.  Information on BusinessWire's services is available at www.businesswire.com.

*F:\CLIENTS\14961\004\SPECIAL NOTICE TO TORT CLAIMANTS\MEDIA NOTICE PROGRAM (11-15) REVISED3.DOC*

2 – MEDIA NOTICE PROGRAM

Exhibit___4___
Page__2__of__3___

EXHIBIT A

LEGAL NOTICE

### ARCHDIOCESE OF PORTLAND IN OREGON BANKRUPTCY

# YOU MAY HAVE A CLAIM AGAINST THE ARCHDIOCESE OF PORTLAND

* If, while you were under the age of 18, you had sexual contact with or were sexually touched by a Catholic priest, employee, volunteer, or other person working for the Archdiocese of Portland in Oregon or for a Catholic Parish/School served by the Archdiocese[1]; or
* If you believe the Archdiocese is responsible for anything that caused you injury or harm at any age; or
* If the Archdiocese owes you any money; or
* If you assert a right to payment from the Archdiocese, whether or not you know the amount owed, and whether or not the right to payment is disputed, matured, secured, legal, equitable, or contingent on the happening of some future event; or
* If you assert a right to an equitable remedy (e.g., the right to require the Archdiocese to either do or not do something) which would result in the Archdiocese owing you money for its failure to do as required, whether or not the right is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event.

### YOU MUST ACT NOW TO PRESERVE YOUR RIGHTS.

## THE LAST DAY TO FILE CLAIMS IS APRIL 29, 2005

On July 6, 2004, Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, also known as the Archdiocese of Portland in Oregon (the "Archdiocese") filed for protection under Chapter 11 of the United States Bankruptcy Code. If you have a claim, you must file a proof of claim by April 29, 2005 (the *"Claims Bar Date"*). If you have a claim and you do not file a proof of claim by that date, your claim may be discharged. If your claim is discharged, you will be forever prevented from asserting your claim against the Archdiocese.

For more information, or to receive a long form Notice of Claims Bar Date and Proof of Claim Form, call the toll-free number listed below, or write to: Archdiocese of Portland Case, c/o Claims Agent BMC Group, P.O. Box 921, El Segundo, CA 90245-0921, or visit the website set forth below.

[1] Each parish or school served by the Archdiocese is listed on the long form Notice of Claims Bar Date. You should obtain a copy of that form for additional information.

### 1-888-909-0100    -or-    www.bmcgroup.com/archdpdx

horizontal layout

12/10/04

Exhibit 4
Page 3 of 3

LEGAL NOTICE

## ARCHDIOCESE OF PORTLAND IN OREGON BANKRUPTCY

# YOU MAY HAVE A CLAIM AGAINST THE ARCHDIOCESE OF PORTLAND

- If, while you were under the age of 18, you had sexual contact with or were sexually touched by a Catholic priest, employee, volunteer, or other person working for the Archdiocese of Portland in Oregon or for a Catholic Parish/School served by the Archdiocese[1]; or
- If you believe the Archdiocese is responsible for anything that caused you injury or harm <u>at any age</u>; or
- If the Archdiocese owes you any money; or
- If you assert a <u>right to payment</u> from the Archdiocese, whether or not you know the amount owed, and whether or not the right to payment is disputed, matured, secured, legal, equitable, or contingent on the happening of some future event; or
- If you assert a <u>right to an equitable remedy</u> (e.g., the right to require the Archdiocese to either do or not do something) which would result in the Archdiocese owing you money for its failure to do as required, whether or not the right is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event.

### YOU MUST ACT NOW TO PRESERVE YOUR RIGHTS.

## THE LAST DAY TO FILE CLAIMS IS APRIL 29, 2005

On July 6, 2004, Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, also known as the Archdiocese of Portland in Oregon (the "Archdiocese") filed for protection under Chapter 11 of the United States Bankruptcy Code. **If you have a claim, you must file a proof of claim by April 29, 2005 (the *"Claims Bar Date"*).** *If you have a claim and you do not file a proof of claim by that date, your claim may be discharged. If your claim is discharged, you will be forever prevented from asserting your claim against the Archdiocese.*

For more information, or to receive a long form Notice of Claims Bar Date and Proof of Claim Form, call the toll-free number listed below, or write to: Archdiocese of Portland Case, c/o Claims Agent BMC Group, P.O. Box 921, El Segundo, CA 90245-0921, or visit the website set forth below.

[1] Each parish or school served by the Archdiocese is listed on the long form Notice of Claims Bar Date. You should obtain a copy of that form for additional information.

