Thomas W. Stilley, OSB No. 88316
William N. Stiles, OSB No. 65123
Susan S. Ford, OSB No. 84220
SUSSMAN SHANK LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205-3089
Telephone: (503) 227-1111
Facsimile: (503) 248-0130
E-Mail: tom@sussmanshank.com
bills@sussmanshank.com
susanf@sussmanshank.com
Attorneys for Debtor and Debtor-In-Possession

CLERK US BANKRUPTCY COURT
DISTRICT OF OREGON

'05 APR 27 P3:52

LODGED_____ REC'D ☑
PAID_____ DOCKETED_____

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re:

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**, dba the **ARCHDIOCESE OF PORTLAND IN OREGON**,

Debtor.

Case No. 04-37154-elp11

CERTIFICATE OF SERVICE

I certify that on April 12, 2005, I served by **first class mail**, a copy of:

1. Notice of Claims Bar Date; and
2. Proof of Claim form,

to the following creditors listed on Exhibit A hereto.

I also certify that on April 13, 2005, I served by **first class mail**, a copy of:

1. Notice of Claims Bar Date; and
2. Proof of Claim form,

to the following creditor listed on Exhibit B hereto.

Dated this 27th day of April, 2005.

SUSSMAN SHANK LLP

_____
Thomas W. Stilley, OSB No. 88316
Susan S. Ford, OSB No. 84220
Attorneys for Debtor and Debtor-In-Possession

Page 1 of 1 - CERTIFICATE OF SERVICE

SUSSMAN SHANK LLP
ATTORNEYS AT LAW
1000 SW BROADWAY, SUITE 1400
PORTLAND, OREGON 97205-3089
TELEPHONE (503) 227-1111

Case 04-37154-tmb11    Doc 1077    Filed 04/27/05

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

In re:

**ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE**, dba the **ARCHDIOCESE OF PORTLAND IN OREGON**,

        Debtor.

Case No. 04-37154-elp11

NOTICE OF LAST DAY TO FILE CLAIMS, INCLUDING CLAIMS FOR CLERGY SEX ABUSE AND SEXUAL MISCONDUCT

# NOTICE

## THIS IS AN IMPORTANT NOTICE – YOUR RIGHTS MAY BE AFFECTED

### *NOTE*: April 29, 2005 AT 5:00 P.M. PREVAILING PACIFIC TIME

#### IS THE LAST DATE TO FILE PROOFS OF CLAIM

PLEASE TAKE NOTICE THAT on January 3, 2005, the United States Bankruptcy Court for the District of Oregon entered an Order Setting Bar Date for Claims (the "***Claims Bar Date Order***").

#### DEADLINE AND WHO MUST FILE A CLAIM

Under the Claims Bar Date Order, anyone who has a ***Claim*** against the Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon (the "***Debtor***") must file such claim by April 29, 2005, at 5:00 p.m., Prevailing Pacific Time (the "***Claims Bar Date***"). You may have a ***Claim***:

(a)     If, while you were under the age of 18, you had sexual contact with or were sexually touched by a Catholic priest, employee, volunteer, or other person working for the Archdiocese of Portland in Oregon or for a Catholic Parish/School served by the Archdiocese (see list below); or

(b)     If you believe the Archdiocese is responsible for anything that caused you injury or harm <u>at any age</u>; or

(c)     If the Archdiocese owes you any money; or

(d)     If you assert a <u>right to payment</u> from the Archdiocese, whether or not the amount owed is known, and whether or not your asserted right to

-1-

payment is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event; or

(e) If you assert a <u>right to an equitable remedy</u> (e.g., the right to require the Archdiocese to either do or not do something), whether or not such right is disputed, matured, secured, legal, equitable, or contingent upon the happening of some future event, which would result in the Archdiocese owing you money for its failure to do as required.

A "**Claim**" is defined as:

(a) right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or

(b) right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured.

