CLERK U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
AUG 4 2005
LODGED_____ REC'D_____
PAID_____ DOCKETED_____

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF OREGON

**ELIZABETH L. PERRIS**
BANKRUPTCY JUDGE

1001 S.W. FIFTH AVENUE, # 700
PORTLAND, OREGON 97204
(503) 326 - 4173

DIANE K. BRIDGE, LAW CLERK
TONIA J. McCOMBS, LAW CLERK
JULIET M. KAESTNER, LAW CLERK

August 4, 2005

Thomas V. Dulcich
Schwabe, Williamson & Wyatt, PC
1211 S.W. Fifth Ave.
Portland, OR 97204-3795

David L. Slader
806 S.W. Broadway, Suite 400
Portland, OR 97205

Erin K. Olson
Law Office of Erin Olson, PC
806 S.W. Broadway, Suite 800
Portland, OR 97205-3310

    Re: In re Roman Catholic Archbishop of Portland in Oregon,
        Case No. 04-37154
        Ruling on scope of deposition of Archbishop Levada

Dear Counsel:

    At the direction of the court, Ms. Olson submitted to the court a list of topics for the deposition of Archbishop Levada. Mr. Dulcich filed his response to those topics, raising certain objections. I am now prepared to rule on the objections. However, in the letter from counsel for Archbishop Levada to Mr. Slader, a copy of which was handed to me during today's hearing, Mr. Lena indicates that part of the agreement to allow the deposition to occur in January 2006 is that I withhold my initial determination of the scope of the deposition to allow other interested parties, including counsel for the Archbishop, to raise their objections and have a ruling before the deposition commences.



    The purpose of this letter is to ask the parties whether I should withhold the ruling, which I am currently prepared to make based on the arguments presented to me, or whether they would rather that I withhold ruling on debtor's objections until I can also consider at a later date any objections by other interested parties. The ruling I am prepared to issue at this time preserves the right of other interested parties (besides debtor) to raise objections.

    Please advise my office by August 10 whether you want me to issue my ruling or to defer it until later. In addition, by that same date please let me know whether Archbishop Levada's deposition will go forward on August 12, so I can advise the judge in Oakland whether she needs to be available on that date to rule on objections arising during the deposition.

Thomas V. Dulcich
Erin K. Olson
David L. Slader
August 4, 2005
Page 2

    Finally, Ms. Olson submitted her list of topics in letter form, and asked that the letter not be docketed because of confidentiality concerns. If Ms. Olson wants the list of topics to be part of the record in this case, she should file the list with the court, either redacting any confidential information, or filing the list under seal. The former would be preferable.

    If you have any questions, please call my law clerk, Diane Bridge, at 503-326-5107.

Very truly yours,

ELIZABETH L. PERRIS<br>
Bankruptcy Judge

cc:   Jeffrey S. Lena