ORD (5/1/04) rdl

# UNITED STATES BANKRUPTCY COURT
## District of Oregon

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**
November 2, 2005
Clerk, U.S. Bankruptcy Court
BY **rdl** DEPUTY

In re )
**Roman Catholic Archbishop of Portland OR** ) Case No. **04−37154−elp11**
*Other names used by debtor:* Archdiocese of Portland in Oregon, Archbishop of Portland in Oregon )
Debtor(s) )
) ORDER RETURNING DOCUMENT(S)
)
)
)

**IT IS ORDERED** that:

1. The attached **Proposed Order** was/were tendered on **11/2/05** (as evidenced by the date stamped on the document) by **David Slader,** but the original(s) is/are hereby returned undocketed for the reason(s) stated below, will have no legal effect, AND you must BOTH: (i) PROPERLY REFILE, AND CORRECT if necessary, the original document(s), AND (ii) SERVE THOSE DOCUMENTS AGAIN on any parties originally served with a copy of the document BEFORE the court will take any action thereon:

   **The top margin of the FIRST page of any proposed order or judgment must be four inches (4") AND DEVOID OF ALL TEXT/MARKINGS, except for any pleading numbers which must only be WITHIN 3/4" of the left edge. If signed, the judge's signature and Clerk's "FILED" stamp will appear within that top 4" margin. All other pages must have a top margin of one inch (1"). The last line of the substantive text of the document must be delineated by three (3) pound symbols (###) centered in the middle of that line. [General Order #03−3.]**

   **Do NOT provide a signature line for the judge.**

   *[NOTE: It is highly recommended that you constantly monitor this court's website at* **www.orb.uscourts.gov** *in order to stay current regarding updates to local court rules, forms, fees, procedures, etc!]*

2. If the original date of tender is critical, the court may consider setting aside this order if the tendering party files with the court, within 8 days of the "FILED" date above, **ALL** of the following: (1) a written request for hearing which CLEARLY SETS FORTH ALL grounds for filing the document as of the original date of tender; (2) a copy of this Order; (3) the complying document(s); **AND** (4) **A CERTIFICATION THAT** copies of the request for hearing were served on all parties that were served with a copy of the original noncomplying document(s) named in pt. 1 above.

Clerk, U.S. Bankruptcy Court

2318