Michael B. Merchant, OSB No. 88268
BLACK HELTERLINE LLP
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
Tel: (503) 224-5560
Fax: (503) 224-6148
E-mail: mbm@bhlaw.com

Of Attorneys for Father M

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

In re

ROMAN CATHOLIC ARCHBISHOP OF
PORTLAND IN OREGON, AND
SUCCESSORS, A CORPORATION SOLE,
dba the ARCHDIOCESE OF PORTLAND
IN OREGON,

Debtor.

Case No. 04-37154-elp11

**NOTICE OF APPEAL**

Father M, a nonparty, appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge Order For Production of Documents entered in this adversary proceeding on the 25th day of January, 2006.

The names of all parties to the judgment, order, or decree appealed from and the names, address and telephone numbers of their respective attorneys are as follows:



| | |
|---|---|
| James M. Finn<br>Schwabe Williamson & Wyatt, P.C.<br>Pacwest Center, Suites 1600-1900<br>1211 S.W. Fifth Avenue<br>Portland, OR 97204-3795<br>Telephone: 503/222-9981<br>Fax No.: 503/796-2900<br>Of Attorneys for Archdiocese of Portland | Michael B. Merchant<br>Black Helterline, LLP<br>1900 Fox Tower<br>805 S.W. Broadway<br>Portland, OR 97205-3359<br>Telephone: 503/224-5560<br>Fax No.: 503/224-6148<br>Of Attorneys for Father M |

Page 1 – **NOTICE OF APPEAL**

BLACK HELTERLINE LLP
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
(503) 224-5560

Case 04-37154-tmb11    Doc 3000    Filed 01/25/06

Of Attorneys for Plaintiffs:

Erin K. Olson, Esq.
Law Office of Erin Olson, P.C.
2905 N.E. Broadway
Portland, OR 97232-1760
Fax No.: 503/548-4435

Kelly Clark, Esq.
O'Donnell & Clark, LLP
1650 N.W. Naito Pkwy, #304
Portland, OR 97209-2534
Fax No.: 503/306-0257

David Slader, Esq.
806 S.W. Broadway, Suite 400
Portland, OR 97205
Fax No.: 503/242-0958

Michael S. Morey, Esq.
8 North State Street, Suite 301
Lake Oswego, OR 97034
Fax No.: 503/636-8512

DATED this 25th day of January, 2006.

BLACK HELTERLINE LLP

By: _____
Michael B. Merchant, OSB No. 88268
Of Attorneys for Father M

Michael B. Merchant
BLACK HELTERLINE LLP
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
Tel: (503) 224-5560
Fax: (503) 224-6148
E-mail: mbm@bhlaw.com

H:\Client\R425\Pld\Notice of Appeal.doc

Page 2 – **NOTICE OF APPEAL**

BLACK HELTERLINE LLP
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
(503) 224-5560

Case 04-37154-tmb11    Doc 3000    Filed 01/25/06

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JAN 2 5 2005

LODGED_____ REC'D_____
PAID_____ DOCKETED___

Below is an order of the court.

*[signature]*
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

In re:

ROMAN CATHOLIC ARCHBISHOP OF
PORTLAND IN OREGON, AND
SUCCESSORS, A CORPORATION SOLE,
dba the ARCHDIOCESE OF PORTLAND
IN OREGON,                    Debtor.

No. 04-37154-elp11

ORDER RE: RECORDS OF
FATHER M

This matter came before court for a final determination of the applicability of the psychotherapist-patient privilege to documents in the Debtor's personnel file for Father M which are identified by Bates-numbers 7118-7121. This issue was left open in the court's order signed January 6, 2006, to permit Father M to submit additional declarations concerning the document in question.

Page 1 of 2 – ORDER RE: RECORDS OF FATHER M

Debtor was represented at the hearing by James Finn, Father M was represented by Michael Merchant, and the tort claimants were represented by Erin Olson.

Having considered the pleadings and record herein, and heard the arguments of counsel, the court finds that the disputed document is not protected from disclosure by the psychotherapist-patient privilege, and, therefore, it is hereby

**ORDERED:**

1. Debtor shall immediately produce to tort claimants, through attorney Erin Olson, documents in the Debtor's personnel file for Father M which are identified by Bates-numbers 7118-7121; and

2. The execution of this order is stayed until 9:00 ~~8:30~~ a.m. on Wednesday, January 25, 2006 to permit Father M to apply for a stay pending appeal this order.

### # #

Presented by:

/s/ Erin K. Olson
Erin K. Olson, OSB No. 93477
Law Office of Erin Olson, P.C.
2905 N.E. Broadway Street
Portland, OR 97232-1760
Telephone: (503) 546-3150
Facsimile: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

Attorney for Tort Claimants

**Page 2 of 2 – ORDER RE: RECORDS OF FATHER M**

Michael B. Merchant, OSB No. 88268
BLACK HELTERLINE LLP
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
Tel: (503) 224-5560
Fax: (503) 224-6148
E-mail: mbm@bhlaw.com

    Of Attorneys for Father M

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

JAN 2 5 2006

LODGED_____ REC'D____
PAID_____ DOCKETED___

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF OREGON

In re

ROMAN CATHOLIC ARCHBISHOP OF
PORTLAND IN OREGON, AND
SUCCESSORS, A CORPORATION SOLE,
dba the ARCHDIOCESE OF PORTLAND
IN OREGON,

    Debtor.

Case No. 04-37154-elp11

**CERTIFICATE OF SERVICE**

**FILED UNDER SEAL**

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF APPEAL** upon:

Of Attorneys for Archdiocese of Portland:

James M. Finn
Schwabe Williamson & Wyatt, P.C.
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone: 503/222-9981
Fax No.: 503/796-2900

Of Attorneys for Plaintiffs:

| | |
|---|---|
| Erin K. Olson, Esq.<br>Law Office of Erin Olson, P.C.<br>2905 N.E. Broadway<br>Portland, OR 97232-1760<br>Fax No.: 503/548-4435 | Kelly Clark, Esq.<br>O'Donnell & Clark, LLP<br>1650 N.W. Naito Pkwy, #304<br>Portland, OR 97209-2534<br>Fax No.: 503/306-0257 |

Page 1 – **CERTIFICATE OF SERVICE**

BLACK HELTERLINE LLP
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
(503) 224-5560

Case 04-37154-tmb11   Doc 3000   Filed 01/25/06

| David Slader, Esq. | Michael S. Morey, Esq. |
| 806 S.W. Broadway, Suite 400 | 8 North State Street, Suite 301 |
| Portland, OR 97205 | Lake Oswego, OR 97034 |
| Fax No.: 503/242-0958 | Fax No.: 503/636-8512 |

☐ by mailing a true copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorneys' addresses as shown above and deposited in the United States Mail at Portland, Oregon on the date set forth below.

☐ by causing a true copy thereof to be hand-delivered to said attorneys' addresses as shown above on the date set forth below.

☐ by sending a true copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorneys' addresses as shown above on the date set forth below.

■ by faxing a true copy thereof to said attorneys' facsimile numbers as shown above on the date set forth below.

DATED this 25 day of January, 2006.

BLACK HELTERLINE LLP

By: _____
Michael B. Merchant, OSB No. 88268
Of Attorneys for Father M

H:\Client\R425\Pld\new cos3.doc

Page 2 – **CERTIFICATE OF SERVICE**

**BLACK HELTERLINE** LLP
1900 Fox Tower
805 S.W. Broadway
Portland, OR 97205
(503) 224-5560

Case 04-37154-tmb11    Doc 3000    Filed 01/25/06