# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:   503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-141805
Invoice #:  942844

Re: Ma███████████ v ARCHDIOCESE OF PORTLAND

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/25/06 | TH | .20 | Call to Kelly Clark's office regarding status conference on Motion for Summary Judgment |
| 01/26/06 | TH | .20 | Call from opposing counsel regarding exhibits in support of motion for summary judgment |
| 01/26/06 | TH | .20 | Call to ████████████ regarding transcript of hearing on motion for summary judgment ██████████████████ |
| 02/03/06 | TH | .20 | Gather materials for supplementary exhibit in support of summary judgment |
| 02/06/06 | MOC | .40 | Telephone conference with David Slader regarding deposition of █████████████ |
| 02/06/06 | MOC | .30 | Telephone conference with Tom Cooney regarding deposition |
| 02/06/06 | MOC | .30 | Attend conference with Judge Perris regarding motion for summary judgment |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | 1.00 hrs at | 295.00 $/hr = $ | 295.00 |
| Tiffany A Harris | .80 hrs at | 195.00 $/hr = $ | 156.00 |
| SUBTOTAL CURRENT FEES | 1.80 hours | = | $451.00 |



DESCRIPTION OF COSTS

|  |  |
|---|---|
| Copies/Print | .15 |
| 01/17/06 Delivery Charge - Check- Transerv Systems, Inc | 11.25 |
| SUBTOTAL CURRENT COSTS | $11.40 |
| TOTAL FEES AND COSTS | $462.40 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:    503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
| --- | --- | --- | --- | --- |
| 03/31/05 | 910180 | $189.50 | ($151.60) | $37.90 |
| 04/30/05 | 913417 | $126.35 | ($101.35) | $25.00 |
| 05/31/05 | 916147 | $109.50 | ($87.60) | $21.90 |
| 06/28/05 | 918538 | $2325.76 | ($1937.26) | $388.50 |
| 07/27/05 | 921440 | $172.35 | ($139.05) | $33.30 |
| 08/31/05 | 924282 | $2216.00 | ($1772.80) | $443.20 |
| 10/31/05 | 930820 | $141.00 | ($112.80) | $28.20 |
| 11/30/05 | 933720 | $177.00 | ($141.60) | $35.40 |
| 01/31/06 | 939281 | $1504.80 | $.00 | $1504.80 |

PREVIOUS BALANCE                                    $2,518.20

FINAL SUMMARY

SUBTOTAL CURRENT COSTS                              $11.40
SUBTOTAL CURRENT FEES                               $451.00
TOTAL CURRENT INVOICE                               $462.40
PREVIOUS OUTSTANDING INVOICES                       $2,518.20
TOTAL AMOUNT DUE (CURRENT & PREVIOUS)               $2,980.60

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06

**S&W** | SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:   503.222.9981
Fax:      503.796.2900
*www.schwabe.com*

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-141806
Invoice #:  942845

Re: Bell, Larry Lydell Sr v Ruden, Fr Remy &
    Sprauer, Fr Michael

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/06/06 | CLB | .30 | Correspondence to insurers on risk and enclosing document production (.3) |
| 02/07/06 | JSC | .10 | Analyze and organize insurer production documents for February 07, 2006 |

| | | | |
|---|---|---|---|
| Cindy L. Bryan | .30 hrs at | 95.00 $/hr = $ | 28.50 |
| Jill S Chickering | .10 hrs at | 85.00 $/hr = $ | 8.50 |
| SUBTOTAL CURRENT FEES | 0.40 hours | = | $37.00 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | 4.35 |
| Postage | 2.62 |
| SUBTOTAL CURRENT COSTS | $6.97 |
| TOTAL FEES AND COSTS | $43.97 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 08/31/05 | 924283 | $822.50 | ($658.00) | $164.50 |
| 11/30/05 | 933721 | $1510.60 | ($1225.00) | $285.60 |
| 01/10/06 | 937398 | $993.50 | ($634.50) | $359.00 |
| 01/31/06 | 939282 | $150.44 | $.00 | $150.44 |

PREVIOUS BALANCE                              $959.54

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:     503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942845
Page    2
C/M #:  000500-141806

TAX ID# IRS-93-1130272

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $6.97 |
| SUBTOTAL CURRENT FEES | $37.00 |
| TOTAL CURRENT INVOICE | $43.97 |
| PREVIOUS OUTSTANDING INVOICES | $959.54 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $1,003.51 |

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-142343
Invoice #:  942846

Re: Ho██████████L v W████████████

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/08/06 | MOC | .50 | Conference with E. Olson and D. Gatti regarding settlement |
| 02/15/06 | MOC | .10 | Conference with D. Gatti regarding status of settlement |

| | | | | |
|---|---|---|---|---|
| Margaret Hoffmann | | .60 hrs at | 295.00 $/hr = $ | 177.00 |
| SUBTOTAL CURRENT FEES | | 0.60 hours | = | $177.00 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | 6.30 |
| SUBTOTAL CURRENT COSTS | $6.30 |
| TOTAL FEES AND COSTS | $183.30 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 04/30/05 | 913420 | $47.00 | ($37.60) | $9.40 |
| 05/31/05 | 916157 | $2114.30 | ($1692.40) | $421.90 |
| 06/28/05 | 918541 | $404.45 | ($326.05) | $78.40 |
| 07/27/05 | 921443 | $169.45 | ($138.95) | $30.50 |
| 08/31/05 | 924286 | $395.10 | ($318.30) | $76.80 |
| 09/30/05 | 927604 | $1174.25 | ($942.25) | $232.00 |
| 10/31/05 | 930823 | $143.40 | ($114.90) | $28.50 |
| 01/31/06 | 939284 | $37.50 | $.00 | $37.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942846
Page    2
C/M #:  000500-142343

TAX ID# IRS-93-1130272

PREVIOUS BALANCE                                          $915.00

### FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $6.30 |
| SUBTOTAL CURRENT FEES | $177.00 |
| TOTAL CURRENT INVOICE | $183.30 |
| PREVIOUS OUTSTANDING INVOICES | $915.00 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $1,098.30 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SW | SCHWABE, ●LLIAMSON & WYATT, P.C.●**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-142344
Invoice #:  942847

Re: Be████████ v ████████████ St John
    the Apostle and the ARCHDIOCESE OF PORTLAND

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/25/06 | TH | .20 | Call to attorney Craig McMillan re status conference on motions for summary judgment |
| 01/25/06 | TH | .20 | Call to Greg Smith re status conference on Motion for summary judgment |
| 02/02/06 | TH | .30 | Work on objections to discovery requests. |
| 02/03/06 | TH | .30 | Begin objections to discovery requests |
| 02/06/06 | MOC | .30 | Attend hearing with Judge Perris regarding motion for summary judgment |
| 02/06/06 | MOC | .70 | Work on objections to discovery |
| 02/06/06 | TH | 2.00 | Prepare objections to discovery requests in advance of status conf. on Motions for Summary Judgment |
| 02/06/06 | MJMW | .30 | Work with Tiffany Harris on ████████████ |
| 02/08/06 | TH | .20 | Call to Greg Smith's office re objections to discovery request |
| 02/10/06 | TH | .30 | Draft memo to MOC re Claimant's discovery requests |
| 02/10/06 | MOC | 1.40 | Work on response to plaintiff's request for documents |
| 02/10/06 | MOC | 1.20 | Work on filing of objections for Judge Perris |
| 02/10/06 | MOC | .50 | Telephone conference with client regarding filing of objections to plaintiff's request for documents |
| 02/14/06 | MOC | .50 | Work on production to plaintiff |
| 02/22/06 | CLB | .30 | Correspondence to claimant's attorney, Greg Smith, and enclosing ████████████ |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | 4.60 hrs at | 295.00 $/hr = $ | 1,357.00 |
| Mario J. Madden | .30 hrs at | 195.00 $/hr = $ | 58.50 |
| Tiffany A Harris | 3.50 hrs at | 195.00 $/hr = $ | 682.50 |
| Cindy L. Bryan | .30 hrs at | 95.00 $/hr = $ | 28.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942847
Page    2
C/M #: 000500-142344

TAX ID# IRS-93-1130272

| | | | |
|---|---|---|---|
| SUBTOTAL CURRENT FEES | 8.70 hours | = | $2,126.50 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | .45 |
| Long Distance Calls | .07 |
| Outgoing Telefax Charges | 2.80 |
| 01/07/06 Online Research - Check- Lexis Nexis | 100.25 |
| SUBTOTAL CURRENT COSTS | $103.57 |
| TOTAL FEES AND COSTS | $2,230.07 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/30/05 | 913421 | $1742.50 | ($1394.00) | $348.50 |
| 05/31/05 | 916151 | $408.93 | ($352.53) | $56.40 |
| 06/28/05 | 918542 | $38.45 | ($33.75) | $4.70 |
| 07/27/05 | 921444 | $57.50 | ($46.00) | $11.50 |
| 08/31/05 | 924287 | $117.45 | ($94.35) | $23.10 |
| 01/10/06 | 937399 | $2554.50 | ($1532.70) | $1021.80 |
| 01/31/06 | 939285 | $5554.01 | $.00 | $5554.01 |

| | |
|---|---|
| PREVIOUS BALANCE | $7,020.01 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $103.57 |
| SUBTOTAL CURRENT FEES | $2,126.50 |
| TOTAL CURRENT INVOICE | $2,230.07 |
| PREVIOUS OUTSTANDING INVOICES | $7,020.01 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $9,250.08 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

