Erin K. Olson, OSB No. 93477
Law Office of Erin Olson, P.C.
2905 NE Broadway Street
Portland, OR 97232-1760
Tel: (503) 546-3150 Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

Attorney for David Schmidt

IN THE UNITED STATES BANKRUPTCY COURT

DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>Debtor. | Case No.: 04-37154-e1p11<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY** |

Claimant David Schmidt hereby moves that Erin K. Olson be substituted as counsel of record for him in this bankruptcy proceeding, in place of David Slader. David Slader does not oppose this motion.

**Page 1 of 3 – MOTION FOR SUBSTITUTION OF ATTORNEY**

LAW OFFICE OF ERIN OLSON, P.C.
2905 NE Broadway Street, Portland, OR 97232-1760
Tel (503) 546-3150 Fax (503) 548-4435 eolson@erinolsonlaw.com

Case 04-37154-tmb11    Doc 4260    Filed 12/22/06

The address for the receipt of all correspondence and pleadings by Erin K. Olson would be to the following address:

    Erin K. Olson
    Law Office of Erin Olson PC
    2905 NE Broadway St
    Portland, OR  97232-1760
    Telephone: 503-546-3150
    Facsimile: 503-548-4435
    E-mail: eolson@erinolsonlaw.com

  Dated this 22nd day of December, 2006.

                                      LAW OFFICE OF ERIN OLSON, P.C.

                                      /s/ Erin K. Olson
                                      Erin K. Olson, OSB 93477

**Page 2 of 3 – MOTION FOR SUBSTITUTION OF ATTORNEY**

LAW OFFICE OF ERIN OLSON, P.C.
2905 NE Broadway Street, Portland, OR  97232-1760
Tel (503) 546-3150   Fax (503) 548-4435   eolson@erinolsonlaw.com

Case 04-37154-tmb11    Doc 4260    Filed 12/22/06

# CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2006, I served a true copy of the foregoing "Motion for Substitution of Attorney" by prepaid first-class mail, on:

Richard J Whittemore
Bullivant Houser Bailey PC
888 S.W. Fifth Ave Ste 300
Portland OR  97204

Pamela Griffith
U.S. Trustee's Office
620 SW Main St Ste 213
Portland OR  97205

David Slader
806 SW Broadway Ste 400
Portland OR  97205

Thomas V Dulcich
Margaret Hoffmann
Schwabe Williamson & Wyatt PC
1211 SW 5th Ave Ste 1900
Portland OR  97204

/s/ Erin K. Olson_____
Erin K. Olson, OSB 93477

**Page 3 of 3 – MOTION FOR SUBSTITUTION OF ATTORNEY**

LAW OFFICE OF ERIN OLSON, P.C.
2905 NE Broadway Street, Portland, OR  97232-1760
Tel (503) 546-3150   Fax (503) 548-4435   eolson@erinolsonlaw.com

Case 04-37154-tmb11    Doc 4260    Filed 12/22/06