**U.S. BANKRUPTCY COURT**
**DISTRICT OF OREGON**

# F I L E D

**March 01, 2007**

**Clerk, U.S. Bankruptcy Court**

**Below is an Order of the Court.**

_Elizabeth L Perris_
ELIZABETH PERRIS
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| In Re: | ) | Bankruptcy Case |
| | ) | No. 04-37154-elp11 |
| ROMAN CATHOLIC ARCHBISHOP OF | ) | |
| PORTLAND IN OREGON, AND SUCCESSORS, | ) | |
| A CORPORATION SOLE, dba the | ) | ORDER RE OREGONIAN'S MOTION |
| ARCHDIOCESE OF PORTLAND IN OREGON, | ) | TO INTERVENE AND OPEN ESTIMATION |
| | ) | HEARINGS AND M.M.'S MOTION TO |
| Debtor. | ) | OPEN ESTIMATION PROCEEDINGS |
| | ) | |

The Oregonian Publishing Company has filed a motion to intervene and to allow public access to the estimation hearings that will proceed in District Court (Docket #4693); claimant M.M. has filed a motion to open the estimation proceedings (Docket #4668).  In light of the Order of Procedure, entered this date (Docket #4721), providing that the estimation proceedings will be held in open court,

IT IS HEREBY ORDERED that the above-referenced motions are DENIED as moot.

### ###

cc:  Charles F. Hinkle
     Kelly Clark

Page 1 -  ORDER RE OREGONIAN'S MOTION TO INTERVENE AND OPEN ESTIMATION
          HEARINGS AND M.M.'S MOTION TO OPEN ESTIMATION PROCEEDINGS

1    David Slader
     Thomas Dulcich
2    Thomas Stilley
     Albert Kennedy
3    David Foraker

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26