NDT (1/4/05) rdl

**UNITED STATES BANKRUPTCY COURT**
**District of Oregon**

U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
**F I L E D**

March 22, 2007

Clerk, U.S. Bankruptcy Court

BY **rdl** DEPUTY

In re
**Roman Catholic Archbishop of Portland OR**
*Other names used by debtor:* Archdiocese of Portland in Oregon, Archbishop of Portland in Oregon
Debtor(s)

)
)
)
)
)
)
)
)

Case No.  **04–37154–elp11**

NOTICE OF TRANSFER
TO US DISTRICT COURT

The following documents were transferred to the US District Court on the "filed" date shown above:

**A copy of the docket sheet.**

**Certified Copies of:**

**– Debtor's Memorandum in Support of Estimation of Claim for All Purposes re Joan Doe (Claimant 311) (Document #4847).**

**– Oregonian Publishing Company's Motion to intervene and for Order Allowing Public Access to Documents Filed Under Seal (Document #4848).**

**– Memorandum in Support of Oregonian Publishing Company's Motion to intervene and for Order Allowing Public Access to Documents Filed Under Seal (Document #4849).**

**PLEASE FORWARD TO JUDGE JONES**

Clerk, U.S. Bankruptcy Court