Below is an Order of the Court.

_____
ELIZABETH PERRIS
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re: | No. 04-37154-elp11 |
|---|---|
| ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>Debtor. | **ORDER LIFTING PROTECTIVE ORDER, LIFTING THE SEAL ON FILED DOCUMENTS, AND AUTHORIZING THE RELEASE OF DEPOSITION TRANSCRIPTS AND EXHIBITS** |

This matter came before court September 30, 2008 and May 20, 2009, for a

hearing on Various Tort Claimants' "Motion to Unseal Docket Nos. 4765 and 4766"

(Docket #5581); "Reorganized Debtor's * * * Motion to Preserve Confidentiality"

(Docket #5583), which was joined by Mt. Angel Abbey (Docket #5585), the Franciscan

Friars (Docket #5588), Defendant Smith (Docket #5591); Mr. H's "Motion to Restrict

Page 1 of 4  ORDER LIFTING PROTECTIVE ORDER, LIFTING THE SEALING ON FILED DOCUMENTS, AND AUTHORIZING THE RELEASE OF DEPOSITION TRANSCRIPTS AND EXHIBITS

**Law Office of Erin Olson, P.C.**
2014 N.E. Broadway Street
Portland, OR 97232-1511
Phone (503) 546-3150 Fax (503) 548-4435
E-mail: eolson@erinolsonlaw.com

Public Access to Confidential Documents" (Docket #5593); Fr. MM's Opposition to Motion to Unseal Docket Nos. 4765 and 4766 (Docket #5637); and Fr. M's "Motion to Prevent Disclosure of Confidential Documents * * *" (Docket #5596).

Various Tort Claimants were represented in this matter by Erin K. Olson; Reorganized Debtor was represented by Margaret Hoffmann; Fr. Bucher was represented by Richard Whittemore; Mr. H and Thomas Laughlin were represented by Karen O'Kasey; Fr. MM and Defendant Smith were represented by Timothy Daly Smith; Frs. B, J, S, T, W, and the Ps were represented by Robert Sinnott and Thomas E. Cooney; and Frs. D and M were represented by Michael Merchant.

Having considered the written and oral argument of counsel and the record in this case, now therefore, for the reasons set out in the Memorandum Opinion (Docket # 5742) entered on the docket June 24, 2009, **IT IS HEREBY ORDERED:**

    1.    The protective order is lifted as to those documents listed on <u>Exhibit A</u> to Docket #5742 (currently filed under seal), subject to redactions described thereon and in the Memorandum Opinion. <u>Exhibit A</u> will be unsealed upon the expiration of the stay described in paragraph 6 unless the court continues the seal of all or part of <u>Exhibit A</u> at the request of an appealing party;

    2.    The protective order is continued for documents relating to those persons listed on <u>Exhibit B</u> to Docket #5742, which is to remain under seal;

Page 2 of 4   ORDER LIFTING PROTECTIVE ORDER, LIFTING THE SEALING ON FILED DOCUMENTS, AND AUTHORIZING THE RELEASE OF DEPOSITION TRANSCRIPTS AND EXHIBITS

<u>**Law Office of Erin Olson, P.C.**</u>
2014 N.E. Broadway Street
Portland, OR 97232-1511
Phone (503) 546-3150  Fax (503) 548-4435
E-mail: eolson@erinolsonlaw.com

Case 04-37154-tmb11    Doc 5744    Filed 07/13/09

3. Docket #s 4765 and 4766 shall be redacted in accordance with the Memorandum Opinion, and refiled unsealed in their redacted form in accordance with the procedures of this court;

4. The deposition transcripts of Thomas Laughlin, Archbishop Levada, Auxiliary Bishop Steiner, Fr. Leinert, and Fr. Peri, and the exhibits used in those depositions, may be released after they are redacted in accordance with the Memorandum Opinion;

5. The unsealing and release of documents and deposition transcript pertaining to Frs. B and Laughlin that are otherwise authorized by this Order are stayed until the entry of final judgments, or other final disposition as described in the Memorandum Opinion, in Case Nos. CV-08-068-PK, CV-08-250-PK, and CV-08-251-PK, presently pending in the United States District Court for the District of Oregon.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 3 of 4 ORDER LIFTING PROTECTIVE ORDER, LIFTING THE SEALING ON FILED DOCUMENTS, AND AUTHORIZING THE RELEASE OF DEPOSITION TRANSCRIPTS AND EXHIBITS

**Law Office of Erin Olson, P.C.**
2014 N.E. Broadway Street
Portland, OR 97232-1511
Phone (503) 546-3150 Fax (503) 548-4435
E-mail: eolson@erinolsonlaw.com

Case 04-37154-tmb11    Doc 5744    Filed 07/13/09

6. The lifting of the protective order, lifting of the seal on the filed documents and refiling in redacted form unsealed, and release of deposition transcripts and exhibits authorized by this Order are stayed for 30 days after entry of this Order.

###

Presented by:

/s/ Erin K. Olson_____
Erin K. Olson, OSB 934776
Attorney for Various Tort Claimants
Law Office of Erin Olson, P.C.
2014 N.E. Broadway Street
Portland, OR 97232-1511
Ph: (503) 546-3150
Fax: (503) 548-4435
E-mail: eolson@erinolsonlaw.com

| | |
|---|---|
| c (via U.S. Mail): | Thomas E. Cooney<br>Cooney & Crew LLP<br>4949 Meadows Rd Ste 460<br>Lake Oswego OR 97035 |
| c (via ECF): | Margaret Hoffmann<br>Michael B. Merchant<br>Karen O'Kasey<br>Richard J Whittemore<br>Timothy Daly Smith |

Page 4 of 4   ORDER LIFTING PROTECTIVE ORDER, LIFTING THE SEALING ON FILED DOCUMENTS, AND AUTHORIZING THE RELEASE OF DEPOSITION TRANSCRIPTS AND EXHIBITS

**Law Office of Erin Olson, P.C.**
2014 N.E. Broadway Street
Portland, OR 97232-1511
Phone (503) 546-3150  Fax (503) 548-4435
E-mail: eolson@erinolsonlaw.com

Case 04-37154-tmb11    Doc 5744    Filed 07/13/09