1

2

3

4

5

6

7

8

9                     UNITED STATES BANKRUPTCY COURT

10                    FOR THE DISTRICT OF OREGON

11    In Re:                          )    Bankruptcy Case
                                      )    No. 04-37154-elp11
12    ROMAN CATHOLIC ARCHBISHOP OF    )
      PORTLAND IN OREGON, AND SUCCESSORS, )
13    A CORPORATION SOLE, dba the     )    EXHIBIT A TO DOCKET NO. 5742
      ARCHDIOCESE OF PORTLAND IN OREGON, )  (REDACTED)
14                                    )
                        Debtor.       )
15    _____)

16        The 30-day stay provided for in the July 13, 2009 Order Lifting

17   Protective Order, Lifting the Seal on Filed Documents, and Authorizing

18   the Release of Deposition Transcripts and Exhibits has expired.   Two

19   priests have appealed, and the court has entered a stay pending appeal

20   for documents and references relating to them.   The names of the

21   appealing priests have been redacted from Exhibit A to the Memorandum

22   Opinion, which was filed under seal on June 24, 2009 (Docket No. 5742).

23   Because the 30-day stay has expired, Exhibit A as redacted is unsealed.

24   ////

25   ////

26   ////

Page 1 -   EXHIBIT A TO DOCKET NO. 5742 (REDACTED)

1  Attached is the unsealed redacted Exhibit A to the Memorandum Opinion,
2  Docket No. 5742.

3                              ###

4

5  cc:   Michael Merchant
          Erin Olson
6        Margaret Hoffmann
          Thomas E. Cooney
7        Timothy Daly Smith
          Richard J. Whittemore
8        Karen O'Kasey

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -   EXHIBIT A TO DOCKET NO. 5742 (REDACTED)

