**Michael B. Merchant**, OSB No. 882680
mbm@bhlaw.com
BLACK HELTERLINE LLP
805 SW Broadway, Ste. 1900
Portland, OR 97205
Telephone: (503) 224-5560
Facsimile: (503) 224-6148
Of Attorneys for Father M

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| In Re:<br><br>ROMAN CATHOLIC ARCHBISHOP OF PORTLAND IN OREGON, AND SUCCESSORS, A CORPORATION SOLE, dba the ARCHDIOCESE OF PORTLAND IN OREGON,<br><br>                             Debtor.<br><br>FATHER M,<br><br>                             Appellant,<br><br>           v.<br><br>VARIOUS TORT CLAIMANTS,<br><br>                             Appellees. | Case No. 6:09-CV-01396-AA<br><br>NOTICE OF APPEAL TO COURT OF APPEALS FROM ORDER OF DISTRICT COURT |

Notice is hereby given that Plaintiff Father M in the above-named case hereby

appeals to the United States Court of Appeals for the Ninth Circuit from the order entered by the

Page 1 – **NOTICE OF APPEAL TO COURT OF APPEALS FROM ORDER OF DISTRICT COURT**

760374

District Court for the District of Oregon in this action on October 22, 2013 (Docket No. 5871), denying Father M's Motion for Reconsideration of the district court's affirmance of the decision of the Bankruptcy Court lifting the Protective Order, lifting the seal on filed documents, and authorizing the release of deposition transcripts and exhibits (Docket No. 5820). The appeal is being filed pursuant to 28 U.S.C. § 158(d).

## REPRESENTATION STATEMENT (9th Cir. R. 3-2)

The parties to the judgment appealed from and the names and addresses of their respective attorneys are as follows:

| Father M, Appellant | Various Tort Claimants |
|---|---|
| Michael B. Merchant, OSB No. 882680 | Erin K. Olson, OSB No. 934776 |
| E-mail: mbm@bhlaw.com | E-mail: eolson@erinolsonlaw.com |
| Black Helterline LLP | Law Office of Erin Olson PC |
| 1900 Fox Tower | 2014 N.E. Broadway Street |
| 805 S.W. Broadway | Portland, OR 97232-1511 |
| Portland, OR 97205 | Telephone: (503) 546-3150 |
| Telephone: (503) 224-5560 | Fax: (503) 548-4435 |
| Fax: (503) 224-6148 | |

DATED this 20th day of November, 2013.

BLACK HELTERLINE LLP

By: s/ Michael B. Merchant
Michael B. Merchant
OSB No. 882680
Of Attorneys for Father M
Black Helterline LLP
805 SW Broadway, Suite 1900
Portland, OR 97205
(503) 224-5560

Page 2 – **NOTICE OF APPEAL TO COURT OF APPEALS FROM ORDER OF DISTRICT COURT**

760374

CERTIFICATE OF SERVICE

I hereby certify that I served a true and correct copy of the foregoing **NOTICE OF APPEAL TO COURT OF APPEALS FROM ORDER OF DISTRICT COURT** upon:

> Erin K. Olson, Esq.
> Law Office of Erin Olson, P.C.
> 2014 N.E. Broadway Street
> Portland, OR 97232-1511
> Fax No.: 503/548-4435
> E-mail: eolson@erinolsonlaw.com
> Attorney for Appellees Various Tort Claimants

☐ by mailing a true copy thereof in a sealed, first-class postage prepaid envelope, addressed to said attorneys' addresses as shown above and deposited in the United States Mail at Portland, Oregon on the date set forth below.

☐ by causing a true copy thereof to be hand-delivered to said attorneys' addresses as shown above on the date set forth below.

☐ by sending a true copy thereof via overnight courier in a sealed, prepaid envelope, addressed to said attorneys' address as shown above on the date set forth below.

☐ by faxing a true copy thereof to said attorneys' facsimile numbers as shown above on the date set forth below.

☐ by sending a true copy thereof via electronic mail to said attorneys' addresses as shown above on the date set forth below.

☒ electronically via USDC CM/ECF system on the date set forth below.

DATED this 20th day of November, 2013.

BLACK HELTERLINE LLP

By: _____s/Michael B. Merchant_____
      Michael B. Merchant
      Of Attorneys for Father M

Page 1 – **CERTIFICATE OF SERVICE**

760374