## 1-888-909-0100        -or-        www.bmcgroup.com/archdpdx

horizontal layout

12/10/04

Exhibit  5
Page  1  of  1

c:
Holy Family Catholic Church
Oregon Education Technology Consortium
Cameo Garrett
Jerry Hodson/Thomas Sand
Thomas Dulcich/Margaret Hoffman
Jeffrey Werstler, IRS
Phoebe Joan O'Neill
Charles Markley
Albert Kennedy
Mr. Donn Christianson
Catherine Travis
Peter McKittrick
Linda Boyle
Jonathan E. Cohen
Steven C. Berman
James A. Hayes Jr.
Joseph A. Field
Robert Millner
Paul E. DuFresne
Russell D. Garrett
L. Martin Nussbaum/Eric Hall
Karl Mullen
Neil T. Jorgenson
Kelly W.G. Clark
Scott L. Jensen
Margaret M. Anderson/Patrick Jones
Thomas W. Brown
Gary A. Bisaccio
Richard Josephson/Stephen A. Redshaw
David B. Levant
Marilyn Podemski
Richard T. Anderson
Karen Belair
Dana Shelton
Robert J. Vanden Bos
Steven M. Hedberg/Douglas R. Pahl
Michael Morey
Eric J. Neiman/Heather J. Van Meter
Hardy Myers/Fred Ruby
Erin K. Olson
David Slader
Brad T. Summers/Daniel R. Webert
James B. Davidson/Daniel P. Larsen
Timothy J. McNamara/Craig A. Ryan
J. Altieri/w. Corbett/R. Malone/M. Pompeo
David Foraker
U.S. Trustee
Debtor c/o Thomas W. Stilley

Pamela Griffith
U.S. Trustee's Office
620 SW Main Street, Rm. 213
Portland, OR 97205

Albert Kennedy
Tonkon Torp LLP
Suite 1600, 888 SW 5th Ave.
Portland, OR 97204

Mr. Donn Christiansen
c/o Michael Morey P.C.
8 N. State Street, Suite 301
Lake Oswego, OR 97034

Catherine Travis
Lane Powell Spears Lubersky LLP
Suite 2100, 601 SW Second Ave
Portland, OR 97204-3158

Steven M. Hedberg
Douglas R. Pahl
Perkins Coie
1120 NW Couch Street, 10th Floor
Portland, OR 97209

Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205

Holy Family Catholic Church
3732 SE Knapp
Portland, OR 97202

Cameo Garrett
4875 Harnden Road
Cashmere, WA 98815

Oregon Education Technology
Consortium
8995 SW Miley Rd., #101
Wilsonville, OR 97070

Thomas Sand
Jerry B. Hodson
Miller Nash LLP
Suite 3500, 111 SW 5th Ave.
Portland, OR 97204

Tom Dulcich
Margaret Hoffman
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave.
Portland, OR 97204

Jeffrey Werstler
IRS1220 SW Third Avenue
MS-0240
Portland, OR 97204

Phoebe Joan O'Neill
1500 SW Fifth Avenue
Unit 703
Portland, OR 97201

Charles R. Markley
Greene & Markley, PC
Suite 600, 1515 SW 5th Ave.
Portland, OR 97201

Michael S. Morey
8 N. State Street
Suite 301
Lake Oswego, OR 97034

Peter C. McKittrick
Farleigh Wada & Witt PC
Suite 600
121 SW Morrison St.
Portland, OR 97204

Linda Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

Jonathan E. Cohen
1450 American Bank Building
621 SW Morrison Street
Portland, OR 97205

Steven C. Berman
Stoll Stoll Berne Lokting & Shlachter
209 SW Oak Street, Suite 500
Portland, OR 97204

Robert J. Vanden Bos
Vanden Bos & Chapman
Suite 520
319 SW Washington St.
Portland, OR 97204

Jame A. Hayes Jr.
Cummins & White LLP
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660

Joseph A. Field
Field & Associates
610 SW Alder Street
Suite 910
Portland, OR 97204

Robert Millner
Kevin P. Kamraczewski
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Paul E. DuFresne
5135 SW 85th Avenue
Portland, OR 97225

Russell D. Garrett
Bullivant Houser Bailey PC
805 Broadway Street., Suite 400
Vancouver, WA 98660

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903

Kelly W.G. Clark
Attorney at Law
1706 NW Glisan, Suite 6
Portland, OR 97209

Neil T. Jorgenson
Attorney at Law
520 SW Sixth Avenue, Suite 820
Portland, OR 97204

Karl Mullen
Mullen Law Firm, P.C.
8225 SW Fairway Drive, Suite 100
Portland, OR 97225

Eric J. Neiman
Heather J. Van Meter
Williams Kastner & Gibbs, PLLC
333 SW Taylor Street
Portland, OR 97204

Margaret M. Anderson
Patrick M. Jones
Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL  60603