Included within the definition of a *"Claim"* are *"Tort Claims"* which are defined for the purposes of this notice as any claim, demand, suit, cause of action, proceeding, or any other rights or asserted right to payment against the Debtor, based upon or in any manner arising in or related to any tortious act or acts, including but not limited to personal injury, wrongful death, assault, negligence, intentional infliction of emotional distress, defamation, conversion, child abuse as defined in ORS 419B.005(1)(a)), or any sexual contact with a person which is, or is alleged to be, inappropriate or nonconsensual, including, without limitation, any of the offenses defined in ORS Chapter 163 (all such tortious acts being collectively referred to as "Tortious Misconduct"), including, without limitation, (a) the processing, adjustment, defense, settlement, payment, negotiation, or handling of any claims, demands, suits, proceedings or causes of action based upon or relating in any way to such act or acts of Tortious Misconduct; (b) the failure to warn, disclose, or provide information concerning the risk that any person or persons might, or have the propensity to, engage in Tortious Misconduct; (c) the failure to take remedial action with respect to alleged, suspected or known Tortious Misconduct; and (d) the actions or inactions of any person or entity involving Tortious Misconduct, including, without limitation, (i) claims for negligence, wrongful death, or personal injuries, including emotional distress; (ii) claims for vicarious liability; (iii) claims for damages, including but not limited to, punitive or exemplary damages; (iv) claims for attorneys' fees and other expenses, fees, or costs; (v) claims for any possible economic loss or loss of consortium; (vi) claims for damage to reputation; (vii) claims for any legal or equitable remedy; and (viii) claims of any person or entity against whom any claim, demand, proceeding, suit or cause of action based upon or in any manner arising from or relating to any of the matters enumerated or described in (a), (b), (c), or (d) above has been, is, or may be asserted.

If you settled a Claim with the Debtor before July 6, 2004, but you have not yet been paid or been fully paid, you must still file a Claim for the unpaid amount. If you have been fully paid, you do not need to file a Claim.

**IF YOU HAVE ALREADY FILED A PROOF OF CLAIM WITH THE COURT, YOU DO NOT NEED TO FILE ANOTHER CLAIM.**

-2-

Case 04-37154-tmb11    Doc 1077    Filed 04/27/05

THE *CLAIMS* REFERRED IN THIS NOTICE SPECIFICALLY INCLUDE, BUT ARE NOT LIMITED TO:

1. GENERAL COMMERCIAL CLAIMS ARISING OUT OF THE SALE OR LEASE OF GOODS OR SERVICES, BREACH OF CONTRACT, LOANS, WAGES, AND EMPLOYEE BENEFITS, AND

2. CLAIMS BASED ON <u>SEXUAL CONTACT OR TOUCHING</u> BY PRIESTS, TEACHERS, COACHES, VOLUNTEERS, OR OTHERS WORKING FOR THE ARCHDIOCESE OF PORTLAND, OR FOR A CATHOLIC CHURCH OR SCHOOL LISTED BELOW:

| NAME | CITY |
| --- | --- |
| All Saints Church & School | Portland |
| All Souls Church | Myrtle Creek |
| Archbishop Howard School | Portland |
| Ascension Church | Portland |
| Assumption Church & School | Portland |
| Blessed Sacrament Church & School | Portland |
| Cathedral of the Immaculate Conception (St Mary) & School | Portland |
| Central Catholic High School | Portland |
| Christ the King Church & School | Milwaukie |
| Church of the Korean Martyrs | Portland |
| Church of the Resurrection | Tualatin |
| Coos Catholic School | Coos Bay |
| Good Shepherd Church | Sheridan |
| Holy Cross Church & School | Portland |
| Holy Family Church | Glendale |
| Holy Family Church & School | Portland |
| Holy Name Church | Cocquille |
| Holy Redeemer Church | North Bend |
| Holy Redeemer Church & School | Portland |
| Holy Rosary Chapel | Scotts Mills/Crooked Finger |
| Holy Trinity Church | Bandon |
| Holy Trinity Church & School | Beaverton |
| Holy Trinity Church | Brownsville |
| Immaculate Conception Church and St. Mary School | Stayton |
| Immaculate Heart Church | Portland |
| John F. Kennedy High School (1954-1969) | Mt. Angel |
| Marist High School (1994 and after) | Eugene |
| Mission of the Atonement | Beaverton |
| Nativity of the Blessed Virgin Mary Church | Rainer |
| North Catholic High School | Portland |
| North Portland Catholic Community | Portland |
| O'Hara Catholic School | Eugene |
| Our Lady of Fatima Church | Shady Cove |
| Our Lady of Lourdes Church | Jordan |
| Our Lady of Perpetual Help Church & School | Cottage Grove |