*OTHER OFFICES:*
*BEND, OR*
*SALEM, OR*
*SEATTLE, WA*
*VANCOUVER, WA*
*WASHINGTON, D.C.*

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-142503
Invoice #:  942848

Re: Insurer Document Production

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/23/06 | JSC | 7.50 | Continue work on Archdiocese Insurer document production for 2005 documents (5.30); Update Insurer production documentation notebook (1.20); Continue review ▮▮▮▮▮▮▮▮▮▮ documents need to be produced (1.00) |
| 01/24/06 | JSC | 1.00 | Memo to file regarding ▮▮▮▮▮▮ (.30); Continue work on Insurer document production log (.70) |
| 01/25/06 | JMF | 6.30 | Telephone conference with K. Curley (.20); e-mail to C. Bryan regarding priest file production (.10); continue review of client files regarding production (5.0); numerous telephone conferences with K. Curley and clients regarding same (1.0) |
| 01/25/06 | JSC | 3.70 | Continue indexing Insurer document production log (3.20); Update Insurer document production notebooks (.50) |
| 01/26/06 | CLB | 13.80 | Work preparation of additional priest files for production to insurer group |
| 01/26/06 | JSC | 4.00 | Continue work on Insurer Document Production Log (3.30) ; begin work on ▮▮▮▮▮▮▮ files provided by Pastoral Center (.70) |
| 01/27/06 | CLB | 13.40 | Work preparation of additional priest files for production to insurer group |
| 01/27/06 | JSC | 1.40 | Continue analysis and indexing of Insurer Document Production Log (.50); Continue work on 2005 insurer document production (.70); memo to ▮▮▮▮▮▮▮▮▮Files (.20) |
| 01/27/06 | JSC | .80 | Organize and update priest files provided by client (.60); Attempt to locate addition▮▮▮ ▮▮▮▮▮ at Attorney Dulcich's request (.20) |
| 01/30/06 | CLB | 8.30 | Work preparation of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942848
Page    2
C/M #: 000500-142503

TAX ID# IRS-93-1130272

| Date | Initials | Hours | Description |
|---|---|---|---|
| 01/30/06 | JMF | 5.00 | Telephone conference with client and e-mails from and telephone conferences with C. Bryan (.50); review documents for production to insurers (4.5) |
| 01/30/06 | SBF | .50 | Delivery of documents to the office of Joseph Field |
| 01/30/06 | JSC | 1.80 | Assemble notebook of Medical Privileged documents produced to Slader on 01/12/05 (.40); Continue work on insurer document production log (.90); Review Bell file in order to locate pro se correspondence for production to insurers (.50) |
| 01/30/06 | JSC | 1.70 | Attempt to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ depositions at Attorney Dulcich's request (1.50); Memo to File re:▮▮▮▮▮▮▮ Depositions (.20) |
| 01/31/06 | CLB | 9.20 | Receipt and analysis of correspondence from Rhonda Kwei and enclosing additional claim files for production to insurer group (.3); Correspondence to Catalina Sugayan of Lloyds and enclosing deposition transcripts for Fr. C▮▮▮▮▮▮▮▮▮▮ (corrected), Claimant ▮▮▮▮▮▮▮▮ and Claimant S▮▮▮▮▮▮ togethwith updated table of deposition transcripts (.4); Correspondence to Kieran Curley of Miller Nash and enclosing deposition transcripts for ▮▮▮▮▮▮▮▮▮▮▮ (corrected), Claimant William▮▮▮▮ and Claimant ▮▮▮▮▮▮▮▮, together with updated table of deposition transcripts (.4); update and revise memorandum to Sugayan re record of depositions produced to Sugayan (.2); Preparation of additional priest/claimant files for production to insurer group (7.9) |
| 01/31/06 | JMF | 1.50 | E-mail from and to C. Bryan regarding document production (.30); review of additional files for production (1.20) |
| 01/31/06 | JSC | 2.00 | Continue work in Insurer document production log (1.00) Continue work on Archdiocese Insurer document production for 2005 (1.00) |
| 01/31/06 | JSC | .50 | Compile and assemble additional priest files |
| 01/31/06 | ABR | .40 | Assist with production of documents to insurer group attorney, Joe Field |
| 02/01/06 | CLB | 9.20 | Begin organization of file sets of priest files production documents produced to insurer group January 30 and 31 (2.5); continue preparation and production of additional priest files to attorney Joe Field and claimant documents to insurers on the risk (6.7) |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:   503.222.9981
Fax:      503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

C/M #: 000500-142503

TAX ID# IRS-93-1130272

| 02/01/06 | JMF | 2.60 | Review files regarding production (1.5); e-mails from and to and conference with C. Bryan regarding same (.50); telephone conference and faxes from K Curley regarding production (.50); forward faxes to C. Bryan regarding production (.10) |
| --- | --- | --- | --- |
| 02/01/06 | ABR | .40 | Assist with production of documents to insurer group attorney, Joe Field |
| 02/01/06 | JSC | 5.00 | Continue work on 2005 insurer document production (1.90); Continue indexing of insurer document production log (2.80); Compile and assemble Privileged Documents withheld from Production to Joe Field 1/30-31/06 (.30) |
| 02/02/06 | CLB | 5.70 | Continue preparation and production of additional priest files to attorney Joe Field and claimant documents to insurers on the risk (5.7) |
| 02/02/06 | JMF | 2.50 | E-mails regarding document production and priest file review (1.0); conference with C. Bryan regarding same (.30); telephone conference and memo T. Dulcich regarding ▓▓▓▓▓▓▓ (.50); review numerous e-mails from K. Curley, J. Phillips, and J. Field regarding document production (.70) |
| 02/02/06 | ABR | .40 | Assist with production of documents to insurer group attorney, Joe Field |
| 02/02/06 | JSC | 4.60 | Continue work on Archdiocese Priest insurer document production (4.10); Attempt to locate specific depositions of priests for Miller Nash counsel and advise them of results (.50) |
| 02/03/06 | CLB | 3.00 | Continue preparation and production of additional priest files to attorney Joe Field and claimant documents to insurers on the risk |
| 02/03/06 | JSC | 3.80 | Continue work on priest files portion of Archdiocese insurer document production |
| 02/05/06 | JMF | .50 | E-mails with client and C. Bryan regarding letter to Field (.20); e-mail to C. Bryan with miscellaneous questions regarding production and review file regarding same (.30) |
| 02/06/06 | CLB | 7.40 | Continue preparation and production of additional priest files to Joe Field and claimant documents to insurers on the risk |
| 02/06/06 | JMF | 1.80 | E-mails from and to C. Bryan regarding issues (.30); conference with C. Bryan regarding same (.50); letter to J. Field regarding document production (.20); review files for production to Field (.80) |
| 02/06/06 | JSC | 2.00 | Continue work on Archdiocese priest document production to insurers |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE of 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #      942848
Page    4
C/M #: 000500-142503

TAX ID# IRS-93-1130272

| Date | Initials | Hours | Description |
|---|---|---|---|
| 02/07/06 | CLB | 6.20 | Continue preparation and production of additional priest files to Joe Field and claimant documents to insurers on the risk |
| 02/07/06 | JMF | .50 | Conference with C. Bryan regarding pending discovery issues (.30); e-mails from and to C. Bryan regarding deposition trnascripts (.20); |
| 02/07/06 | JSC | .10 | Analyze and organize insurer production documents for February 07, 2006 |
| 02/07/06 | JSC | 3.00 | Continue work on Archdiocese insurer document production to Insurers and Miller Nash |
| 02/07/06 | JSC | .40 | Organize, assemble, and index Archdiocese files located in conference room |
| 02/08/06 | CLB | 7.70 | Prepare Priest files production Privilege Log (5.7); Receipt and analysis of correspondence from Rhonda Kwei and enclosing ███████ files (.1); continue preparation and production of additional priest files to Joe Field and claimant documents to insurers on the risk (1.4); Correspondence to attorney Kieran Curley of Miller Nash and enclosing priest files CD, deposition CD, paper copies of some depositions, and table identifying deposition transcripts produced to carriers on the risk(s) in 2005 (.5) |
| 02/08/06 | JSC | 5.10 | Continue work on Archdiocese insurer document production (4.30); Retrieval of documents from ███████ Office and arrange for delivery to Client (.80) |
| 02/08/06 | JSC | .50 | Continue work on Archdiocese shelf index |
| 02/09/06 | CLB | 1.00 | Continue work on preparation and production of priest files to attorney Joe Field (.7); correspondence to attorney Joe Field and enclosing additional priest files (.3) |
| 02/09/06 | JSC | 4.00 | Continue work on Archdiocese insurer document production (2.20); Receive, analyze, and organize production documents pertaining to Fr. Snyder (.40) |
| 02/10/06 | CLB | 4.90 | Work on updating Master Priest Files Index re production of priest files to insurer attorney Joe Field (4.3) |
| 02/10/06 | JSC | 2.20 | Continue work on Insurer document production |
| 02/11/06 | JMF | .20 | Telephone call from and e-mail to J. Field regarding privilege log and memo to file (.20) |
| 02/12/06 | CLB | 3.00 | Review litigation files and assemble additional documents to be produced to insurers on the risk |
| 02/13/06 | CLB | 7.40 | Continue work on production of priest files to insurer group attorney, Joe Field (5.4); continue work on production of document discovery to insurers on the risk (2.0); |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942848
Page    5
C/M #: 000500-142503