04-37154

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Arata, Henri Joseph | Arch 001 - 002 | Release - redact family information and addresses |
| Arata, Henri Joseph | Arch 106 Arata | Release - redact family information and addresses |
| Baccellieri, Joseph Anthony | Baccellieri 15001 | Release - redact social security number and family information and addresses |
| Baccellieri, Joseph Anthony | Baccellieri 15005 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15009 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15013 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15014 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15018 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15021 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15022 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15024 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15026 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15029 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15037 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15038 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15054 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15055 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15057 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15059 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15061 | No release |
| Baccellieri, Joseph Anthony | Baccellieri 15062 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15063 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15065 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15068 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15069 - 15070 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15071 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15087 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15088 - 15089 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15218 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15219 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15224 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15234 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15235 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15239 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15246 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15247 | Release |
| Baccellieri, Joseph Anthony | Baccellieri 15257 | Release - redact social security number |
| Baccellieri, Joseph Anthony | Baccellieri 15258 - 15260 | Release |
| Baccellieri, Joseph Anthony | Arch 0003 Baccellieri | Release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Baccellieri, Joseph Anthony | Arch 0004 - 0005 Baccellieri | Release |
| Baccellieri, Joseph Anthony | Arch 0007 Baccellieri | Release |
| Baccellieri, Joseph Anthony | Arch 0008 Baccellieri | Release |
| Baccellieri, Joseph Anthony | Arch 0039 Baccellieri | Release |
| Baccellieri, Joseph Anthony | Arch 0054 Baccellieri | Withdrawn |
| Bucher, Mel Robert | Bucher 0001 - 0002 | Release - redact family information and addresses |
| Bucher, Mel Robert | None | Release |
| Bucher, Mel Robert | Bucher 0029 | Release |
| Bucher, Mel Robert | Bucher 0032 | Release |
| Dougherty, Martin W. | Arch 076 - 078 Doherty | Release - redact family information and addresses |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| Ghilardi, Massimo P. | Ghilardi 3001 - 3002 | Release - redact family information and addresses |
| Ghilardi, Massimo P. | Ghilardi 3164 | Release |
| Ghilardi, Massimo P. | Ghilardi 3165 - 3167 | Release |
| Ghilardi, Massimo P. | Ghilardi 3168 | Release |
| Ghilardi, Massimo P. | Ghilardi 3169 - 3170 | Release |
| Goodrich, John Maloy | Goodrich 16001 - 16002 | Release - already released |
| Goodrich, John Maloy | Goodrich 16016 | Release |
| Goodrich, John Maloy | Goodrich 16129 | Release |
| Goodrich, John Maloy | Goodrich 16162 | Release |
| Goodrich, John Maloy | Goodrich 16163 | Release |
| Goodrich, John Maloy | Goodrich 16164 | Release |
| Goodrich, John Maloy | Goodrich 16187 - 16188 | Release |
| Goodrich, John Maloy | Goodrich 16196 | Release |
| Goodrich, John Maloy | Goodrich 16204 -16205 | Release |
| Goodrich, John Maloy | Goodrich 16225 | Release |