Marilyn Podemski
2477 SW Arden Road
Portland, OR  97201

Gary Bisaccio
2125 SW 4th Avenue
Portland, OR  97201

Dana Shelton, Recovery Specialist
Recovery Department
NOVA Information Systems, Inc.
7300 Chapman Highway
Knoxville, TN  37920

David Slader
David Slader Trial Lawyers P.C.
806 SW Broadway, Suite 400
Portland, OR  97205

Timothy J. McNamara
Craig A. Ryan
Onebane Law Firm
102 Versailles Blvd., Suite 600
Lafayette, LA  70502

Thomas W. Brown
Cosgrave Vergeer Kester LLP
805 SW Broadway, 8th Floor
Portland, OR  97205

Richard C. Josephson
Stephen A. Redshaw
Stoel Rives LLP
Suite 2600, 900 SW 5th Ave.
Portland, OR 97204

Richard Anderson
Anderson & Monson
Park Plaza West, Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, OR  97005

Hardy Myers
Fred C. Ruby
Department of Justice
1162 Court Street NE
Salem, OR  97301

Brad T. Summers
Daniel R. Webert
Ball Janik LLP
Suite 1100, 101 SW Main St.
Portland, OR 97204

James M. Altieri
William T. Corbett Jr.
Robert K. Malone
Michael P. Pompeo
Drinker Biddle & Reath LLP
500 Campus Drive
Florham Park, NJ  07932-1047

Scott L. Jensen
Brownstein Rask et al.
1200 SW Main Building
Portland, OR  97205

David B. Levant
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, WA  98101

Karen Belair
Law Department
Union Pacific Railroad
1400 Douglas Street, MC 1580
Omaha, NE  68179-1580

Erin K. Olson
806 SW Broadway
Suite 800
Portland, OR  97205

James B. Davidson
Daniel P. Larsen
Ater Wynne  LLP
Suite 1800, 222 SW Columbia St.
Portland, OR 97201

David Foraker
Greene & Markley, PC
Suite 600
1515 SW 5th Ave.
Portland, OR 97201

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

In re                                          )
**Roman Catholic Archbishop of Portland**      )   Case No. **04–37154–elp11**
**OR**                                         )
*Other names used by debtor:* Archdiocese of   )
Portland in Oregon, Archbishop of Portland in Oregon )
Debtor(s)                                      )   NOTICE OF REQUIREMENT
                                               )   TO SERVE DOCUMENTS
                                               )
                                               )
                                               )

**YOU ARE NOTIFIED THAT YOU MUST IMMEDIATELY COMPLY WITH** Local Bankruptcy Rule (LBR) 2002–1 **AND PROPERLY SERVE** the enclosed **Order (1) Fixing a Bar Date for Filing Proofs of Claim and (2) Approving a Proof of Claim Form, Bar Date Notices, Actual Notice Procedure, and Mailing and Media Notice Program (see document #755)** on ALL interested parties **PURSUANT TO THE FOLLOWING REQUIREMENTS (NOTE:** The enclosed document has no attachments. However see pt. 1.a. below IF this document wasn't prepared by the court, but instead you originally submitted it to the court AND it had attachments at that time!):

1. **BEFORE** serving the copies (unless otherwise noted on the document):

   a. (If the court did not prepare the enclosed document) **ATTACH,** unless otherwise specified in the certificate of service on the enclosed document, any documents that were attached to the ORIGINAL document you filed with the court to obtain a judge's signature on an Order, etc.;

   b. **DO NOT ATTACH** a copy of this Notice;   ***AND***

   c. **SIGN AND DATE** the Certificate of Service on the enclosed document **OR,** IF there is NO such certificate at the bottom of the enclosed document, **FULLY COMPLETE** a Certificate of Service **AND ATTACH** it to the document you must return to the court per pt. 2. below.

2. WITHIN **TEN (10)** DAYS OF THE DATE BELOW **YOU MUST FILE** the original document enclosed with this Notice, **WITH** the **COMPLETED** Certificate of Service **ATTACHED,** to the clerk's office to MAKE it EFFECTIVE as required by LBR 2002–1.G. **(NOTE:** EXCEPT FOR THE CERTIFICATE OF SERVICE, *DO NOT* INCLUDE ANY ATTACHMENTS WITH THE DOCUMENT YOU RETURN TO THE COURT!!)

THANK YOU for your cooperation!

Dated: 1/3/05

                                    Clerk, U.S. Bankruptcy Court
                                    1001 SW 5th Ave #700
                                    Portland, OR 97204

To:   Thomas W Stilley
      Sussman Shank LLP
      1000 SW Broadway #1400
      Portland, OR 97205–3089