| Name | City |
|---|---|
| Our Lady of Perpetual Help Church & St. Mary School | Albany |
| Our Lady of Sorrows Church & School | Portland |
| Our Lady of the Lake Church & School | Lake Oswego |
| Our Lady of the Mountain Church | Ashland |
| Our Lady of Victory Church | Seaside |
| Pope John XIII School | Portland |
| Queen of Peace Church & School | Portland |
| Queen of Peace Church & School | Salem |
| Regis High School | Stayton |
| Rogue River Catholic Community Church | Rogue River |
| Sacred Heart Church | Newport |
| Sacred Heart Church | Portland |
| Sacred Heart Church & School | Tillamook |
| Sacred Heart Church & School | Medford |
| Sacred Heart Church & School | Gervais |
| San Martin de Porres | Dayton |
| Shepherd of the Valley Church | Central Point |
| Southeast Asian Vicariate | Portland |
| St. Agatha Church & School | Portland |
| St. Agnes Church | Hubbard |
| St. Alexander Church | Cornelius |
| St. Alice Church & School | Springfield |
| St. Aloysius Church | Estacada |
| St. Andrew Church & School | Portland |
| St. Anne Church & School | Grants Pass |
| St. Anne Church & School | Portland |
| St. Anthony Church & School | Forest Grove |
| St. Anthony Church & School | Portland |
| St. Anthony Church | Waldport |
| St. Anthony Church & School | Tigard |
| St. Augustine Church | Lincoln City |
| St. Bernard Church | Scio |
| St. Birgitta Church | Portland |
| St. Boniface Church | Sublimity |
| St. Bridget Church | Powers |
| St. Catherine of Siena Church | Mill City |
| St. Catherine of Siena Church | Veneta |
| St. Cecilia Church & School | Beaverton |
| St. Cecilia Church & School | Portland |
| St. Charles Borromeo Church | Gold Beach |
| St. Charles Church & School | Portland |
| St. Christopher Church | Detroit |
| St. Clare Church & School | Portland |
| St. Cyril Church | Wilsonville |
| St. Edward Church & School | Lebanon |
| St. Edward Church | North Plains |
| St. Edward Church | Salem/Keizer |