TAX ID# IRS-93-1130272

| 02/13/06 | JMF | .90 | E-mails from J. Field to attorneys and C. Bryan regarding privilege log (.30); review outstanding tasks with C. Bryan (.30); e-mails with C. Bryan and M. Hoffmann regarding document production (.30) |
| 02/13/06 | JSC | 2.00 | Continue work on Archdiocese insurer document production |
| 02/14/06 | CLB | 4.60 | Continue work on production of priest files to insurer group attorney, Joe Field (3.5); continue work on production of document discovery to insurers on the risk (1.10); |
| 02/14/06 | JMF | 1.00 | E-mails from and to J. Field regarding privilege log (.20); work on log (.80) |
| 02/14/06 | JSC | 1.50 | Continue work on Archdiocese Insurer Document Production |
| 02/15/06 | CLB | 2.20 | Continue work on production of priest files to insurer group attorney, Joe Field (.40); continue work on production of document discovery to insurers on the risk (1.8); |
| 02/15/06 | JMF | 1.30 | E-mails and telephone conference with M. Hoffmann regarding insurer document production (.30); conclude review of privilege log (1.0) |
| 02/15/06 | JSC | 1.00 | Continue work on insurer document production |
| 02/15/06 | JSC | .30 | Update deposition bank |
| 02/16/06 | CLB | .30 | Continue work on production of priest files to insurer group attorney, Joe Field (.30); |
| 02/16/06 | JMF | 1.00 | E-mails from and to attorney Phillips and telephone conference with K. Curley (.30); telephone conference with K. Curley regarding privilege issue (.20) |
| 02/16/06 | JSC | .50 | Update insurer document production notebooks |
| 02/17/06 | CLB | 2.90 | Continue work on production of priest files and privilege log to insurer group attorney, Joe Field (2.90) |
| 02/17/06 | JMF | 1.60 | E-mails from and to J. Phillips (.50); finalize document privilege log production and conference with Cindy Bryan regarding same (1.0); letter to attorney Field (.10) |
| 02/17/06 | JSC | 1.20 | Completion of work on Insurer document production log for June 10, 2005 documents (.80); Continue work on 2006 Archdiocese insurer document production (.40) |
| 02/20/06 | CLB | .30 | E-mail correspondence from production vendor re preparation of litigation files production documents for production to insurers on the individual risks (.1); E-mail correspondence to production vendor re preparation of litigation files production documents for production to insurers on the individual risks (.1); Second e-mail correspondence from production vendor re |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9% PER ANNUM.**

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# S&W | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:     503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942848
Page    6
C/M #: 000500-142503

TAX ID# IRS-93-1130272

| | | | |
|---|---|---|---|
| | | | preparation of litigation files production documents for production to insurers on the individual risks (.1). |
| 02/20/06 | JMF | .10 | E-mail to attorney Phillips regarding court order (.10) |
| 02/20/06 | JSC | 1.50 | Continue work on Archdiocese Insurer document production |
| 02/21/06 | CLB | .50 | Continue work on production of litigation files production documents to insurers on risks (.50) |
| 02/21/06 | JMF | .30 | E-mails from and to K. Curley (.20); e-mail to C. Bryan (.10) |
| 02/21/06 | JSC | .50 | Continue work on Archdiocese insurer document production |
| 02/22/06 | CLB | 6.00 | Prepare records previously designated privilege for production to attorney Joe Field (.7); correspondence to Joe Field and enclosing additional priest claims files records (.3) Assist Jim Finn with preparation for 2/23/06 hearing (5.00) |
| 02/22/06 | JMF | 2.70 | Review numerous e-mails with attachments regarding questions from insurers (1.0); conference with C. Bryan and review files regarding answers to questions (1.0); e-mails to and telephone conference with K. Curley regarding status conference (.50); review Archdiocese status report (.20) |
| 02/23/06 | CLB | 2.00 | E-mail correspondence to Paulette Furness re record previously designated privilege for production to attorney Joe Field (.1); Correspondence to Catalina Sugayan of Lord, Bissell & Brook and enclosing deposition transcripts and exhibits of Fr. Paul Peri, Fr. Charles Lienert, Bishop Kenneth Steiner, and claimant Na▮▮▮▮▮▮ and memorandum from Margaret Hoffmann re deposition production (.6); Correspondence to Kieran Curley of Miller Nash and enclosing deposition transcripts and exhibits of Fr. Paul Peri, Fr. Charles Lienert, Bishop Kenneth Steiner, and claimant ▮▮▮▮▮▮ and memorandum from Margaret Hoffmann re deposition production (.3); Assist Jim Finn with preparation for 2/23/06 hearing (1.00) |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

| | | | | |
|---|---|---|---|---|
| James M. Finn | 29.80 hrs at | 295.00 $/hr = $ | 8,791.00 |
| Cindy L. Bryan | 119.00 hrs at | 95.00 $/hr = $ | 11,305.00 |
| Alissa Brown | 1.20 hrs at | 85.00 $/hr = $ | 102.00 |
| Jill S Chickering | 63.60 hrs at | 85.00 $/hr = $ | 5,406.00 |
| Sarah B Freelander | .50 hrs at | 85.00 $/hr = $ | 42.50 |

SUBTOTAL CURRENT FEES     214.10 hours     =     $25,646.50

DESCRIPTION OF COSTS

|  |  |
|---|---|
| Copies/Fast Feed | 72.75 |
| Copies/Heavy | 109.80 |
| Copies/Medium | 14.55 |
| Copies/Print | 549.75 |
| 01/09/06 Online Research - Check- Cal Info/James Hauger | 1.50 |
| 01/06/06 Delivery Charge - Check- Transerv Systems, Inc | 4.00 |

SUBTOTAL CURRENT COSTS     $752.35

TOTAL FEES AND COSTS     $26,398.85

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 04/30/05 | 913423 | $18030.90 | ($14482.50) | $3548.40 |
| 05/31/05 | 916153 | $32565.60 | ($26065.10) | $6500.50 |
| 06/28/05 | 918544 | $38947.93 | ($31220.03) | $7727.90 |
| 07/27/05 | 921445 | $20294.66 | ($16396.46) | $3898.20 |
| 08/31/05 | 924289 | $15920.15 | ($12891.25) | $3028.90 |
| 09/30/05 | 927605 | $41560.24 | ($33381.34) | $8178.90 |
| 10/31/05 | 930824 | $14992.55 | ($12020.75) | $2971.80 |
| 11/30/05 | 933724 | $3332.24 | ($2727.74) | $604.50 |
| 01/10/06 | 937400 | $10613.00 | ($6637.80) | $3975.20 |
| 01/31/06 | 939286 | $19452.90 | $.00 | $19452.90 |

PREVIOUS BALANCE     $59,887.20

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942848
Page    8
C/M #:  000500-142503

TAX ID# IRS-93-1130272

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $752.35 |
| SUBTOTAL CURRENT FEES | $25,646.50 |
| TOTAL CURRENT INVOICE | $26,398.85 |
| PREVIOUS OUTSTANDING INVOICES | $59,887.20 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $86,286.05 |

# S&W | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:     503.796.2900
*www.schwabe.com*

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

MS PAULETTE A FURNESS
DIRECTOR OF BUSINESS AFFAIRS
ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144099
Invoice #:  942849

Re: Voth, Frank v Fr Sprauer

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/24/06 | MOC | .50 | Review supplemental materials submitted by plaintiff |
| 02/08/06 | JSC | .10 | Receive, analyze, and organize production documents |
| 02/13/06 | JSC | .20 | Receive, analyze, and organize production documents received from plaintiff's counsel |
| 02/15/06 | MOC | .20 | Review file for status information for Interstate |

| | | | | |
|---|---|---|---|---|
| Margaret Hoffmann | .70 hrs at | 295.00 $/hr = $ | 206.50 |
| Jill S Chickering | .30 hrs at | 85.00 $/hr = $ | 25.50 |
| SUBTOTAL CURRENT FEES | 1.00 hours | = | $232.00 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Heavy | 10.05 |
| Copies/Print | 21.90 |
| Postage | 4.77 |
| SUBTOTAL CURRENT COSTS | $36.72 |
| TOTAL FEES AND COSTS | $268.72 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# S&W | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:   503.222.9981
Fax:      503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942849
Page    2
C/M #:  000500-144099

TAX ID# IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 08/31/05 | 924292 | $482.50 | ($388.30) | $94.20 |
| 11/30/05 | 933725 | $88.50 | ($70.80) | $17.70 |
| 01/10/06 | 937401 | $1311.45 | ($790.85) | $520.60 |
| 01/31/06 | 939288 | $89.55 | $.00 | $89.55 |

PREVIOUS BALANCE                                    $722.05

### FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $36.72 |
| SUBTOTAL CURRENT FEES | $232.00 |
| TOTAL CURRENT INVOICE | $268.72 |
| PREVIOUS OUTSTANDING INVOICES | $722.05 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $990.77 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

**AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.**
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
**S&W** | ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144444
Invoice #:  942850

Re: Doe, Joan v FROLICK, JEANNE CLARE, THE SOCIETY
    OF THE SISTERS OF THE HOLY NAMES OF JESUS & MARY
    & ALVARES, AUGUSTINE