| Goodrich, John Maloy | Goodrich 16226 | Release |
| Goodrich, John Maloy | Goodrich 16273 | Release |
| Goodrich, John Maloy | Goodrich 16285 - 16287 | Release |
| Goodrich, John Maloy | Goodrich 16326 | Release |
| Goodrich, John Maloy | Goodrich 16328 | Release |
| Goodrich, John Maloy | Goodrich 16329 - 16330 | Release |
| Goodrich, John Maloy | Goodrich 16331 | Release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|--------|---------|-------------|
| Goodrich, John Maloy | Goodrich 16332 | Release |
| Grammond, Maurice | None | Release |
| Jacobson, Gary | Jacobson 4005 | Release |
| Jacobson, Gary | Jacobson 4326 | Release |
| Jacobson, Gary | Jacobson 4308 | No release |
| Jacobson, Gary | Jacobson 4338 | Release |
| Jacobson, Gary | Jacobson 4339 | No release |
| Jacobson, Gary | Jacobson 4340 | Release |
| Jacobson, Gary | Jacobson 4355 | Release |
| Jacobson, Gary | Jacobson 4356 | No release |
| Jacobson, Gary | Jacobson 4397 - 4398 | Release - redact family information and addresses |
| Jacobson, Gary | Jacobson 4431 | Release |
| Jacobson, Gary | Jacobson 4472 | Release |
| Jacobson, Gary | Jacobson 4474 | No release |
| Jacobson, Gary | Jacobson 4484 | No release |
| Jacobson, Gary | Jacobson 4485 - 4488 | No release |
| Jacobson, Gary | Jacobson 4489 | Release |
| Jacobson, Gary | Jacobson 4490 - 4491 | Release |
| Jacobson, Gary | Jacobson 4495 - 4496 | No release |
| Jacobson, Gary | Jacobson 4497 | No release |
| Jacobson, Gary | Jacobson 4515 - 4516 | Release - redact victim name in paragraph (g) |
| Jacobson, Gary | Jacobson 4517 | No release |
| Jacobson, Gary | Jacobson 4547 | No release |
| Jacobson, Gary | Jacobson 4559 | No release |
| Jacobson, Gary | Jacobson 4560 - 4561 | No release |
| Jacobson, Gary | Jacobson 4564 - 4565 | No release |
| Jacobson, Gary | Jacobson 4566 | No release |
| Jacobson, Gary | Jacobson 4581 - 4582 | Release |
| Jacobson, Gary | Jacobson 4583 | Release |
| Jacobson, Gary | Jacobson 4648 - 4649 | Release |
| Jacobson, Gary | Jacobson 4652 | No release |
| Jacobson, Gary | Jacobson 4653 | No release |
| Jacobson, Gary | Jacobson 4654 | No release |
| Jacobson, Gary | Jacobson 4657 | No release |
| Jacobson, Gary | Jacobson 4659 | No release |
| Jacobson, Gary | Jacobson 4663 | No release |
| Jacobson, Gary | Jacobson 4676 | No release |
| Jacobson, Gary | Jacobson 4680 | Release |
| Jacobson, Gary | Jacobson 4855 - 4856 | Release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Larkin, John Edward | Arch 001 - 002 Larkin | Release - redact family information and addresses |
| Larkin, John Edward | Arch 078 Larkin | Release - redact family information and addresses |
| Larkin, John Edward | Arch 0002 - 0011 McCray | Release - redact all except "My Work History" and "My Health" |
| McCray, Gerald | Arch 0012 - 0013 McCray | No release - privileged |
| McCray, Gerald | Arch 0014 McCray | Release - redact first paragraph |
| McCray, Gerald | Arch 0015 McCray | No release - privileged |
| McCray, Gerald | Arch 0017 McCray | Release |
| McCray, Gerald | Arch 0018 McCray | No release - privileged |
| McCray, Gerald | Arch 0019 - 0021 McCray | Release |
| McCray, Gerald | Arch 0022 - 0023 McCray | No release - privileged |
| McCray, Gerald | Arch 0024 McCray | Release - redact last 2 sentences of second paragraph |
| McCray, Gerald | Arch 0025 - 0026 McCray | Release - redact first and second paragraphs; 4th and 5th sentences of third paragraph; second to last paragraph |
| McCray, Gerald | Arch 0027 - 0030 McCray | No release - privileged |
| McCray, Gerald | Arch 0044 McCray | Release |
| McCray, Gerald | Arch 0045 - 0049 McCray | Release - redact all text except second to last paragraph of document |
| McCray, Gerald | Arch 0054 McCray | Release |
| McCray, Gerald | Arch 0055 - 0057 McCray | No release of 0055 - privileged; Release 0056 and 0057 |
| McCray, Gerald | Arch 0059 McCray | Release |
| McCray, Gerald | Arch 0064 McCray | No release - privileged |
| McCray, Gerald | Arch 0065 - 0070 McCray (page 4 missing) | No release - privileged |
| McCray, Gerald | Arch 0073 - 0074 McCray | No release - privileged |
| McCray, Gerald | Arch 0075 McCray | Release |