Case 04-37154-tmb11    Doc 1077    Filed 04/27/05

| Name | City |
|---|---|
| St. Elizabeth Anne Seton Church | Aloha |
| St. Elizabeth of Hungary Church | Portland |
| St. Francis Church & School | Sherwood |
| St. Francis de Sales Church | Hammond |
| St. Francis High School | Eugene |
| St. Francis of Assisi Church | Portland |
| St. Francis of Assisi Church & School | Banks/Roy |
| St. Francis Xavier Church | Sutherlin |
| St. Frederic Church & School | St.. Helens |
| St. Helen Church | Junction City |
| St. Helen Church | Sweet Home |
| St. Henry Church | Dexter |
| St. Henry Church & School | Gresham |
| St. Ignatius Church & School | Portland |
| St. James Church | Molalla |
| St. James Church & School | McMinnville |
| St. John Church | Yamhill |
| St. John Fisher Church & School | Portland |
| St. John Church | Welches |
| St. John the Apostle Church | Drain |
| St. John the Apostle Church | Reedsport |
| St. John the Apostle Church & School | Oregon City |
| St. John the Baptist Church & School | Milwaukie |
| St. John the Baptist Church | Clatskanie |
| St. John the Baptist Church | Port Orford |
| St. Joseph Church | Cloverdale |
| St. Joseph Church | Jacksonville |
| St. Joseph Church & School | Roseburg |
| St. Joseph Church & School | Salem |
| St. Joseph the Worker Church & School | Portland |
| St. Juan Diego Church | Portland |
| St. Jude Church | Eugene |
| St. Lawrence Church & School | Portland |
| St. Louis Church | St. Louis |
| St. Luke Church & School | Woodburn |
| St. Mark Church | Eugene |
| St. Mary by the Sea Church | Rockaway |
| St. Mary Church | Corvallis |
| St. Mary Church & School | Eugene |
| St. Mary Church & School | Mount Angel |
| St. Mary Church | Shaw/Aumsville |
| St. Mary Church | Siletz |
| St. Mary Church | Vernonia |
| St. Mary Magdalene (The Madeleine) Church & School | Portland |
| St. Mary Our Lady of the Dunes Church | Florence |
| St. Mary School (before 1983) | Medford |
| St. Mary Star of the Sea Church, Elementary School & H.S. | Astoria |

Case 04-37154-tmb11    Doc 1077    Filed 04/27/05

| Name | City |
|---|---|
| St. Matthew Church & School | Hillsboro |
| St. Michael Church & School | Grand Ronde |
| St. Michael Church | Oakridge |
| St. Michael Church | Sandy |
| St. Michael the Archangel Church | Portland |
| St. Monica Church & School | Coos Bay |
| St. Patrick Church | Canby |
| St. Patrick of the Forest Church | Cave Junction |
| St. Patrick Church | Independence |
| St. Patrick Church | Lyons |
| St. Patrick Church & School | Portland |
| St. Patrick Church | Toledo |
| St. Paul Church & School | Silverton |
| St. Paul Church & School | Eugene |
| St. Paul Church & School | St. Paul |
| St. Peter the Fisherman Church | Arch Cape |
| St. Peter Church & School | Eugene |
| St. Peter Church & School | Newberg |
| St. Peter Church & School | Portland |
| St. Phillip Benizi Church | Creswell |
| St. Phillip Benizi Church | Redland |
| St. Phillip Church | Dallas |
| St. Phillip Neri Church & School | Portland |
| St. Pius X Church & School | Cedar Mills |
| St. Rita Church & School | Portland |
| St. Rose of Lima Church | Monroe |
| St. Rose of Lima Church & School | Portland |
| St. Sharbel Church | Portland |
| St. Stanislaus Church | Portland |
| St. Stephan Church & School | Portland |
| St. Therese Church & School | Portland |
| St. Thomas Church | Jefferson |
| St. Thomas More Church & School | Portland |
| St. Thomas More Church (University Parish) | Eugene |
| St. Vincent de Paul (Downtown Chapel) | Portland |
| St. Vincent de Paul Church & School | Salem |
| St. Wenceslaus Church | Scappoose |
| Sts Ann & Michael Church | Myrtle Point |
| Star of the Sea Church | Brookings |
| Tillamook Catholic High School | Tillamook |
| Visitation of the Blessed Virgin Mary Church & School | Verboort |

**If you have questions about the above list or a location not listed, please call the Debtor's Claims Agent, BMC Group, Inc. toll-free at 1-888-909-0100.**

Case 04-37154-tmb11    Doc 1077    Filed 04/27/05

## PROCEDURES FOR FILING A CLAIM

To file a claim, do the following:

- File the claim on the Court-ordered **Proof of Claim Form**

- For additional copies of the proof of claim form (a) contact the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, 7:00 a.m. – 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or (b) visit BMC Group, Inc.'s website at www.bmcgroup.com/archdpdx to download the proof of claim form and instructions for completing the form.