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 10/07/05 | MOC | .40 | Conference with ███ regarding status of bankruptcy action and pending state court case |
| 01/24/06 | MOC | .20 | Telephone conference with ███████ |
| 01/25/06 | MOC | .20 | Review interviews of ██████ plaintiff |
| 01/26/06 | TH | .20 | Correspondence from / to opposing counsel regarding claimant deposition |
| 01/31/06 | TH | .50 | Call to ████████████████ ████████████/gather out-of-state authorities and draft letter re the same |
| 02/03/06 | TH | 2.30 | Prepare for and attend hearing on plaintiff's motion for partial summary judgment |
| 02/03/06 | TH | .30 | Draft letter to client, Ms. Furness, and Mr. ██████ regarding outcome of hearing on plaintiff's motion for partial summary judgment |
| 02/07/06 | TH | .20 | Review deposition summary |
| 02/09/06 | TH | .40 | Review proposed order on plaintiff's motion for partial summary judgment, and draft correspondence to opposing counsel re the same |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .80 hrs at 295.00 $/hr = $ | 236.00 |
| Tiffany A Harris | 3.90 hrs at 195.00 $/hr = $ | 760.50 |
| SUBTOTAL CURRENT FEES | 4.70 hours = | $996.50 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | 49.35 |
| Postage | 1.89 |
| Outgoing Telefax Charges | 18.90 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #  942850
Page  2
C/M #: 000500-144444

TAX ID# IRS-93-1130272

| Date | Description | Amount |
|---|---|---|
| 01/11/06 | Online Research - Check- Lexis Nexis | 379.28 |
| 01/17/06 | Delivery Charge - Check- Transerv Systems, Inc | 7.00 |
| 02/01/06 | Delivery Charge - Check- Transerv Systems, Inc | 7.25 |
| 08/24/05 | Service fees - Check- Tri-County Legal Process Service | 56.00 |
| 08/24/05 | Service fees - Check- Tri-County Legal Process Service | 56.00 |
| 01/27/05 | DVD Reproduction - Check- Limelight Video Productions | 790.45 |

SUBTOTAL CURRENT COSTS $1,366.12

TOTAL FEES AND COSTS $2,362.62

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 08/31/05 | 924293 | $154.30 | ($126.10) | $28.20 |
| 09/30/05 | 927609 | $48.50 | ($39.10) | $9.40 |
| 11/30/05 | 933760 | $2528.30 | ($2098.70) | $429.60 |
| 01/10/06 | 937402 | $176.10 | ($105.90) | $70.20 |
| 01/31/06 | 939289 | $4063.89 | $.00 | $4063.89 |

PREVIOUS BALANCE $4,601.29

## FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $1,366.12 |
| SUBTOTAL CURRENT FEES | $996.50 |
| TOTAL CURRENT INVOICE | $2,362.62 |
| PREVIOUS OUTSTANDING INVOICES | $4,601.29 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $6,963.91 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144566
Invoice #:  942851

Re: Winn, Danny Ray v GRAMMOND, MAURICE FR & HARRIS,
    JAMES FR, ARCHDIOCESE OF PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/31/06 | TVD | .70 | Telephone call to counsel ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ (0.2); telephone call from and telephone call to attorney for ▮▮▮▮▮▮▮ ▮▮▮▮▮ regarding same and e-mail from and to same (0.3); e-mail from and to client regarding ▮▮▮▮▮ case (0.2) |

| | | | |
|---|---|---|---|
| Thomas V. Dulcich | .70 hrs at | 295.00 $/hr = $ | 206.50 |
| SUBTOTAL CURRENT FEES | 0.70 hours | = | $206.50 |
| TOTAL FEES AND COSTS | | | $206.50 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 09/30/05 | 927612 | $1350.00 | ($1082.10) | $267.90 |
| 10/31/05 | 930826 | $359.00 | ($287.20) | $71.80 |
| 11/30/05 | 933726 | $59.00 | ($47.20) | $11.80 |
| 01/31/06 | 939291 | $88.50 | $.00 | $88.50 |
| | PREVIOUS BALANCE | | | $440.00 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

### FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $206.50 |
| TOTAL CURRENT INVOICE | $206.50 |
| PREVIOUS OUTSTANDING INVOICES | $440.00 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $646.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SW&W** | SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144831
Invoice #:  942852

Re: JS (Claim #306) v ARCHDIOCESE OF PORTLAND IN
    OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/26/06 | MOC | .50 | (T▓▓▓▓▓) Conference with plaintiff's lawyer regarding deposition of plaintiff |
| 02/06/06 | JMF | .30 | E-mails regarding depositions (.30) |
| 02/06/06 | MOC | .50 | Review file for deposition scheduling of plaintiff and co-defendant |
| 02/06/06 | JSC | .30 | Locate specific correspondence for Attorney Finn to review for insurer production |
| 02/08/06 | JMF | .20 | Review claimant record and letter from client (.20) |
| 02/09/06 | CLB | .60 | Correspondence to attorney Mickey Morey and enclosing scholastic records of claimant 306 (.3); correspondence to insurers on risk and enclosing scholastic records of claimant 306 (.3) |
| 02/10/06 | CLB | .10 | Complete organization and preparation of documents and records for attorney Finn's review and use at deposition of claimant ▓▓▓▓▓ (.1) |

| | | | |
|---|---|---|---|
| James M. Finn | .50 hrs at | 295.00 $/hr = $ | 147.50 |
| Margaret Hoffmann | 1.00 hrs at | 295.00 $/hr = $ | 295.00 |
| Cindy L. Bryan | .70 hrs at | 95.00 $/hr = $ | 66.50 |
| Jill S Chickering | .30 hrs at | 85.00 $/hr = $ | 25.50 |
| SUBTOTAL CURRENT FEES | 2.50 hours | = | $534.50 |

DESCRIPTION OF COSTS

|  |  |
|--|--|
| Copies/Print | 8.85 |
| SUBTOTAL CURRENT COSTS | $8.85 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30 DAYS** AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:      503.796.2900
*www.schwabe.com*

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #   942852
Page   2
C/M #: 000500-144831

TAX ID# IRS-93-1130272

TOTAL FEES AND COSTS                                     $543.35


FINAL SUMMARY

SUBTOTAL CURRENT COSTS                                   $8.85
SUBTOTAL CURRENT FEES                                    $534.50
TOTAL CURRENT INVOICE                                    $543.35
TOTAL AMOUNT DUE (CURRENT & PREVIOUS)                    $543.35

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144863
Invoice #:  942853

Re: M████████████ (Claim #317) v ARCHDIOCESE
    OF PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|--------------------------|
| 01/30/06 | TH | .20 | Call from / to opposing counsel regarding hearing on objections to claims |
| 01/31/06 | TH | 1.20 | Complete Finding and Recommendations |

| Tiffany A Harris | 1.40 hrs at  195.00 $/hr = $ |  273.00 |
|------------------|------------------------------|---------|
| SUBTOTAL CURRENT FEES | 1.40 hours        = | $273.00 |
| TOTAL FEES AND COSTS |  | $273.00 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 09/30/05 | 927613 | $152.00 | ($121.60) | $30.40 |
| 10/31/05 | 930828 | $171.25 | ($137.15) | $34.10 |
| | PREVIOUS BALANCE | | | $64.50 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $273.00 |
| TOTAL CURRENT INVOICE | $273.00 |
| PREVIOUS OUTSTANDING INVOICES | $64.50 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $337.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:   503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144863
Invoice #:  942853

Re: ███████████ (Claim #317) v ARCHDIOCESE
    OF PORTLAND IN OREGON

## FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/30/06 | TH | .20 | Call from / to opposing counsel regarding hearing on objections to claims |
| 01/31/06 | TH | 1.20 | Complete Finding and Recommendations |

| | | | |
|---|---|---|---|
| Tiffany A Harris | 1.40 hrs at 195.00 $/hr = $ | 273.00 |
| SUBTOTAL CURRENT FEES | 1.40 hours    = | $273.00 |
| TOTAL FEES AND COSTS | | $273.00 |

## PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 09/30/05 | 927613 | $152.00 | ($121.60) | $30.40 |
| 10/31/05 | 930828 | $171.25 | ($137.15) | $34.10 |
| | PREVIOUS BALANCE | | | $64.50 |

## FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $273.00 |
| TOTAL CURRENT INVOICE | $273.00 |
| PREVIOUS OUTSTANDING INVOICES | $64.50 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $337.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SW | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144924
Invoice #:  942854

Re: ███████████ B (Claim #470) v ARCHDIOCESE OF
PORTLAND IN OREGON

## FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/26/06 | TH | .20 | Call to opposing counsel; discuss updated schedule for status conference on motions for summary judgment and timeline for filing of response |
| 02/06/06 | MOC | .50 | Meeting with plaintiff's counsel to discuss settlement |
| 02/06/06 | MOC | .50 | Meeting with possible co-defendant regarding settlement |
| 02/06/06 | MOC | .50 | Hearing with Judge Perris regarding motion for summary judgment |
| 02/20/06 | CLB | .90 | Identify and assemble documents, records, and court filings requested by attorney Tim Smith re claimant G██████████ (.6); correspondence to attorney Tim D. Smith and enclosing requested documents and records (.3) |
| 02/20/06 | JSC | .40 | Locate deposition and Summary Judgment information for document production |

| | | | | |
|--|--|--|--|--|
| Margaret Hoffmann | 1.50 hrs at | 295.00 $/hr = $ | 442.50 |
| Tiffany A Harris | .20 hrs at | 195.00 $/hr = $ | 39.00 |
| Cindy L. Bryan | .90 hrs at | 95.00 $/hr = $ | 85.50 |
| Jill S Chickering | .40 hrs at | 85.00 $/hr = $ | 34.00 |
| SUBTOTAL CURRENT FEES | 3.00 hours | = | $601.00 |