| McCray, Gerald | Arch 0076 - 0077 McCray | Release |
| McCray, Gerald | Arch 0078 McCray | Release |
| McCray, Gerald | Arch 0079 - 0080 McCray | Release |
| McCray, Gerald | Arch 0081 McCray | Release |
| McCray, Gerald | Arch 0082 McCray | Release |
| McCray, Gerald | Arch 0083 McCray | Release |
| McCray, Gerald | Arch 0084 McCray | Release |
| McCray, Gerald | Arch 0089 McCray | Release |
| McCray, Gerald | McCray 14001 - 14002 | Release - redact family information and addresses |
| McCray, Gerald | McCray 14003 | Release |
| McCray, Gerald | McCray 14004 - 14005 | Release |
| McCray, Gerald | McCray 14006 | Release |
| McCray, Gerald | McCray 14007 - 14013 | Release |
| McCray, Gerald | McCray 14016 | Release |
| McCray, Gerald | McCray 14021 | No release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| McCray, Gerald | McCray 14022 | Release |
| McCray, Gerald | McCray 14023 | No release |
| McCray, Gerald | McCray 14024 | No release |
| McCray, Gerald | McCray 14027 | Release |
| McCray, Gerald | McCray 14029 | No release |
| McCray, Gerald | McCray 14032 | Release |
| McCray, Gerald | McCray 14033 | No release |
| McCray, Gerald | McCray 14047 | Release |
| McCray, Gerald | McCray 14220 | No release |
| McCray, Gerald | McCray 14226 | Release |
| McCray, Gerald | McCray 14229 | No release |
| McCray, Gerald | McCray 14233 | No release |
| McCray, Gerald | McCray 14255 - 14256 | Release |
| McCray, Gerald | McCray 14266 - 14268 | Release |
| McCray, Gerald | McCray 14215 | No release |
| McCray, Gerald | McCray 14217 | No release |
| McKean, Louis | ARCH-MCK 0005 | No release |
| McKean, Louis | ARCH-MCK 0006 | No release |
| McKean, Louis | ARCH-MCK 0007 | No release |
| McKean, Louis | ARCH-MCK 0008 | No release |
| McKean, Louis | ARCH-MCK 0011 | No release |
| McKean, Louis | ARCH-MCK 0013 - 0014 | No release |
| McKean, Louis | ARCH-MCK 0019 | No release |
| McKean, Louis | ARCH-MCK 0024 | No release |
| McKean, Louis | ARCH-MCK 0025 - 0028 | No release |
| McKean, Louis | ARCH-MCK 0032 - 0033 | No release |
| McKean, Louis | ARCH-MCK 0034 - 0035 | No release |
| McKean, Louis | ARCH-MCK 0071 | Release |
| McKean, Louis | ARCH-MCK 0128 - 0129 | Release - redact family information and addresses |
| McKean, Louis | ARCH-MCK 0164 - 0165 | Release - redact name of accuser (pp. 4:14 and 47:23) |
| McKean, Louis | None | Release - redact family information and addresses |
| McKean, Louis | ARCH-MCK 0047 | No release |
| McKean, Louis | ARCH-MCK 0075 - 0076 | No release |
| McKean, Louis | ARCH-MCK 0077 | No release |
| McKean, Louis | ARCH-MCK 0092 - 0093 | No release |
| McKean, Louis | ARCH-MCK 0118 | No release |
| McKean, Louis | ARCH-MCK 0132 | No release |
| McKean, Louis | ARCH-MCK 0133 | Release |
| McKean, Louis | ARCH-MCK 0135 | No release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| McKean, Louis | ARCH-MCK 0137 - 0142 | No release |
| McKean, Louis | ARCH-MCK 0143 | Release |
| McKean, Louis | ARCH-MCK 0002 - 0003 | No release |
| McKean, Louis | ARCH-MCK 0009 - 0010 | No release |
| McKean, Louis | ARCH-MCK 0015 - 0017 | No release |
| McKean, Louis | ARCH-MCK 0020 - 0021 | No release |
| McKean, Louis | ARCH-MCK 0022 - 0023 | No release |
| McKean, Louis | None (pictures) | No release |
| McKean, Louis | None (pictures) | No release |
| Mikulich, Joseph | Mikulich 6001 | Release - redact family information and addresses |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| REDACTED | REDACTED | REDACTED |
| Neumann, Bernard | Arch 001 Neumann | Release |
| O'Doherty, Aloysius A. | Arch 002 - 003 Fr. O'Doherty | Release - redact family information and addresses |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| O'Doherty, Aloysius A. | Arch 004 Fr. O'Doherty | Release - redact family information and addresses |
| O'Doherty, Aloysius A. | Arch 051 - 052 Fr. O'Doherty | Release - redact family information and addresses |
| O'Doherty, Aloysius A. | OFLYNN 8130 | Release |
| OFlynn, James P. | OFLYNN 8133 | Release |
| OFlynn, James P. | OFLYNN 8134 - 8135 | Release |
| OFlynn, James P. | OFLYNN 8196 - 8197 | Release |
| OFlynn, James P. | Arch 003 Fr. Raleigh | Release - redact family information and addresses |