- Return the completed proof of claim form to BMC Group, Inc., at the address shown below **no later than April 29, 2005 at 5:00 p.m., Prevailing Pacific Time**. Proof of claim forms will be deemed filed only when *actually received* by BMC Group, Inc. Proof of claim forms submitted by facsimile will *not* be accepted and will not be deemed filed. If you are returning the proof of claim form by mail, allow sufficient mailing time so that the proof of claim form is received on or before April 29, 2005, at 5:00 p.m., Prevailing Pacific Time. Proof of claim forms that are postmarked before that date but are received after that date will be considered late.

  - If a claimant files in person or by courier service, the proof of claim form should be delivered to the following address, between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Archdiocese of Portland Case**
    **c/o BMC Group, Inc.**
    1330 East Franklin Avenue
    El Segundo, CA 90245

  - If a claimant files by mail, the proof of claim form should be mailed with sufficient lead time so that the proof of claim form(s) will be received at the following address between the hours of 9:00 a.m. and 5:00 p.m., Prevailing Pacific Time, on business days:

    **Archdiocese of Portland Case**
    **c/o BMC Group, Inc.**
    P.O. Box 921
    El Segundo, CA 90245-0921

## COUNSELING

If you are not represented by an attorney and would like to speak with an independent counselor who is not affiliated with the Archdiocese or anyone associated with this case, you may do so by calling BMC Group, Inc. toll-free at 888-909-0100, and requesting this. You will not be charged for your discussions with the counselor and any discussions between you and the counselor will be kept strictly confidential. Nothing you say to the counselor will be provided to the Archdiocese or anyone else without your consent, unless you fail to file a Proof of Claim Form by the Claims Bar Date and you later attempt to assert a Claim. In that event the counselor will be required to provide to the Archdiocese the dates you conferred with the counselor and the information you discussed with the counselor which you would have been required to provide in the Proof of Claim Form.

## CONFIDENTIALITY

The Bankruptcy Court has determined that Proofs of Claim filed by anyone who alleges that while under 18 years of age, he or she had sexual contact with or was sexually touched by a member of the clergy, an employee, a volunteer, or other person working for the Archdiocese will remain confidential. Therefore, the Proof of Claim Form you file will not be available to the general public but will be kept confidential, except that the Proof of Claim Form and the information it contains will be provided to the Archdiocese, its insurers, and other persons whom the Bankruptcy Court determines should have the information to evaluate your claim. Also, the Archdiocese and its insurers will be free to use the information contained in the Proof of Claim Form to conduct their respective investigations into the facts and circumstances surrounding your claim.

## EFFECT OF NOT FILING A CLAIM

**_The deadline for filing Proofs of Claim is April 29, 2005, at 5:00 p.m., Prevailing Pacific Time._** *If you have a Claim and you do not file a Proof of Claim by that date your Claim may be discharged. Failure to file a Claim may prevent you from voting on any plan of reorganization in this case. Furthermore, if your Claim is discharged, you will be forever prevented from asserting your Claim against the Debtor, and you may not receive any payment or distribution on your Claim.*

## QUESTIONS OR ADDITIONAL INFORMATION

If you have any questions about the Debtor, this Chapter 11 case, or about the *Proof of Claim Form* or any part of the filing process, call the Debtor's Claims Agent, BMC Group, Inc., toll-free at 888-909-0100, between the hours of 7:00 a.m. and 7:00 p.m., Prevailing Pacific Time, Monday through Friday, or visit BMC Group, Inc.'s website at www.bmcgroup.com/archdpdx. You may also wish to contact your attorney. If you do not have an attorney you have the right to retain one at your own expense.

A Tort Claimants Committee has been appointed to represent the general interests of those persons with Tort Claims. The members of the committee are individual tort claimants. This committee does not represent any specific individual regarding his or her Claim. If you have a Tort Claim and would like to speak with someone on the committee, call the committee at 503-802-5744. A member of the committee will be pleased to talk to you.

Dated this _____ day of _____, 2005.