## DESCRIPTION OF COSTS

| | |
|--|--|
| Copies/Print | .30 |
| 01/11/06 Online Research - Check- Lexis Nexis | 74.80 |
| SUBTOTAL CURRENT COSTS | $75.10 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

TOTAL FEES AND COSTS                                        $676.10

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
| --- | --- | --- | --- | --- |
| 09/30/05 | 927616 | $146.50 | ($117.20) | $29.30 |
| 10/31/05 | 930834 | $68.10 | ($54.90) | $13.20 |
| 11/30/05 | 933730 | $2421.50 | ($1941.10) | $480.40 |
| 01/10/06 | 937407 | $122.40 | ($79.20) | $43.20 |
| 01/31/06 | 939292 | $2880.75 | $.00 | $2880.75 |

PREVIOUS BALANCE                                 $3,446.85

FINAL SUMMARY

| | |
| --- | --- |
| SUBTOTAL CURRENT COSTS | $75.10 |
| SUBTOTAL CURRENT FEES | $601.00 |
| TOTAL CURRENT INVOICE | $676.10 |
| PREVIOUS OUTSTANDING INVOICES | $3,446.85 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $4,122.95 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144950
Invoice #:  942855

Re: ████████████████ (Claim #249) v ARCHDIOCESE
    OF PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/31/06 | CLB | 1.20 | Preparation and assembly of documents for production to carriers on risk (.8); correspondence to all carriers on risk and enclosing documents produced by claimant████ (.4) |
| 02/10/06 | MOC | .30 | Telephone conference with plaintiff's counsel regarding settlement |
| 02/10/06 | MOC | .30 | Correspondence to client outlining plaintiff's settlement proposal |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .60 hrs at | 295.00 $/hr = $ | 177.00 |
| Cindy L. Bryan | 1.20 hrs at | 95.00 $/hr = $ | 114.00 |
| SUBTOTAL CURRENT FEES | 1.80 hours | = | $291.00 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | .60 |
| SUBTOTAL CURRENT COSTS | $0.60 |
| TOTAL FEES AND COSTS | $291.60 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 10/31/05 | 930836 | $696.25 | ($557.45) | $138.80 |
| 11/30/05 | 933731 | $694.10 | ($560.50) | $133.60 |
| 01/10/06 | 937409 | $118.00 | ($70.80) | $47.20 |
| 01/31/06 | 939293 | $30.35 | $.00 | $30.35 |

PREVIOUS BALANCE                                              $349.95

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $0.60 |
| SUBTOTAL CURRENT FEES | $291.00 |
| TOTAL CURRENT INVOICE | $291.60 |
| PREVIOUS OUTSTANDING INVOICES | $349.95 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $641.55 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-144951
Invoice #: 942856

Re: S██████████████████ (Claim #297) v
    ARCHDIOCESE OF PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/08/06 | MOC | .60 | Review ██████████████s file for meeting with E. Olson |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .60 hrs at | 295.00 $/hr = $ | 177.00 |
| SUBTOTAL CURRENT FEES | 0.60 hours | = | $177.00 |
| TOTAL FEES AND COSTS | | | $177.00 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 09/30/05 | 927618 | $171.00 | ($136.80) | $34.20 |
| 10/31/05 | 930837 | $199.60 | ($159.80) | $39.80 |
| 11/30/05 | 933732 | $88.50 | ($70.80) | $17.70 |
| 01/10/06 | 937410 | $61.25 | ($37.65) | $23.60 |

| | |
|---|---|
| PREVIOUS BALANCE | $115.30 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $177.00 |
| TOTAL CURRENT INVOICE | $177.00 |
| PREVIOUS OUTSTANDING INVOICES | $115.30 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $292.30 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #:  000500-144953
Invoice #:  942857

Re: B█████████, (Claim #844) v ARCHDIOCESE OF
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/08/06 | MOC | .20 | Conference with R. Kwei regarding ███████ |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .20 hrs at  295.00 $/hr = $ | | 59.00 |
| SUBTOTAL CURRENT FEES | 0.20 hours | = | $59.00 |
| TOTAL FEES AND COSTS | | | $59.00 |

### FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $59.00 |
| TOTAL CURRENT INVOICE | $59.00 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $59.00 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
## A T T O R N E Y S   A T   L A W

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
*www.schwabe.com*

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145158
Invoice #:  942858

Re: H█████████ (Claim #263) v ARCHDIOCESE OF
     PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/31/06 | CLB | .30 | Receipt and analysis of correspondence from Russ Kleve, paralegal in attorney Kelly Clark's office, requesting scholastic records of Claimant █████ and enclosing signed Authorization (.1); E-mail correspondence to Rhonda Kwei and attaching correspondence from Russ Kleve, paralegal in attorney Kelly Clark's office, requesting scholastic records of Claimant █████ with signed Authorization (.2); |

Cindy L. Bryan               .30 hrs at   95.00 $/hr = $       28.50

   SUBTOTAL CURRENT FEES      0.30 hours       =              $28.50

   TOTAL FEES AND COSTS                                       $28.50

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 01/10/06 | 937414 | $303.35 | ($183.75) | $119.60 |

             PREVIOUS BALANCE                              $119.60

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS – PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942858
Page    2
C/M #:  000500-145158

TAX ID# IRS-93-1130272

## FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $28.50 |
| TOTAL CURRENT INVOICE | $28.50 |
| PREVIOUS OUTSTANDING INVOICES | $119.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $148.10 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.
## ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:   503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145161
Invoice #:  942859

Re: P█████████ (Claim #272) v ARCHDIOCESE OF
    PORTLAND IN OREGON

## FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/06/06 | CLB | .30 | Correspondence to all insurers and enclosing document production (.3) |
| 02/07/06 | JSC | .10 | Analyze and organize insurer production documents for February 07, 2006 |

| | | | | |
|---|---|---|---|---|
| Cindy L. Bryan | .30 hrs at | 95.00 $/hr = $ | | 28.50 |
| Jill S Chickering | .10 hrs at | 85.00 $/hr = $ | | 8.50 |
| SUBTOTAL CURRENT FEES | 0.40 hours | = | | $37.00 |
| TOTAL FEES AND COSTS | | | | $37.00 |

### FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $37.00 |
| TOTAL CURRENT INVOICE | $37.00 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $37.00 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145167
Invoice #: 942860

Re: D███████████ (Claim #291) v ARCHDIOCESE OF
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/01/06 | CLB | .30 | Correspondence to all insurers (no dates of alleged abuse provided by claimant) and enclosing production documents |
| 02/02/06 | JSC | .20 | Analyze and organize priest production files for claimant file |

| | | | |
|---|---|---|---|
| Cindy L. Bryan | .30 hrs at | 95.00 $/hr = $ | 28.50 |
| Jill S Chickering | .20 hrs at | 85.00 $/hr = $ | 17.00 |
| SUBTOTAL CURRENT FEES | 0.50 hours | = | $45.50 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | 74.25 |
| SUBTOTAL CURRENT COSTS | $74.25 |
| TOTAL FEES AND COSTS | $119.75 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 11/30/05 | 933736 | $941.00 | ($752.80) | $188.20 |
| 01/10/06 | 937417 | $103.50 | ($62.10) | $41.40 |
| | PREVIOUS BALANCE | | | $229.60 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# S&W | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942860
Page    2
C/M #:  000500-145167

TAX ID# IRS-93-1130272

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $74.25 |
| SUBTOTAL CURRENT FEES | $45.50 |
| TOTAL CURRENT INVOICE | $119.75 |
| PREVIOUS OUTSTANDING INVOICES | $229.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $349.35 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

# SW | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145170
Invoice #:  942861

Re: PSE (Claim #854) v ARCHDIOCESE OF PORTLAND IN
    OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/17/06 | MOC | .50 | Conference with client regarding status of case |

| Margaret Hoffmann | .50 hrs at 295.00 $/hr = $ | 147.50 |
|-------------------|----------------------------|--------|
| SUBTOTAL CURRENT FEES | 0.50 hours        = | $147.50 |
| TOTAL FEES AND COSTS |  | $147.50 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $147.50 |
| TOTAL CURRENT INVOICE | $147.50 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $147.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SW | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145173
Invoice #:  942862

Re:  C███████████ (Claim #319, 320, 321 & 322) v
     ARCHDIOCESE OF PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/25/06 | TH | .20 | Call to Raymond Bradley regarding status conference on motions for summary judgment |
| 01/31/06 | TH | .40 | Calls to from / to Raymond Bradley's office re notices of hearing |
| 02/06/06 | MOC | .90 | Conference with ███████████████████f ███████ regarding status of case and ██████ ██████████ |
| 02/06/06 | MOC | .20 | Attend hearing with Judge Perris regarding motion for summary judgment |
| 02/06/06 | MOC | .20 | Conference with Candyce at court regarding dates for motion for summary judgment |
| 02/06/06 | MOC | .30 | Conference with client regarding status of motion for summary judgment hearings |
| 02/10/06 | MOC | .70 | Several telephone calls with co-defendant regarding status |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | 2.30 hrs at | 295.00 $/hr = $ | 678.50 |
| Tiffany A Harris | .60 hrs at | 195.00 $/hr = $ | 117.00 |
| SUBTOTAL CURRENT FEES | 2.90 hours | = | $795.50 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | 93.00 |
| Long Distance Calls | .17 |
| SUBTOTAL CURRENT COSTS | $93.17 |
| TOTAL FEES AND COSTS | $888.67 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
**AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.**
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
Costs POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 10/31/05 | 930843 | $423.00 | ($338.40) | $84.60 |
| 11/30/05 | 933738 | $5321.15 | ($4279.75) | $1041.40 |
| 01/10/06 | 937419 | $540.80 | ($342.20) | $198.60 |
| 01/31/06 | 939296 | $5207.10 | $.00 | $5207.10 |

PREVIOUS BALANCE                                        $6,531.70

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $93.17 |
| SUBTOTAL CURRENT FEES | $795.50 |
| TOTAL CURRENT INVOICE | $888.67 |
| PREVIOUS OUTSTANDING INVOICES | $6,531.70 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $7,420.37 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145179
Invoice #:  942863

Re: J█████████ (Claim #462) v ARCHDIOCESE OF
    PORTLAND IN OREGON

## FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/27/06 | TH | .60 | Work on Finding and Recommendations regarding disallowance of claim |

| | | | |
|---|---|---|---|
| Tiffany A Harris | .60 hrs at  195.00 $/hr = $ | | 117.00 |
| SUBTOTAL CURRENT FEES | 0.60 hours | = | $117.00 |
| TOTAL FEES AND COSTS | | | $117.00 |

## PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 01/10/06 | 937421 | $59.75 | ($36.15) | $23.60 |
| | PREVIOUS BALANCE | | | $23.60 |

## FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $117.00 |
| TOTAL CURRENT INVOICE | $117.00 |
| PREVIOUS OUTSTANDING INVOICES | $23.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $140.60 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30 DAYS** AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.

ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145181
Invoice #: 942864

Re: ▆▆▆▆▆▆▆▆ (Claim #466) v ARCHDIOCESE OF
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/01/06 | CLB | .30 | Correspondence to insurers on the risk and enclosing production documents |
| 02/02/06 | JSC | .20 | Analyze and organize priest production files for claimant file |

| | | | | |
|---|---|---|---|---|
| Cindy L. Bryan | .30 hrs at | 95.00 $/hr = $ | | 28.50 |
| Jill S Chickering | .20 hrs at | 85.00 $/hr = $ | | 17.00 |
| SUBTOTAL CURRENT FEES | 0.50 hours | = | | $45.50 |
| TOTAL FEES AND COSTS | | | | $45.50 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 11/30/05 | 933739 | $59.00 | ($47.20) | $11.80 |
| PREVIOUS BALANCE | | | | $11.80 |

## FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $45.50 |
| TOTAL CURRENT INVOICE | $45.50 |
| PREVIOUS OUTSTANDING INVOICES | $11.80 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $57.30 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SW&W | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145183
Invoice #:  942865

Re: R██████████ (Claim #261 & 553) v ARCHDIOCESE
    OF PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/15/06 | MOC | .20 | Review file for status information for Interstate |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .20 hrs at | 295.00 $/hr = $ | 59.00 |
| SUBTOTAL CURRENT FEES | 0.20 hours | = | $59.00 |
| TOTAL FEES AND COSTS | | | $59.00 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 01/10/06 | 937423 | $750.40 | ($458.40) | $292.00 |
| 01/31/06 | 939297 | $39.62 | $.00 | $39.62 |
| | PREVIOUS BALANCE | | | $331.62 |

## FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $59.00 |
| TOTAL CURRENT INVOICE | $59.00 |
| PREVIOUS OUTSTANDING INVOICES | $331.62 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $390.62 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:   503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145187
Invoice #:  942866

Re: G� �b (Claim #836) v ARCHDIOCESE OF
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/31/06 | TH | .20 | Review correspondence from Bankruptcy Court regarding notice filing requirements |
| 02/06/06 | MOC | .50 | Attend hearing on motion for summary judgment |
| 02/06/06 | MOC | .50 | Meeting with claimant to discuss discovery |
| 02/21/06 | TH | .30 | Review amended proof of claim |

| | | | | |
|---|---|---|---|---|
| Margaret Hoffmann | 1.00 hrs at | 295.00 $/hr = $ | 295.00 |
| Tiffany A Harris | .50 hrs at | 195.00 $/hr = $ | 97.50 |
| SUBTOTAL CURRENT FEES | 1.50 hours | = | $392.50 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | .30 |
| 01/15/06 Online Research - Check- Lexis Nexis | 175.05 |
| SUBTOTAL CURRENT COSTS | $175.35 |
| TOTAL FEES AND COSTS | $567.85 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 10/31/05 | 930846 | $661.00 | ($529.40) | $131.60 |
| 11/30/05 | 933740 | $1864.90 | ($1492.10) | $372.80 |
| 01/10/06 | 937424 | $960.00 | ($576.00) | $384.00 |
| 01/31/06 | 939298 | $1858.94 | $.00 | $1858.94 |

PREVIOUS BALANCE $2,747.34

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $175.35 |
| SUBTOTAL CURRENT FEES | $392.50 |
| TOTAL CURRENT INVOICE | $567.85 |
| PREVIOUS OUTSTANDING INVOICES | $2,747.34 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $3,315.19 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

**AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.**

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SW | SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:     503.796.2900
*www.schwabe.com*

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145188
Invoice #:  942867

Re: Pu███████ (Claim #847) v ARCHDIOCESE OF
     PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/06/06 | MOC | .10 | Telephone call from claimant regarding new complaints not related to sexual abuse |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .10 hrs at | 295.00 $/hr = $ | 29.50 |
| SUBTOTAL CURRENT FEES | 0.10 hours | = | $29.50 |
| TOTAL FEES AND COSTS | | | $29.50 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 10/31/05 | 930847 | $70.50 | ($56.40) | $14.10 |
| 11/30/05 | 933741 | $88.50 | ($70.80) | $17.70 |
| | PREVIOUS BALANCE | | | $31.80 |

### FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $29.50 |
| TOTAL CURRENT INVOICE | $29.50 |
| PREVIOUS OUTSTANDING INVOICES | $31.80 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $61.30 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145193
Invoice #: 942868

Re: H███████E (Claim #311) v ARCHDIOCESE OF
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/30/06 | JMF | 1.30 | Telephone conference with Margaret Hoffmann regarding deposition (.30); review file and prepare for deposition (1.0) |
| 01/31/06 | JMF | 8.00 | Attend █████ deposition (8.0) |
| 02/03/06 | JMF | .20 | Conference with T. Harris regarding plaintiff's deposition (.20) |
| 02/05/06 | JMF | .50 | Prepare draft report to client regarding deposition (.50) |
| 02/06/06 | JMF | .30 | Finalize and send deposition report to clients |
| 02/07/06 | JMF | .20 | E-mails and telephone call from M. Hoffman regarding deposition (.20) |
| 02/09/06 | JMF | .30 | Review exhibits to deposition and forward to client (.30) |
| 02/20/06 | CLB | .20 | Correspondence to Paulette Furness and enclosing court reporter's invoice for the January 31, 2006 deposition of claimant █████ |
| 02/20/06 | JMF | .20 | E-mail regarding deposition (.10); telephone conference with Cooney's office regarding same (.10) |
| 02/22/06 | JMF | .30 | E-mails to and from client regarding Sr. Frolick file (.20) |
| 02/23/06 | CLB | .30 | Correspondence to Paulette Furness and enclosing deposition transcript of claimant ███████ |

| | | | |
|---|---|---|---|
| James M. Finn | 11.30 hrs at | 295.00 $/hr = $ | 3,333.50 |
| Cindy L. Bryan | .50 hrs at | 95.00 $/hr = $ | 47.50 |
| SUBTOTAL CURRENT FEES | 11.80 hours | = | $3,381.00 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942868
Page    2
C/M #:  000500-145193

TAX ID# IRS-93-1130272

DESCRIPTION OF COSTS

| | |
|---|---:|
| Copies/Print | 28.35 |
| Postage | 10.41 |
| SUBTOTAL CURRENT COSTS | $38.76 |
| TOTAL FEES AND COSTS | $3,419.76 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|---|---|---|---|---|
| 10/31/05 | 930849 | $164.50 | ($131.60) | $32.90 |
| 11/30/05 | 933743 | $412.00 | ($329.60) | $82.40 |
| 01/10/06 | 937425 | $538.50 | ($323.70) | $214.80 |
| 01/31/06 | 939299 | $322.50 | $.00 | $322.50 |

| | |
|---|---:|
| PREVIOUS BALANCE | $652.60 |

FINAL SUMMARY

| | |
|---|---:|
| SUBTOTAL CURRENT COSTS | $38.76 |
| SUBTOTAL CURRENT FEES | $3,381.00 |
| TOTAL CURRENT INVOICE | $3,419.76 |
| PREVIOUS OUTSTANDING INVOICES | $652.60 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $4,072.36 |

**SW&W** | **SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145199
Invoice #: 942869

Re: M███████████ (Claim #270) v ARCHDIOCESE OF
PORTLAND IN OREGON

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | 154.65 |
| SUBTOTAL CURRENT COSTS | $154.65 |
| TOTAL FEES AND COSTS | $154.65 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 01/10/06 | 937427 | $34.50 | ($20.70) | $13.80 |
| | PREVIOUS BALANCE | | | $13.80 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT COSTS | $154.65 |
| TOTAL CURRENT INVOICE | $154.65 |
| PREVIOUS OUTSTANDING INVOICES | $13.80 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $168.45 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145201
Invoice #:  942870