| Raleigh, Michael J. | Arch 001 Mitts | Release |
| Rudin, Remy | Arch 006 Mitts | Release - redact family information and addresses |
| Rudin, Remy | Arch 011 Mitts | Release |
| Rudin, Remy | Senko 9044 | Release |
| Senko, Martin | Senko 9045 | Release |
| Senko, Martin | Senko 9045 | Release |
| Senko, Martin | Senko 9055 | Release |
| Senko, Martin | Senko 9056 - 9057 | Release |
| Senko, Martin | Senko 9064 - 9065 | Release |
| Senko, Martin | Senko 9066 | Release |
| Senko, Martin | Senko 9075 | Release |
| Senko, Martin | Senko 9076 | Release |
| Senko, Martin | Senko 9079 | Release |
| Senko, Martin | Senko 9112 - 9113 | Release |
| Senko, Martin | Senko 9114 | Release |
| Senko, Martin | Senko 9295 | Release |
| Senko, Martin | Senko 9299 | Release |
| Senko, Martin | Smith 10001 - 10002 | Release - redact family information and addresses |
| Smith, Anthony Joseph | Smith 10011 | Release |
| Smith, Anthony Joseph | Smith 10014 | Release |
| Smith, Anthony Joseph | Smith 10016 | Release |
| Smith, Anthony Joseph | Smith 10017 - 10018 | Release |
| Smith, Anthony Joseph | Smith 10020 | Release |
| Smith, Anthony Joseph | Smith 10022 | Release |
| Smith, Anthony Joseph | Sprauer 12001 | Release |
| Sprauer, Michael W. | Sprauer 12009 - 12010 | Release - redact family information and addresses; social security number on 12009 |
| Sprauer, Michael W. | Arch 014 - 015 Sullivan | Release - redact family information and addresses |
| Sullivan, Gregory L. | Susbauer 17002 | Release - redact family information and addresses |
| Susbauer, Michael | Susbauer 17114 | Release |
| Susbauer, Michael | Susbauer 17131 - 17132 | Release |
| Susbauer, Michael | Arch 001 - 002 Fr. Thatcher | Release - redact family information and addresses |
| Thatcher, John R. | Arch 003 - 004 Fr. Thatcher | Release |
| Thatcher, John R. | | |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Thatcher, John R. | Arch 005 Fr. Thatcher | Release |
| Thatcher, John R. | Arch 007 Fr. Thatcher | Release |
| Thielen, Martin H. | Arch 005 - 006 Thielen | Release - redact family information and addresses; social security number on 005 |
| Thielen, Martin H. | Arch 235 Thielen | Release - redact family information and addresses |
| Warren, Ronald J. | Warren 13004 | Release |
| Warren, Ronald J. | Warren 13136 | Release - redact family information and addresses |
| Laughlin, Thomas | Arch 0320 - 0323 Laughlin | Release |
| Laughlin, Thomas | Arch 0010 - 0011 Laughlin | Release |
| Laughlin, Thomas | Arch 0012 - 0019 Laughlin | Release |
| Laughlin, Thomas | Arch 0020 - 0021 Laughlin | Release |
| Laughlin, Thomas | Arch 0022 - 0024 Laughlin | Release |
| Laughlin, Thomas | Arch 0025 - 0026 Laughlin | Release |
| Laughlin, Thomas | Arch 0769 - 0771 Laughlin | Release |
| Laughlin, Thomas | Arch 0027 Laughlin | Release |
| Laughlin, Thomas | Arch 0028 - 0029 Laughlin | Release |
| Laughlin, Thomas | Arch 0750 Laughlin | Release |
| Laughlin, Thomas | Arch 0753 - 0756 Laughlin | Release |
| Laughlin, Thomas | Arch 0030 - 0032 Laughlin | Release |
| Laughlin, Thomas | Arch 0033 Laughlin | Release |
| Laughlin, Thomas | Arch 0034 Laughlin | Release |
| Laughlin, Thomas | Arch 1066 Laughlin | Release |
| Laughlin, Thomas | Arch 0902 Laughlin | Release |
| Laughlin, Thomas | Arch 0901 Laughlin | Release |
| Laughlin, Thomas | Arch 0036 - 0038 Laughlin | Release |
| Laughlin, Thomas | Arch 0039 Laughlin | Release |
| Laughlin, Thomas | Arch 0040 Laughlin | Release |
| Laughlin, Thomas | Arch 0041 Laughlin | Release |
| Laughlin, Thomas | Arch 0042 - 0043 Laughlin | Release |
| Laughlin, Thomas | Arch 0591 Laughlin | Release |
| Laughlin, Thomas | Arch 0096 Laughlin | Release |
| Laughlin, Thomas | Arch 0093 Laughlin | Release |
| Laughlin, Thomas | Arch 0094 - 0095 Laughlin | Release |
| Laughlin, Thomas | Arch 0701 - 0702 Laughlin | Release |
| Laughlin, Thomas | Arch 0542 Laughlin | Release |
| Laughlin, Thomas | Arch 0757 - 0758 Laughlin | Release - redact victims' names on 0758 |
| Laughlin, Thomas | Arch 0813 Laughlin | Release |
| Laughlin, Thomas | Arch 0134 Laughlin | Release |
| Laughlin, Thomas | Arch 1089 Laughlin | Release |
| Laughlin, Thomas | Arch 0759 - 0760 Laughlin | Release |