_____
The Honorable Elizabeth L. Perris
United States Bankruptcy Judge

| COURT APPROVED FORM | | PROOF OF CLAIM |
|---|---|---|
| **United States Bankruptcy Court District of Oregon** | | |
| Name of Debtor: **Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation sole, dba the Archdiocese of Portland in Oregon** | Case Number **04-37154-elp11** | |

### SECTION A: EVERYONE MUST FILL OUT THIS SECTION.

| Name of and Address of Creditor: (The person or other entity who has a claim against the Debtor) | ☐ Check box If you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. | |
|---|---|---|
| Creditor's Date of Birth: _____ <br> Last four digits of Social Security Number: _____ <br> Telephone No. _____ | | |
| Name and Address Where Notices Should be Sent of Different than Above: | ☐ Check box if you have never received any notices from the bankruptcy court in this case. <br> ☐ Check box if the address differs from the address on the envelope sent to you by the court. | THIS SPACE FOR COURT USE ONLY |
| Any other name or names by which you are known or have ever been known: | Check here if this claim <br> ☐ amends ☐ replaces a previously filed claim dated: | |

### SECTION B: FILL OUT THIS SECTION ONLY IF, WHILE UNDER THE AGE OF 18, YOU HAD SEXUAL CONTACT WITH OR WERE SEXUALLY TOUCHED BY A CATHOLIC PRIEST, EMPLOYEE, VOLUNTEER, OR OTHER PERSON WORKING FOR THE ARCHDIOCESE OF PORTLAND IN OREGON OR FOR A CATHOLIC PARISH/SCHOOL SERVED BY THE ARCHDIOCESE.

| 1. Where did the sexual contact/touching take place? (Complete all relevant information that you know. State none or n/a if not applicable) <br> City and State:_____ <br> Parish:_____ <br> School:_____ <br> Other:_____ | 2. What is the name of the person with whom you had sexual contact/touching? <br><br> Name:_____ <br><br> Position/Title:_____(If Known) <br> (e.g., Parish Priest, Teacher, Coach, etc.) |
|---|---|
| 3. When did the sexual contact/touching occur? (Give approximate dates or your grade in school at the time.) | 4. Affirmation/Description of sexual contact/touching. <br><br> ☐ I affirm that I had sexual contact or was sexually touched. <br><br> ☐ OPTIONAL: Describe the sexual contact/touching (provide a short summary or attach a separate sheet if you need more room): |
| 5. Nature and extent of injuries or damages (If known)? (How has the sexual contact/touching affected you? Attach a separate sheet if you need more room) <br><br> Amount of damages (if known): <br> $_____ | 6. Name, address, and telephone number of your attorney if you have one: |
| 7. Have you been a party to any civil lawsuit or other proceeding involving your claim? (If yes, provide the name or title of the lawsuit or proceeding, the case number, the court, and the date when filed) | |

Page 1 of 3

Case 04-37154-tmb11    Doc 1077    Filed 04/27/05

| SECTION C: FILL OUT THIS SECTION IF YOU DID NOT FILL OUT SECTION B. ||
|---|---|
| 1. **Basis for Claim**<br>☐ Goods sold<br>☐ Money or other property entrusted or donated for a particular purpose<br>☐ Services performed<br>☐ Money loaned<br>☐ Indemnity for _____<br>☐ Personal injury/wrongful death<br>☐ Taxes<br>☐ Other _____ | ☐ Retiree benefits as defined in 11 U.S.C. § 1114(a)<br>☐ Wages, salaries, and compensation (fill out below)<br>Last Four Digits of Your SS#: _____<br>Unpaid compensation for services performed<br>from _____ to _____<br>    (date)         (date) |
| 2. **Date debt was incurred:** | 3. **If court judgment, date obtained:** |
| 4. **Total Amount of Claim at Time Case Filed:** $ _____<br>If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.<br>☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges. ||
| 5. **Secured Claim.**<br>☐ Check this box if your claim is secured by collateral (including a right of setoff).<br><br>Brief Description of Collateral:<br>☐ Real Estate<br>☐ Motor Vehicle<br>☐ Other _____<br><br>Value of Collateral: $ _____<br><br><br><br><br><br><br>Amount of arrearage and other charges <u>at time case filed</u> included in secured claim, if any: $_____ | 6. **Unsecured Priority Claim.**<br>☐ Check this box if you have an unsecured priority claim<br>Amount entitled to priority $ _____<br>Specify the priority of the claim:<br>☐ Wages, salaries, or commission (up to $4,925) - earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 USC. § 507(a)(3).<br>☐ Contribution to an employee benefit plan –11 USC. § 507(a)(4).<br>☐ Up to $2,225* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 USC. § 507(a)(6).<br>☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child 11 USC. § 507(a)(7).<br>☐ Taxes or penalties owed to governmental units - 11 USC. § 507(a)(8).<br>☐ Other – Specify applicable paragraph of 11 USC. § 507(a)(___).<br>*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment. |