Re: Ma█████████ (#299) v ARCHDIOCESE OF
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/14/06 | MOC | 1.90 | Meeting with Jack Polance, attorney working with G█████████y, regarding status of claim and settlement negotiations |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | 1.90 hrs at  295.00 $/hr = $ | | 560.50 |
| SUBTOTAL CURRENT FEES | 1.90 hours   = | | $560.50 |
| TOTAL FEES AND COSTS | | | $560.50 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 10/31/05 | 930851 | $1104.50 | ($883.60) | $220.90 |
| 11/30/05 | 933744 | $1581.89 | ($1267.99) | $313.90 |
| 01/10/06 | 937428 | $269.00 | ($186.40) | $82.60 |
| | PREVIOUS BALANCE | | | $617.40 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $560.50 |
| TOTAL CURRENT INVOICE | $560.50 |
| PREVIOUS OUTSTANDING INVOICES | $617.40 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $1,177.90 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SCHWABE, WILLIAMSON & WYATT, P.C.
## ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
*www.schwabe.com*

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145202
Invoice #: 942871

Re: Mi████████ (Claim #247) v ARCHDIOCESE OF
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|--------------------------|
| 02/02/06 | TH | .80 | Supplement Hoffmann letter objecting to discovery requests. |
| 02/13/06 | TH | .40 | Draft response to request for production |

| | | | |
|---|---|---|---|
| Tiffany A Harris | 1.20 hrs at 195.00 $/hr = $ | | 234.00 |
| SUBTOTAL CURRENT FEES | 1.20 hours | = | $234.00 |
| TOTAL FEES AND COSTS | | | $234.00 |

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 11/30/05 | 933745 | $59.90 | ($48.10) | $11.80 |
| 01/10/06 | 937429 | $415.65 | ($250.05) | $165.60 |
| 01/31/06 | 939301 | $178.25 | $.00 | $178.25 |
| | PREVIOUS BALANCE | | | $355.65 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $234.00 |
| TOTAL CURRENT INVOICE | $234.00 |
| PREVIOUS OUTSTANDING INVOICES | $355.65 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $589.65 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SW&W | SCHWABE, WILLIAMSON & WYATT, P.C.
A T T O R N E Y S   A T   L A W

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145393
Invoice #:  942872

Re:  ▓▓▓▓▓▓▓ v ST MARY'S CATHEDRAL SCHOOL
     ARCHDIOCESE OF PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/30/06 | TVD | .10 | Telephone call to attorney Dolan regarding no arrangement (v.m.) |
| 02/09/06 | TVD | .20 | E-mails from and to ▓▓▓▓▓▓ regarding status of L▓▓▓▓▓▓ claim |
| 02/16/06 | TVD | .30 | Telephone call from and e-mail from attorney Dolan and e-mail to client regarding same |
| 02/16/06 | TVD | .10 | E-mail from client regarding proposal |
| 02/17/06 | TVD | .20 | E-mail from ▓▓▓▓▓▓ regarding travel and telephone call to Dolan regarding same |
| 02/22/06 | TVD | .20 | E-mail from ▓▓▓▓▓▓ and telephone call to P. Furness regarding same |

Thomas V. Dulcich          1.10 hrs at  295.00 $/hr = $      324.50

  SUBTOTAL CURRENT FEES     1.10 hours      =          $324.50

  TOTAL FEES AND COSTS                                 $324.50

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
|------|-----------|--------|---------|---------|
| 10/31/05 | 930854 | $352.50 | ($282.00) | $70.50 |
| 11/30/05 | 933752 | $1007.50 | ($806.90) | $200.60 |
| 01/10/06 | 937430 | $504.50 | ($303.90) | $200.60 |

             PREVIOUS BALANCE                          $471.70

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942872
Page    2
C/M #:  000500-145393

TAX ID# IRS-93-1130272

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $324.50 |
| TOTAL CURRENT INVOICE | $324.50 |
| PREVIOUS OUTSTANDING INVOICES | $471.70 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $796.20 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11    Doc 3286-1    Filed 03/06/06

# SCHWABE, WILLIAMSON & WYATT, P.C.

**S&W**

ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145807
Invoice #: 942873

Re: Be████████████████ (Claim #217) v ARCHDIOCESE
PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 01/24/06 | MOC | .50 | Telephone conference with ████████████████ status of case and ████████████████ ██████ |
| 02/13/06 | CLB | .30 | Correspondence to insurers on the risk and enclosing scholastic records of claimant Benson |
| 02/14/06 | CLB | .30 | Correspondence to Kelly Clark, attorney for claimant, and enclosing scholastic records of claimant ██████ |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .50 hrs at 295.00 $/hr = $ | | 147.50 |
| Cindy L. Bryan | .60 hrs at 95.00 $/hr = $ | | 57.00 |
| SUBTOTAL CURRENT FEES | 1.10 hours | = | $204.50 |

DESCRIPTION OF COSTS

| | |
|---|---|
| Copies/Print | 15.45 |
| SUBTOTAL CURRENT COSTS | $15.45 |
| TOTAL FEES AND COSTS | $219.95 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN 30 DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF 9% PER ANNUM.

IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.

COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

SCHWABE, WILLIAMSON & WYATT, P.C.
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #    942873
Page    2
C/M #: 000500-145807

TAX ID# IRS-93-1130272

PREVIOUS OUTSTANDING INVOICES

| DATE | INVOICE # | AMOUNT | CREDITS | BALANCE |
| --- | --- | --- | --- | --- |
| 01/10/06 | 937433 | $19.00 | ($11.40) | $7.60 |
| 01/31/06 | 939304 | $69.80 | $.00 | $69.80 |

PREVIOUS BALANCE                                   $77.40

FINAL SUMMARY

| | |
| --- | --- |
| SUBTOTAL CURRENT COSTS | $15.45 |
| SUBTOTAL CURRENT FEES | $204.50 |
| TOTAL CURRENT INVOICE | $219.95 |
| PREVIOUS OUTSTANDING INVOICES | $77.40 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $297.35 |

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:    503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-145923
Invoice #:  942874

Re: ████████ (Claim #835) v ARCHDIOCESE
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/20/06 | MOC | .90 | Review background investigation for plaintiff deposition |

| | | | |
|---|---|---|---|
| Margaret Hoffmann | .90 hrs at  295.00 $/hr = $ | | 265.50 |
| SUBTOTAL CURRENT FEES | 0.90 hours | = | $265.50 |
| TOTAL FEES AND COSTS | | | $265.50 |

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $265.50 |
| TOTAL CURRENT INVOICE | $265.50 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $265.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**

AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06

**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone:  503.222.9981
Fax:    503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-147110
Invoice #:  942876

Re: ███████████ - ███████████

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/03/06 | TVD | .50 | Review letter from client and letter from plaintiff's attorney regarding demand (0.4); telephone call from client P. Furness regarding witness and information regarding claim (0.1) |
| 02/17/06 | TVD | .50 | Lengthy telephone conference with ███████ regarding facts of case |
| 02/17/06 | TVD | .70 | Review briefly the high school file on██ (0.5); telephone call from and telephone call to plaintiff's attorney regarding claim (0.2) |
| 02/18/06 | TVD | .40 | Prepare memorandum to file regarding case status and facts |
| 02/20/06 | TVD | .30 | Telephone call from███████ regarding facts and notes to file regarding same |
| 02/21/06 | TVD | .90 | Telephone conference with witnesses P.M. and J.M. (0.5); memorandum to file regarding witness statements (0.3); telephone call to and telephone call from client P. Furness regarding status (0.1) |
| 02/23/06 | TVD | .60 | Telephone call to attorney███ (v.m.) (0.1); draft letter to█████regarding investigation and no claim (0.5) |

| | | | |
|---|---|---|---|
| Thomas V. Dulcich | 3.90 hrs at  295.00 $/hr = $ | 1,150.50 |
| SUBTOTAL CURRENT FEES | 3.90 hours       = | $1,150.50 |
| TOTAL FEES AND COSTS | | $1,150.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

# SW&W | SCHWABE, WILLIAMSON & WYATT, P.C.
### ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax:     503.796.2900
www.schwabe.com

OTHER OFFICES:
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

TAX ID# IRS-93-1130272

February 28, 2006

ROMAN CATHOLIC ARCHBISHOP OF THE
ARCHDIOCESE OF PORTLAND IN OREGON
2838 E. BURNSIDE ST
PORTLAND OR 97214-1895

Client/Matter #: 000500-146809
Invoice #:  942875

Re: ████████████ (Claim #294) v ARCHDIOCESE
    PORTLAND IN OREGON

FOR LEGAL SERVICES RENDERED

| DATE | INDV | HOURS | DESCRIPTION OF SERVICES |
|------|------|-------|-------------------------|
| 02/08/06 | MDL | .10 | Memo from M. Hoffmann re: run background search on claimant 294 ████████████ |
| 02/08/06 | MDL | .50 | Run OJIN Oregon court search on claimant 294 E. ████████████ |
| 02/08/06 | MDL | .40 | Accurint search on claimant E. ████████████ |
| 02/09/06 | MDL | .20 | PACER federal courts search for cases with E. ████████████ and aliases |

| | | | |
|---|---|---|---|
| Mark D. Ludwick | 1.20 hrs at  115.00 $/hr = $ |  | 138.00 |
| SUBTOTAL CURRENT FEES | 1.20 hours | = | $138.00 |
| TOTAL FEES AND COSTS | | | $138.00 |

## FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $138.00 |
| TOTAL CURRENT INVOICE | $138.00 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $138.00 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

Case 04-37154-tmb11   Doc 3286-1   Filed 03/06/06



**SCHWABE, WILLIAMSON & WYATT, P.C.**
ATTORNEYS AT LAW

1211 SW Fifth Avenue, Suite 1600
Portland, Oregon 97204-3795
Phone: 503.222.9981
Fax: 503.796.2900
www.schwabe.com

*OTHER OFFICES:*
BEND, OR
SALEM, OR
SEATTLE, WA
VANCOUVER, WA
WASHINGTON, D.C.