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Laughlin, Thomas | Arch 0723 Laughlin | Release |
| Laughlin, Thomas | Arch 1052 Laughlin | Release |
| Laughlin, Thomas | Arch 1050 Laughlin | Release |
| Laughlin, Thomas | Arch 1057 - 1059 Laughlin | Release |
| Laughlin, Thomas | Arch 1051 Laughlin | Release |
| Laughlin, Thomas | Arch 1060 Laughlin | Release |
| Laughlin, Thomas | Arch 1053 - 1055 Laughlin | Release |
| Laughlin, Thomas | Arch 1025 - 1027 Laughlin | Release |
| Laughlin, Thomas | Arch 1033 - 1035 Laughlin | Release - redact A-E & G in paragraph II |
| Laughlin, Thomas | Arch 1016 Laughlin | Release |
| Laughlin, Thomas | Arch 1030 - 1031 Laughlin | Release |
| Laughlin, Thomas | Arch 1017 - 1022 Laughlin | Release |
| Laughlin, Thomas | Arch 1048 - 1049 Laughlin | Release |
| Laughlin, Thomas | Arch 1023 - 1024 Laughlin | Release |
| Laughlin, Thomas | Arch 1005 Laughlin (erroneously listed on Olson's chart as Arch 1025) | Release - redact Laughlin's address |
| Laughlin, Thomas | Arch 1009 - 1010 Laughlin | Release |
| Laughlin, Thomas | Arch 0055 - 0057 Laughlin | Release |
| Laughlin, Thomas | Arch 0058 - Laughlin | Missing |
| Laughlin, Thomas | Arch 0062 - 0063 Laughlin | Release |
| Laughlin, Thomas | Arch 0066 - 0067 Laughlin | Release |
| Laughlin, Thomas | Arch 0068 - 0073 Laughlin | Release |
| Laughlin, Thomas | Arch 0074 -0077 Laughlin | Release |
| Laughlin, Thomas | Arch 0078 - 0079 Laughlin | Release |
| Laughlin, Thomas | Arch 0080 - 0081 Laughlin | Release |
| Laughlin, Thomas | Arch 0097 - 0098 Laughlin | Release |
| Laughlin, Thomas | Arch 0091 - 0092 Laughlin | Release |
| Laughlin, Thomas | Arch 0083 - 0090 Laughlin | Release |
| Laughlin, Thomas | Arch 0082 Laughlin | Release |
| Laughlin, Thomas | Arch 0114 - 0115 Laughlin | Release |
| Laughlin, Thomas | Arch 0122 - 0127 Laughlin | Release |
| Laughlin, Thomas | Arch 0120 Laughlin | Release |
| Laughlin, Thomas | Arch 0132 - 0133 Laughlin | Release |
| Laughlin, Thomas | Arch 0128 - 0131 Laughlin | Release |
| Laughlin, Thomas | Arch 0135 - 0136 Laughlin | Release |
| Laughlin, Thomas | Arch 0137 - 0138 Laughlin | Release |
| Laughlin, Thomas | Arch 0139 Laughlin | Release |
| Laughlin, Thomas | Arch 0810 Laughlin | Release |
| Laughlin, Thomas | Arch 1041 Laughlin | Release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Laughlin, Thomas | Arch 0995 Laughlin | Release |
| Laughlin, Thomas | Arch 0996 Laughlin | Release |
| Laughlin, Thomas | Arch 0999 - 1000 Laughlin | Release |
| Laughlin, Thomas | Arch 1014 Laughlin | Release |
| Laughlin, Thomas | Arch 1015 Laughlin | Release |
| Laughlin, Thomas | Arch 0997 Laughlin | Release - redact Laughlin's address |
| Laughlin, Thomas | Arch 0993 Laughlin | Release - redact Laughlin's address |
| Laughlin, Thomas | Arch 0994 Laughlin | Release |
| Laughlin, Thomas | Arch 1011 - 1013 Laughlin | Release |
| Laughlin, Thomas | Arch 1004 Laughlin | Release |
| Laughlin, Thomas | Arch 1236 Laughlin | Release - redact family information and addresses |
| Laughlin, Thomas | Arch 1068 - 1069 Laughlin | Release - redact family information and addresses |
| Laughlin, Thomas | Arch 1120 - 1123 Laughlin | Release |
| Laughlin, Thomas | Arch 0049 Laughlin | Release |