7. **Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.

8. **Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, cancelled checks, correspondence, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. **DO NOT SEND ORIGINAL DOCUMENTS.** If the documents are not available, explain. If the documents are voluminous, attach a summary.

| SECTION D: EVERYONE MUST FILL OUT THIS SECTION. | |
|---|---|
| **1. Date-Stamped Copy:** To receive an acknowledgement of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. <br> **2. Confidentiality:** If you completed Section B., your proof of claim will be kept confidential and will be made available only to the Debtor, the Debtor's insurers, you, and your attorney (if any). This will not, however, prevent the Debtor, the Debtor's insurers, and their attorneys from utilizing the information contained herein, including your name, in conducting their respective investigations into the facts and circumstances surrounding your claim. | |
| The original of this completed proof of claim form must be sent by mail or hand delivered (FAXES NOT ACCEPTED) so that it is received on or before 5:00 p.m., Prevailing Pacific Time on April 29, 2005. <br><br> BY MAIL TO:                          BY HAND DELIVERY TO: <br><br> Archdiocese of Portland Case        Archdiocese of Portland Case <br> c/o Claims Agent BMC Group       c/o Claims Agent BMC Group <br> P.O. Box 921                             1330 East Franklin Avenue <br> El Segundo, CA 90245-0921          El Segundo, CA 90245 | |
| Date:      Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) | THIS SPACE FOR COURT USE ONLY |
| ***Penalty for presenting fraudulent claim:*** **Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 USC. §§ 152 and 3571.** | |

Mailing List Re 4/12/05 Creditor Letter

Sister Theresa Joseph
aka Delores Price
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland OR 97204

Anthony Smith
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland, OR 97204

Franciscan Friars of Oregon, Inc.,
an Oregon Corporation
c/o Dick Whittemore
Bullivant Houser Bailey, A Professional Corporation
888 SW 5th Ave., Suite 300
Portland, OR 97204

Thomas Laughlin
c/o Karen O'Kasey
Hoffman Hart & Wagner
1000 SW Broadway, Suite 2000
Portland OR 97205

Society of Jesus, Oregon Province
c/o Karen O'Kasey
Hoffman Hart & Wagner
1000 SW Broadway, Suite 2000
Portland, OR 97205

Michael Sprauer
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland, OR 97204

Mt. Angel Abbey
c/o John Kaempf
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland OR 97204

Ansgar Santogrossi
c/o John Kaempf
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland OR  97204

Joachim McCann
c/o John Kaempf
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland OR  97204

Lynn Morris
c/o John Kaempf
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland OR  97204

Mt. Angel Seminary
c/o John Kaempf
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland OR  97204

Nathan Zodrow
c/o John Kaempf
Bullivant Houser Bailey
888 SW Fifth Avenue, Suite 300
Portland OR  97204

The Capuchin Friars
c/o Paul Gaspari
Tobin & Tobin
500 Sansome Street, Eighth Floor
San Francisco CA  94111-3211

Joseph Baccellieri
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland, OR  97204