Invoice #   942876
Page    2
C/M #: 000500-147110

TAX ID# IRS-93-1130272

FINAL SUMMARY

| | |
|---|---|
| SUBTOTAL CURRENT FEES | $1,150.50 |
| TOTAL CURRENT INVOICE | $1,150.50 |
| TOTAL AMOUNT DUE (CURRENT & PREVIOUS) | $1,150.50 |

**TERMS: DUE AND PAYABLE UPON RECEIPT.**
AMOUNTS UNPAID MORE THAN **30** DAYS AFTER INVOICING ARE SUBJECT TO A LATE PAYMENT CHARGE OF **9%** PER ANNUM.
IOLTA PARTICIPANTS - PROCEEDS SUPPORT PUBLIC INTEREST OBJECTIVES OF THE LAW FOUNDATIONS.
COSTS POSTED AFTER THIS INVOICE WILL APPEAR ON SUBSEQUENT INVOICES.

1                 **CERTIFICATE OF SERVICE**

2        I hereby certify that on the 6th day of March, 2006, I served the foregoing

3 NOTICE OF FILING OF TWENTIETH FEE STATEMENT OF SCHWABE,

4 WILLIAMSON & WYATT, P.C. FOR THE PERIOD JANUARY 24, 2006 THROUGH

5 FEBRUARY 23, 2006, on the following parties at the following addresses:

6

7      Roman Catholic Archbishop of Portland in Oregon, and successors, a corporation
     sole, dba the Archdiocese of Portland in Oregon

8      Attn: Paulette Furness, Director of Business Affairs
     2838 East Burnside

9      Portland, OR 97214

10        Debtor

11

     **SEE ATTACHED LIST OF INTERESTED PARTIES**

12

13 by mailing a true and correct copy thereof by U.S. Postal Service, ordinary first class

14 mail, addressed to each party's last-known address and depositing in the U.S. mail at

15 Portland, Oregon on the date set forth above;

16

17                       Thomas V. Dulcich

18

19

20

21

22

23

24

25

26

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center, Suites 1600-1900
1211 S.W. Fifth Avenue
Portland, OR 97204-3795
Telephone (503) 222-9981

pdx/000500/138243/TVD/1294238.1

Margaret M. Anderson
Patrick M. Jones
Lord, Bissell & Brook LLP
115 South LaSalle Street
Chicago, IL 60603 .

Marilyn Podemski
2477 SW Arden Road
Portland, OR 97201

Gary Bisaccio
2125 SW 4th Avenue
Portland, OR 97201

Dana Shelton, Recovery Specialist
Recovery Department
NOVA Information Systems, Inc.
7300 Chapman Highway
Knoxville, TN 37920

David Slader
O'Donnell & Clark LLP
Fremont Place II
1650 NW Naito Pkwy, Ste. 302
Portland, OR 97209-2534

Timothy J. McNamara
Craig A. Ryan
Onebane Law Firm
1200 Camellia Blvd.
Lafayette. LA 70508

Bradley S. Copeland
Loren S. Scott
Arnold Gallagher, et al.
PO Box 1758
Eugene. OR 97440-1758

Peter B. Ackerman
Russell W. Roten
Duane Morris LLP
333 S. Hope Street, 23rd Floor
Los Angeles, CA 90071

Thomas W. Brown
Cosgrave Vergeer Kester LLP
805 SW Broadway, 8th Floor
Portland, OR 97205

Richard C. Josephson
Stephen A Redshaw
Stoel Rives LLP
Suite 2600, 900 SW Fifth Ave.
Portland, OR 97204

Richard Andersen
Anderson & Monson
Park Plaza West, Suite 460
10700 SW Beaverton-Hillsdale Hwy.
Beaverton, OR 97005

Fred C. Ruby
Department of Justice
1162 Court Street NE
Salem, OR 97301

Brad T. Summers
Daniel R. Webert
Ball Janik LLP
Suite 1100, 101 SW Main St.
Portland: OR 97204

Wilson C. Muhlheim
Muhlheim Boyd & Carroll
88 East Broadway
Eugene, OR 97401

Paulette Furness
Director of Business Affairs
Archdiocese of Portland in Oregon
2838 East Burnside
Portland, OR 97214

Daniel J. Gatti, Esq.
Gatti, Gatti, et al.
1781 Liberty Street SE
Salem, OR 97302

Scott L Jensen
Brownstein Rask et al.
1200 SW Main Building
Portland. OR 97205

David B. Levant
Stoel Rives, LLP
600 University Street, Suite 3600
Seattle, WA 98101

Karen Belair
Law Department
Union Pacific Railroad
1400 Douglas Street, MC 1580
Omaha, NE 68179-1580

Erin K. Olson
2905 NE Broadway Street
Portland, OR 97232-1760

James B. Davidson
Daniel P. Larsen
Ater Wynne LLP
Suite. 1800, 222 SW Columbia St.
Portland, OR 97201

James M. Altieri, William T. Corbett Jr.,
Robert K Malone, Michael P. Pompeo
Drinker Biddle & Reath LLP
500 Campus Olive
Florham Park, NJ 07932-1047

General Insurance Company
c/o John Spencer Stewart
Stewart Sokol & Gray LLC
2300 SW 1st Avenue, Ste 200
Portland, OR 97201

William C. Tharp
Greener Banducci Shoemaker P.A.
815 West Washington
Boise, ID 83702

Pamela Griffith
U.S. Trustee's Office
620 SW Main Street, Rm. 213
Portland, OR 97205

Thomas Sand
Miller Nash LLP
Suite 3500, 111 SW Fifth Ave.
Portland, OR 97204

Steven C. Berman
Stoll Stoll Berne Lokting & Shlachter
209 SW Oak Street, Suite 500
Portland, OR 97204

Tort Claimants Committee
Albert N. Kennedy
Tonkon Torp LLP
Suite 1600, 888 SW Fifth Ave.
Portland, OR 97204

Tom Dulcich
Margaret Hoffman
Schwabe Williamson & Wyatt PC
1211 SW Fifth Ave.
Portland, OR 97204

Robert J. Vanden Bas
Vanden Bos & Chapman
Suite 520
319 SW Washington St.
Portland, OR 97204

Mr. Donn Christiansen
c/o Michael Morey P .C.
8 N. State Street, Suite 301
Lake Oswego, OR 97034

Jeffrey Werstler
IRS 1220 SW Third Avenue
MS-0240
Portland, OR 97204

James A. Hayes Jr.
Cummins & White LLP
2424 SE Bristol Street, Suite 300
Newport Beach, CA 92660

Neil T. Jorgenson
Attorney at Law
520 SW Sixth Avenue, Suite 820
Portland, OR 97204

Catherine Travis
Lane Powell Spears Lubersky LLP
Suite 2100, 601 SW Second Ave
Portland, OR 97204-3158

Phoebe Joan O'Neill
1500 SW Fifth Avenue, Unit 703
Portland, OR 97201

Steve English
Bullivant Houser Bailey, PC
Suite 300, 888 SW Fifth Ave.
Portland, OR 97204

Steven M. Hedberg
Douglas R. Pahl
Perkins Coie
1120 NW Couch Street, 10th Floor
Portland, OR 97209

ACE Property & Casualty Ins. Company
c/o Joseph A. Field
Field & Associates
610 SW Alder St, Suite 910
Portland, OR 97205

Robert Millner
Kevin P. Kamraczewski
Sonnenschein, Nath & Rosenthal
8000 Sears Tower
Chicago, IL 60606

Thomas W. Stilley
Sussman Shank LLP
1000 SW Broadway, Suite 1400
Portland, OR 97205

Michael S. Morey
8 N. State Street, Suite 301
Lake Oswego, OR 97034

Paul E. DuFresne
5135 SW 85th Avenue
Portland, OR 97225

Kari Mullen
Mullen Law Firm, P.C.
8225 SW Fairway Drive, Suite 100
Portland, OR 97225

Holy Family Catholic Church
3732 SE Knapp
Portland, OR 97202

Peter C. McKittrick
Farleigh Wada & Witt PC
121 SW Morrison St., Suite 600
Portland, OR 97204

David A Foraker,
Future Claimants Representative
Greene & Markley, PC
Suite 600, 1515 SW Fifth Ave.
Portland, OR 97201

Cameo Garrett
4875 Hamden Road
Cashmere, WA 98815

Linda Boyle
Time Warner Telecom, Inc.
10475 Park Meadows Drive, #400
Littleton, CO 80124

L. Martin Nussbaum
Rothgerber Johnson & Lyons LLP
Wells Fargo Tower, Suite 1100
90 South Cascade Avenue
Colorado Springs, CO 80903

Oregon Education Technology
Consortium
8995 SW Miley Rd., #101
Wilsonville, OR 97070

Michael J. Farrell
Martin Bischoff, et al.
888 SW Fifth Avenue, Suite 900
Portland, OR 97204

Kelly W.G. Clark
O'Donnell & Clark LLP
Fremont Place II
1650 NW Naito Pkwy, Ste. 302
Portland, OR 97209-2534

Eric J. Neiman
Heather J. Van Meter
Williams Kastner & Gibbs, PLLC
888 SW Fifth Avenue, Suite 600
Portland, OR 97204

PDX/000500/138243/TVD/1318320.1