| Laughlin, Thomas | Arch 0048 Laughlin | Release |
| Laughlin, Thomas | Arch 0050 Laughlin | Release |
| Laughlin, Thomas | Arch 0051 Laughlin | Release |
| Laughlin, Thomas | Arch 0052 Laughlin | Release |
| Laughlin, Thomas | Arch 0053 Laughlin | Release |
| Laughlin, Thomas | Arch 1099 - 1100 Laughlin | Release |
| Laughlin, Thomas | Arch 1087 - 1088 Laughlin | Release |
| Laughlin, Thomas | Arch 0004 Laughlin | Release |
| Laughlin, Thomas | Arch 0751 Laughlin | Release |
| Laughlin, Thomas | Arch 0752 Laughlin | Release |
| Laughlin, Thomas | Arch 0887 Laughlin | Release |
| Laughlin, Thomas | Arch 0890 Laughlin | Release |
| Laughlin, Thomas | Arch 0891 - 0892 Laughlin | Release |
| Laughlin, Thomas | Arch 0894 Laughlin | Release |
| Laughlin, Thomas | Arch 0895 Laughlin | Release |
| Laughlin, Thomas | Arch 0899 Laughlin | Release |
| Laughlin, Thomas | Arch 0910 Laughlin | Release |
| Laughlin, Thomas | Arch 0909 Laughlin | Release |
| Laughlin, Thomas | Arch 0913 Laughlin | Release |
| Laughlin, Thomas | Arch 0153 Laughlin | Release |
| Laughlin, Thomas | Arch 0228 Laughlin | Release |
| Laughlin, Thomas | Arch 0483 Laughlin | Release |
| Laughlin, Thomas | Arch 0484 Laughlin | Release |
| Laughlin, Thomas | Arch 1007 - 1008 Laughlin | Release |
| Laughlin, Thomas | Arch 1002 - 1003 Laughlin | Release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Laughlin, Thomas | Arch 0820 Laughlin | Release |
| Laughlin, Thomas | Arch 0493 Laughlin | Release |
| Laughlin, Thomas | Arch 0494 Laughlin | Release |
| Laughlin, Thomas | Arch 0495 - 0497 Laughlin | |
| Laughlin, Thomas | Arch 0510 - 0529 Laughlin - p. 528 missing | Release |
| Laughlin, Thomas | Arch 1553 Laughlin | Release - redact family information and addresses |
| Laughlin, Thomas | Arch 0919 - 0943 Laughlin | Release |
| Laughlin, Thomas | Arch 0945 - 0951 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0952 - 0956 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0957 - 0959 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0960 - 0961 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0962 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0981 - 0984 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0986 - 0992 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0964 - 0968 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | Arch 0976 - 0979 Laughlin | Release - redact names of victims and family members |
| Laughlin, Thomas | None | Release |
| Laughlin, Thomas | Arch 0871 - 0877 Laughlin | Release |
| Laughlin, Thomas | Arch 0917 Laughlin | Release |
| Laughlin, Thomas | Arch 0926 Laughlin - Correct No. 0626 | |
| Laughlin, Thomas | Arch 0637 - 0640 Laughlin | Release |
| Laughlin, Thomas | Arch 0641 Laughlin | Release |
| Laughlin, Thomas | Arch 0645 - 0647 Laughlin | Release |
| Laughlin, Thomas | Arch 0686 Laughlin | Release |
| Laughlin, Thomas | Arch 0687 - 0689 Laughlin | Release |
| Laughlin, Thomas | Arch 0045 Laughlin | Release |
| Laughlin, Thomas | Arch 0046 - 0047 Laughlin | Release |
| Laughlin, Thomas | Arch 0537 - 0538 Laughlin | Release |
| Laughlin, Thomas | Arch 0618 - 0619 Laughlin | Release |
| Laughlin, Thomas | Arch 0620 Laughlin | Release |
| Laughlin, Thomas | Arch 0621 Laughlin | Release |