State of Oregon: Oregon
Youth Authority
c/o William Tharp
Dept. of Justice, Trial Division
1162 Court Street NE
Salem OR  97301

State of Oregon: Department of
Human Resources, Children Services
c/o William Tharp
Dept. of Justice, Trial Division
1162 Court Street NE
Salem OR  97301

MacLaren Youth Correctional Facility
c/o William Tharp
Dept. of Justice, Trial Division
1162 Court Street NE
Salem OR  97301

MacLaren School for Boys
c/o William Tharp
Dept. of Justice, Trial Division
1162 Court Street NE
Salem OR  97301

Trinity Court LLC
c/o James Dulcich
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Suite 1600
Portland, OR  97204

Services for all Generations
Enterprises
c/o James Dulcich
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Suite 1600
Portland, OR  97204

Michael W. Maslowsky
c/o James Dulcich
Schwabe Williamson & Wyatt
1211 SW Fifth Avenue, Suite 1600
Portland, OR  97204

Exhibit A -- Page 3 of 6

Frank Murray
3521 SW Patton Road
Portland, OR 97221

John Brouillard
c/o Thomas E. Cooney
888 SW 5th Avenue, Suite 720
Portland, OR 97204

Franciscan Friars of California, a
California Corporation
c/o Dick Whittemore
Bullivant Houser Bailey, A Professional Corporation
888 SW 5th Ave., Suite 300
Portland, OR 97204

Thomas D. Juratovoc
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland, OR 97204

The Provincial, Marist Brothers
of the Schools
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland, OR 97204

The Marist Brothers, a New York
not-for-profit corporation
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland, OR 97204

Lawrence M. Halsey
c/o Robert Weaver
Garvey Schubert & Barer
121 SW Morrison St., 11th Floor
Portland, OR 97204

Gregory Sullivan
c/o Steven Burke
4248 Galewood
Lake Oswego, OR 972035

Donald Durand
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland, OR 97204

Sisters of the Holy Child Jesus
c/o Kevin Quinn
Schubert, Bellwoar, Cahill & Quinn
Two Penn Center, Suite 1400
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102

Paulist Fathers
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland OR 97204

Ronald Warren
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland OR 97204

Chester Wrzaszczak
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland OR 97204

Martin Thielen
c/o Thomas E. Cooney
888 SW Fifth Avenue, Suite 720
Portland OR 97204

Michael Conrad
c/o Gerald L. Warren
1201 Court Street NE, Suite 301
Salem, OR 97301

Gene Miles
c/o Gerald L. Warren
1201 Court Street NE, Suite 301
Salem, OR 97301

City of Mt. Angel
c/o Gerald L. Warren
1201 Court Street NE, Suite 301

Salem, OR 97301
Brad Edwards
c/o Gerald L. Warren
1201 Court Street NE, Suite 301
Salem, OR 97301

Richard Whittemore
c/o Peter Mersereau
Mersereau & Shannon
1 SW Columbia, Suite 1600
Portland OR 97258

Franciscan Missionary Sisters
Of Our Lady of Sorrows
c/o Joe McDonald
Smith McDonald and Vaught
1100 SW 6th, Suite 1504
Portland, OR 97204

The Redemporist Society of Oregon
c/o Heather Van Meter
Williams Kastner & Gibbs
888 SW Fifth Avenue, Suite 600
Portland, OR 97205

St. Mary's Home dba
St. Mary's Home for Boys
c/o Steven Berman
Stoll, Stoll, Berne, Lokting & Schlacter
20 SW Oak Street
Portland, OR 97204

Mailing List Re 4/13/05 Creditor Letter

Dolores Price
c/o Thomas Rask
Kell Alterman & Runstein, LLP
520 SW Yamhill Street, Suite 600
Portland OR  97204

F:\CLIENTS\14961\004\CERTIFICATES OF SERVICE AND RELATED INFORMATION\CREDITOR MAILING LIST 4-13 (EXHIBIT B).DOC

Exhibit B -- Page 1 of 1