| Laughlin, Thomas | Arch 0622 Laughlin | Release |
| Laughlin, Thomas | Arch 0632 - 0633 Laughlin | Release |
| Laughlin, Thomas | Arch 0652 - 0653 Laughlin | Release |
| Laughlin, Thomas | Arch 0655 - 0656 Laughlin | Release |
| Laughlin, Thomas | Arch 0672 - 0674 laughlin | Release |
| Laughlin, Thomas | Arch 0675 Laughlin | Release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | DISPOSITION |
|---|---|---|
| Laughlin, Thomas | Arch 0684 - 0685 Laughlin | Release |
| Laughlin, Thomas | Arch 0700 Laughlin | Release |
| Laughlin, Thomas | Arch 0722 Laughlin | Release |
| Laughlin, Thomas | Arch 0536 Laughlin | Release |
| Laughlin, Thomas | Arch 0704 - 0705 Laughlin | Release |
| Laughlin, Thomas | Arch 0191 Laughlin | Release |
| Laughlin, Thomas | Arch 0001 - 0003 Laughlin | Release |
| Laughlin, Thomas | Arch 0822 Laughlin | Release |
| Laughlin, Thomas | Arch 0841 - 0843 Laughlin | Release |
| Laughlin, Thomas | Arch 0860 - 0861 Laughlin | Release |
| Laughlin, Thomas | Arch 0862 Laughlin | Release |
| Laughlin, Thomas | Arch 0865 - 0866 Laughlin | Release |
| Laughlin, Thomas | Arch 0571 - 0573 Laughlin | Release |
| Laughlin, Thomas | Arch 0433 - 0435 Laughlin | Release |
| Laughlin, Thomas | Arch 0385 - 0387 Laughlin | Release |
| Laughlin, Thomas | Arch 1923 - 1927 Laughlin | Release - redact possible victim's name third and fourth lines from bottom of Arch 1924 |
| Laughlin, Thomas | Arch 1933 Laughlin | Release |
| Laughlin, Thomas | Arch 1938 Laughlin | Release |
| Laughlin, Thomas | Arch 1954 Laughlin | Release |
| Laughlin, Thomas | Arch 1955 Laughlin | Release |
| Laughlin, Thomas | Arch 1957 Laughlin | Release |
| Laughlin, Thomas | Arch 1961 Laughlin | Release |
| Laughlin, Thomas | Arch 1963 - 1965 Laughlin | Release |
| Laughlin, Thomas | Arch 1966 Laughlin | Release |
| Laughlin, Thomas | Arch 1991 Laughlin | Release |
| Laughlin, Thomas | Arch 1992 Laughlin | Release |
| Laughlin, Thomas | Arch 2290 Laughlin | Release |
| Laughlin, Thomas | Arch 2592 - 2593 Laughlin | Release |
| Laughlin, Thomas | Arch 2594 Laughlin | Release |
| Laughlin, Thomas | None (Partial release in Punitive Damages Estimation Docs - Exhibit 14) | Release |
| Laughlin, Thomas | Arch 1504 - 1517 Laughlin | No release |
| Laughlin, Thomas | Arch 1518 - 1520 Laughlin | Release |
| Laughlin, Thomas | Arch 1521 - 1522 Laughlin | Release |
| Laughlin, Thomas | Arch 1523 - 1524 Laughlin | Release |
| Laughlin, Thomas | Arch 1525 - 1526 Laughlin | Release |
| Laughlin, Thomas | Arch 1527 Laughlin | Release |
| Laughlin, Thomas | Arch 1528 Laughlin | Release |

EXHIBIT A - Clergy Personnel File Docs

EXHIBIT A - DOCUMENTS FROM CLERGY PERSONNEL FILES SUBJECT TO 2005 PROTECTIVE ORDER THAT WERE NOTICED FOR RELEASE

| PRIEST | BATES # | | DISPOSITION |
|---|---|---|---|
| Laughlin, Thomas | Arch 1529 Laughlin | Release | |
| Laughlin, Thomas | Arch 1530 - 1531 Laughlin | Release | |
| Laughlin, Thomas | Arch 1532 - 1540 Laughlin | No release | |
| Laughlin, Thomas | Arch 1541 - 1550 Laughlin | No release | |
| Laughlin, Thomas | Arch 1551 Laughlin | No release | |
| Laughlin, Thomas | None (Partial release in Punitive Damages Estimation Docs - Exhibit 14) | Release | |

EXHIBIT A - Clergy Personnel File Docs